# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTIAGO ROJAS and JOSEFINO RAMIREZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MARKO ZANINOVICH, INC., SUNVIEW VINEYARDS OF CALIFORNIA, INC., and DOES 1 to 20 inclusive,<br><br>Defendants. | CIV-F-09-0705 OWW BAK<br><br>ORDER REASSIGNING CASE |

This case is a continuation of Doe, et al. v. D.M. Camp & Sons, et al. (Civ. Case No. 05-1417 AWI SMS). In that case, the court ordered severance of the suit into six pieces and refiling in new case numbers; this is one of those six. As this is a continuation of a prior case, IT IS HEREBY ORDERED THAT the above-captioned action is reassigned to the same district court and magistrate judge as the earlier case. All future pleadings filed in the above-captioned action shall include the corrected case number, 09-0705 AWI SMS.

IT IS SO ORDERED.

Dated:   May 1, 2009                /s/ Anthony W. Ishii
                                    CHIEF UNITED STATES DISTRICT JUDGE

1