UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SANTIAGO ROJAS, et al., | ) | CIV-F-09-0705 AWI SMS |
| Plaintiffs, | ) ) | ORDER RE: APPOINTMENT OF INTERIM CLASS COUNSEL AND |
| v. | ) ) | CONSOLIDATION OF CASES |
| MARKO ZANINOVICH, INC.; SUNVIEW VINEYARDS OF CALIFORNIA, INC.; AND DOES 1 to 20 inclusive, | ) ) ) ) | |
| Defendants. | ) ) | |

Upon review of the various Plaintiffs' Joint Stipulation re: Appointment of Lead Counsel the Court finds that good cause exists to GRANT the Stipulation. IT IS HEREBY ORDERED THAT:

1. The following are appointed as Co-Lead Counsel:

   (1) Law Office of Mallison & Martinez; and

   (2) McNicholas & McNicholas, LLP

2. The following are appointed as members of the Executive Committee:

   (1) Bush, Gottlieb, Singer, Lopez, Kohanski, Adelstein, Dickinson;

   (2) Kingsley & Kingsley, APC;

   (3) Law Offices of Marcos Camacho;

   (4) Milberg, LLP; and

1

(5) Weinberg, Roger & Rosenfeld.

3. The following are appointed as Co-Chairs of the Executive Committee:

(1) Kingsley & Kingsley, APC; and

(2) Milberg, LLP.

4. Co-Lead Counsel:  Co-Lead Counsel shall have day-to-day responsibility for the conduct of the consolidated litigation; shall determine how to prosecute the case and shall initiate, coordinate and supervise the efforts of plaintiffs' counsel in the consolidated action in the areas of discovery, briefing, trial and settlement. Co-Lead Counsel shall also be deemed to be members of the Executive Committee.  Co-Lead Counsel shall designate responsibilities for specific tasks to plaintiffs' counsel in the consolidated cases in a manner to assure that pretrial preparation is conducted effectively, efficiently and economically; shall assist the Executive Committee and its co-chairs in maintaining communication among counsel; and shall monitor the activities of plaintiffs' counsel to assure that schedules are met and unnecessary expenditures of time and money are avoided. Co-Lead Counsel shall maintain the official service list of all plaintiffs and plaintiffs' counsel in the Consolidated Actions, including their addresses. Co-Lead Counsel shall perform whatever any additional functions that may be assigned to them by the Court. Agreements reached between defendant and Co-Lead Counsel are binding on all plaintiffs and their counsel. No discovery shall be served, and no motion shall be filed, by any plaintiff's counsel without the consent of Co-Lead Counsel, unless leave of Court is obtained.

5. Executive Committee. To the extent delegated by Co-Lead Counsel, members of the Executive Committee and its Chair shall execute the orders of the Court concerning the conduct of the litigation; formulate and draft material for plaintiffs in the Consolidated Actions, including interrogatories, document requests, pleadings, briefs and motion papers; and perform such other tasks as are delegated by Co-Lead Counsel, including, for example, the taking of depositions upon oral examination. Co-Lead Counsel and the Executive Committee members may organize whatever subordinate bodies or subcommittees they deem expedient, such as discovery committees and briefing committees.

6. Co-Chair of the Executive Committee. The Co-Chairs of the Executive Committee shall

be responsible for overseeing the work of that Committee, and coordinating the assignments established by the Co-Leads.  In matters requiring an decision by the Executive Committee, each Co-Chair will have one vote and there will be no other votes except the co-leads.  At both of the Co-Leads' invitation, the Co-Chairs may participate in the conferences and planning meetings conducted by Co-Leads.

7.     Service of all papers filed with the Court shall be accomplished by e-filing, and no other type of service shall be required. Service of all papers that are not filed with the Court shall be accomplished by plaintiffs serving defendants' counsel, as applicable, by either: (i) overnight mail service; (ii) telecopier or (iii) hand delivery. Whenever feasible, the serving party shall send courtesy copies simultaneously via e-mail in PDF format, to defendant's counsel or to Co-Lead Counsel for Plaintiffs, as applicable.

8.     The two cases (Civ. Case No. 09-0705 and Civ. Case No. 06-0288) will be consolidated as Civ. Case No. 09-0705.  Plaintiffs are directed to file an amended complaint combining the two cases within thirty (30) days.

IT IS SO ORDERED.

**Dated:   August 18, 2009**                    /s/ **Anthony W. Ishii**
                                                CHIEF UNITED STATES DISTRICT JUDGE