MORGAN, LEWIS & BOCKIUS LLP
SHANNON B. NAKABAYASHI, State Bar No. 215469
One Market, Spear Street Tower
San Francisco, California 94105
Tel:     415.442.1000
Fax:    415.442.1001

Attorneys for Defendants
MARKO ZANINOVICH, INC., and SUNVIEW
VINEYARDS OF CALIFORNIA,
INC., a California corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SANTIAGO ROJAS; JOSEFINO RAMIREZ; CATALINA ROBLES; JUAN MONTES; BENITO ESPINO; GUILLERMINA PEREZ on behalf of themselves, and all current and former employees, and on behalf of a class of similarly situated employees,<br><br>Plaintiffs,<br><br>v.<br><br>MARKO ZANINOVICH, INC.; SUNVIEW VINEYARDS OF CALIFORNIA, INC., a California corporation; and DOES 1-20,<br><br>Defendants. | Case No. 1:09-CV-00705 AWI-SMS<br><br>STIPULATION TO EXTEND THE TIME FOR DEFENDANTS MARKO ZANINOVICH, INC. AND SUNVIEW VINEYARDS OF CALIFORNIA, INC., TO RESPOND TO PLAINTIFFS' COMPLAINT<br><br>ORDER |

Defendants Marko Zaninovich, Inc. and Sunview Vineyards of California, Inc. ("Defendants") and Plaintiffs Santiago Rojas, Josefino Ramirez, Catalina Robles, Juan Montes, Benito Espino and Guillermina ("Plaintiffs") hereby stipulate and agree as follows:

WHEREAS pursuant to the Court's August 18, 2009 Coordination Order, Plaintiffs filed their Consolidated Class Action Complaint on September 22, 2009;

WHEREAS Brendan Dolan, lead counsel for Defendants has resigned his position with Morgan Lewis & Bockius LLP as of October 1, 2009.  Mr. Dolan is now with the law firm of Kasowitz, Benson, Torres & Friedman LLP;

WHEREAS Mr. Dolan needs additional time to transfer the defense of this matter to the Kasowitz firm and to file the appropriate notices with the Court;

IT IS HEREBY STIPULATED AND AGREED AND THE COURT IS REQUESTED TO ORDER THAT:

Defendants may have until October 26, 2009 to file their responsive pleading.

Date:  October 12, 2009                    MORGAN, LEWIS & BOCKIUS, LLP

By      /s/
Shannon B. Nakabayashi
Attorneys for Defendants MARKO
    ZANINOVICH, INC. AND SUNVIEW
    VINEYARDS OF CALIFORNIA, INC.

Date:  October 12, 2009                    LAW OFFICES OF MALLISON &
                                              MARTINEZ

By:     /s/
Hector R. Martinez
Marco A. Palau
Attorneys for Plaintiffs
SANTIAGO ROJAS; JOSEFINO RAMIREZ;
CATALINA ROBLES; JUAN MONTES;
BENITO ESPINO; GUILLERMINA PEREZ

**FOR GOOD CAUSE SHOWN,**

IT IS SO ORDERED.

**Dated:   October 15, 2009**                   /s/ Anthony W. Ishii
                                        CHIEF UNITED STATES DISTRICT JUDGE