UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTIAGO ROJAS; JOSEFINO RAMIREZ; CATALINA ROBES; JUAN MONTES; BENITO ESPINO; GUILLERMINA PEREZ on behalf of themselves, and all current and former employees, and on behalf of a class of similarly situated employees,<br><br>    **Plaintiffs**,<br><br>  v.<br><br>MARKO ZANINOVICH, INC.; SUNVIEW VINEYARDS OF CALIFORNIA, INC., a California corporation; and DOES 1 to 20 ,<br><br>    **Defendants**. | CIV-F-09-0705 AWI SMS<br><br>STIPULATION TO EXTEND THE TIME FOR DEFENDANTS MARKO ZANINOVICH, INC. AND SUNVIEW VINEYARDS OF CALIFORNIA, INC., TO RESPOND TO PLAINTIFFS' COMPLAINT |

  Defendants Marko Zaninovich, Inc. and Sunview Vineyards of California, Inc. ("Defendants") and Plaintiffs Santiago Rojas, Josefino Ramirez, Catalina Robles, Juan Montes, Benito Espino and Guillermina ("Plaintiffs") hereby stipulate and agree as follows:

  WHEREAS pursuant to the Court's August 18, 2009 Coordination Order, Plaintiffs filed their Consolidated Class Action Complaint on September 22, 2009;

  WHEREAS counsel for Defendants very recently learned that the Morgan Lewis & Bockius LLP will remain as Defendants' counsel in this matter with Eric Meckley, Esq. as lead counsel for Defendants;

  WHEREAS in light of this recent development, Defendants need additional time to

prepare their responsive pleading;

    IT IS HEREBY STIPULATED AND AGREED AND THE COURT IS REQUESTED TO ORDER THAT:

    Defendants may have until November 2, 2009 to file their responsive pleading.

Date:  October 26, 2009        MORGAN, LEWIS & BOCKIUS, LLP

By____/s/ _____

Shannon B. Nakabayashi
Attorneys for Defendants MARKO ZANINOVICH, INC. AND SUNVIEW VINEYARDS OF CALIFORNIA, INC.

Date:  October 26, 2009        McNICHOLAS & McNICHOLAS, LLP

By:   /s/ _____

Mitra Tobari
Attorneys for Plaintiffs
SANTIAGO ROJAS; JOSEFINO RAMIREZ; CATALINA ROBLES; JUAN MONTES; BENITO ESPINO; GUILLERMINA PEREZ

FOR GOOD CAUSE SHOWN,

IT IS SO ORDERED.

**Dated:   October 27, 2009**               **/s/ Anthony W. Ishii**
                                                    CHIEF UNITED STATES DISTRICT JUDGE