IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTIAGO ROJAS, JOSEFINO RAMIREZ, CATALINA ROBLES; JUAN MONTES; BENITO ESPINO; GUILLERMINA PEREZ on behalf of themselves, and all current and former employees, and on behalf of a class of similarly situated employees,<br><br>            Plaintiffs,<br><br>vs.<br><br>MARKO ZANINOVICH, INC., SUNVIEW VINEYARDS OF CALIFORNIA, INC., et al.,<br><br>            Defendants. | **Old** Case No.:<br>1:09-cv-00705-AWI-**SMS**<br><br>**ORDER REASSIGNING CASE TO MAGISTRATE JUDGE JENNIFER L. THURSTON**<br><br>**New** Case No.:<br>1:09-cv-00705-AWI-**JLT** |

   IT IS HEREBY ORDERED that this case be reassigned from the docket of Magistrate Judge Sandra M. Snyder (SMS) in Fresno, CA, to the docket of Magistrate Judge Jennifer L. Thurston (JLT), in Bakersfield, CA, and that all future pleadings and/or correspondence hereinafter be correctly numbered/initialed as follows:

**1:09-cv-00705-AWI-JLT**

1

1  The parties are herein advised that future use of an incorrect
2  case number, including the magistrate judge's initials, could
3  result in documents being misdirected and/or incorrectly calendared
4  by the appropriate judicial officer and/or staff.  Counsel may
5  contact Judge Thurston's Courtroom Deputy Alan-Leon Guerrero at
6  (661) 326-6620 with any questions, concerns, or for assistance.

7  IT IS FURTHER ORDERED that the deadline dates set forth in the
8  Scheduling Conference Order filed March 26, 2010 (Doc. 27) remain
9  in full force and effect.

IT IS SO ORDERED.

**Dated:   March 14, 2011**                    /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE