1  KINGSLEY & KINGSLEY, APC
   GEORGE R. KINGSLEY SBN – 38022
2  ERIC B. KINGSLEY SBN – 185123
   eric@kingsleykingsley.com
3  STEVE L. HERNANDEZ SBN-229065
   shernandez@kingsleykingsley.com
4  16133 VENTURA BL., SUITE 1200
   ENCINO, CA 91436
5  (818)990-8300; FAX (818) 990-2903

6  STAN S. MALLISON (Bar No. 184191)
     StanM@TheMMLawFirm.com
7  HECTOR R. MARTINEZ (Bar No. 206336)
     HectorM@TheMMLawFirm.com
8  MARCO A. PALAU (Bar. No. 242340)
     MPalau@TheMMLawFirm.com
9  JESSICA JUAREZ (Bar No. 269600)
     JJuarez@TheMMLawFirm.com
10 MALLISON & MARTINEZ
   1939 Harrison Street, Suite 730
11 Oakland, California 94612-3547
   Telephone: (510) 832-9999
12 Facsimile: (510) 832-1101

13
   ATTORNEYS FOR PLAINTIFFS
14 [ADDITIONAL PLAINTIFF COUNSEL, NEXT PAGE]

15            UNITED STATES DISTRICT COURT
16           EASTERN DISTRICT OF CALIFORNIA
17

18 SANTIAGO ROJAS, JOSEPHINO        | 1:09-CV-00705-AWI-SMS
19 RAMIREZ, CATALINA ROBLES, JUAN   |
   MONTES; BENITO ESPINO,           |
20 GUILLERMINA PEREZ; ON BEHALF OF  | DECLARATION OF ANGELICA ESPARZA
   THEMSELVES AND A CLASS OF        | IN SUPPORT OF PLAINTIFFS' MOTION
21 OTHERS SIMILARLY SITUATED,       | FOR CLASS CERTIFICATION
                                    |
22            Plaintiffs,           |
                                    |
23        v.                        |
                                    |
24 MARKO ZANINOVICH, INC. AND       |
   SUNVIEW VINEYARDS OF CALIFORNIA, |
25 INC.; ET AL.,                    |
                                    |
26            Defendants.           |
27
28
                                    1
   DECLARATION OF ANGELICA ESPARZA IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS
                              CERTIFICATION

1  Additional Counsel:
   BUSH GOTTLIEB SINGER LÓPEZ KOHANSKI
2  ADELSTEIN & DICKINSON
   IRA L. GOTTLIEB (STATE BAR NO. 103236)
3  E-MAIL: GOTTLIEB@BUSHGOTTLIEB.COM
   DAVID S. ADELSTEIN (STATE BAR NO. 105250)
4  500 NORTH CENTRAL AVENUE, SUITE 800
   GLENDALE, CA 91203
5  (818) 973-3200; FAX (818)973-3201

6  LAW OFFICES OF MARCOS CAMACHO
   MARCOS CAMACHO (SBN 123501)
7  THOMAS PATRICK LYNCH (SBN 159277)
   MARIO G. MARTINEZ (SBN 200721)
8  1227 California Avenue
   Bakersfield, CA 93304
9  Telephone (661) 324-8100
   Facsimile (661) 324-8103
10 Email: mcamacho@mclawmail.com

11 MCNICHOLAS & MCNICHOLAS, LLP
   PATRICK MCNICHOLAS SBN-125868
12 MATTHEW S. MCNICHOLAS SBN-190249
   10866 WILSHIRE BL., SUITE 1400
13 LOS ANGELES, CA 90024-4338
   (310) 474-1582; FAX (310)475-7871
14 EMAIL: MSM@MCNICHOLASLAW.COM

15

16

17  I, Angelica Esparza, declare as follows:

18      1.      I have personal knowledge of the facts that I state as follows, and if I were called to

19  testify about them in court, I would competently do so.

20      2.      I am currently an employee of Sunview Vineyards.  I started working for Sunview

21  around January, 2006. I have worked in crew number 100.  I worked for approximately 2 or 3

22  years for Foreman Carlos Figueroa.  Since then, I have worked for Foreman Lino Martinez.

23  During the picking seasons, I have worked as a picker and packer.  During the seasons before the

24  picking, the work I have performed includes pruning, tipping, de-budding, de-leafing and tying.

25

26      3.      During each picking season, my crew had to arrive at work approximately 15 to 30

27  minutes before the official start time.  Until approximately 2 years ago, the foremen would tell us

28                                            2
   DECLARATION OF ANGELICA ESPARZA IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS
                                      CERTIFICATION

that we had to arrive early in order to prepare the materials, including tables, trays, boxes and wheelbarrows, and to attend school, that would begin before the official start time. School is the time when the foremen talk to everyone in the work crew about work and would reprimand certain workers for delays or for doing the work incorrectly. We were not paid for this time before the start time that we had to spend preparing work areas or attending school daily during the picking. Approximately 2 years ago, the foremen told us that we no longer had to prepare our materials before the official start time.

4.     During picking seasons, the workers in my crew would often have to continue packing grapes and cleaning the work areas after the foreman would notify us that the official shift had ended. I have had to stay late to work during the picking approximately 2 times per week. The foremen are present when we are working after the official shift. We have not been paid for this time when we stayed late to finish our work during picking.

5.     During the seasons previous to the picking, my coworkers and I would regularly have to arrive at the workplace approximately 15 to 30 minutes early. Our foremen have told us that we had to arrive early in order to be able to begin working on time and to attend school. During the seasons previous to the picking, we had to attend school at least 2 or 3 times per week. Until approximately 2 years ago, the school would begin before the official start time. We were not paid for this time that we spent working before the official start time during the seasons previous to the picking.

6.     While I have worked at Sunview, the Company has not provided us with all the necessary tools to perform our work. During the pruning, the Company gave a pair of pruning scissors to each worker. But these scissors wear down before the pruning is over and the foremen have refused to provide more when I have requested them. Every year, the scissors have worn down and I have had to purchase a pair of pruning scissors for approximately $50. During the

3

picking, the Company gives each worker a pair of picking scissors.  But these scissors also wear down before the picking is over and the foremen have refused to provide us more when I have requested them.  Every year, the scissors have worn down and I have had to spend approximately $25 on picking scissors.  The Company does not provide us with work gloves.  In general, I have spent approximately $12 in gloves per year.

I declare and affirm, under penalty of perjury according to the laws of the United States, that the foregoing is true and correct.

Signed this May 10, 2011 in _____, California.

By: _____
ANGELICA ESPARZA

DECLARATION OF ANGELICA ESPARZA IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

# CERTIFICATION

I, HEREBY CERTIFY THAT I AM FLUENT IN BOTH THE ENGLISH AND THE SPANISH LANGUAGES AND THAT I HAVE TRANSLATED FROM SPANISH INTO ENGLISH TO THE BEST OF MY ABILITY THE FOLLOWING DOCUMENT:

- Declaration of Angelica Esparza, a Declaration in Support of Plaintiffs' Motion for Class Certification, Case No. 1:09-cv-00705.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration is executed on this May 16, 2011 in the City of San Rafael, County of Marin, California.

CONCHITA B. LOZANO
May 16, 2011
CERTIFIED COURT INTERPRETER TRANSLATOR
FOR THE STATE OF CALIFORNIA (#300552) AND THE
U.S. DISTRICT COURTS (#98-066)

1  KINGSLEY & KINGSLEY, APC
   GEORGE R. KINGSLEY SBN – 38022
2  ERIC B. KINGSLEY SBN – 185123
   eric@kingsleykingsley.com
3  STEVE L. HERNANDEZ SBN-229065
   shernandez@kingsleykingsley.com
4  16133 VENTURA BL., SUITE 1200
   ENCINO, CA 91436
5  (818)990-8300; FAX (818) 990-2903

6  STAN S. MALLISON (Bar No. 184191)
      StanM@TheMMLawFirm.com
7  HECTOR R. MARTINEZ (Bar No. 206336)
      HectorM@TheMMLawFirm.com
8  MARCO A. PALAU (Bar. No. 242340)
      MPalau@TheMMLawFirm.com
9  JESSICA JUAREZ (Bar No. 269600)
      JJuarez@TheMMLawFirm.com
10 MALLISON & MARTINEZ
   1939 Harrison Street, Suite 730
11 Oakland, California 94612-3547
   Telephone: (510) 832-9999
12 Facsimile: (510) 832-1101

13

14 ATTORNEYS FOR PLAINTIFFS
   [ADDITIONAL PLAINTIFF COUNSEL, NEXT PAGE]

15                    UNITED STATES DISTRICT COURT

16                    EASTERN DISTRICT OF CALIFORNIA

17

18 SANTIAGO ROJAS, JOSEPHINO          1:09-CV-00705-AWI-SMS
19 RAMIREZ, CATALINA ROBLES, JUAN
   MONTES; BENITO ESPINO,
20 GUILLERMINA PEREZ; ON BEHALF OF    DECLARATION OF ANGELICA ESPARZA
   THEMSELVES AND A CLASS OF          IN SUPPORT OF PLAINTIFFS' MOTION
21 OTHERS SIMILARLY SITUATED,         FOR CLASS CERTIFICATION

22        Plaintiffs,

23        v.

24 MARKO ZANINOVICH, INC. AND
   SUNVIEW VINEYARDS OF CALIFORNIA,
25 INC.; ET AL.,

26        Defendants.

27

28
                                     1
   DECLARATION OF ANGELICA ESPARZA IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS
                                CERTIFICATION

Additional Counsel:
BUSH GOTTLIEB SINGER LÓPEZ KOHANSKI
ADELSTEIN & DICKINSON
IRA L. GOTTLIEB (STATE BAR NO. 103236)
E-MAIL: GOTTLIEB@BUSHGOTTLIEB.COM
DAVID S. ADELSTEIN (STATE BAR NO. 105250)
500 NORTH CENTRAL AVENUE, SUITE 800
GLENDALE, CA 91203
(818) 973-3200; FAX (818)973-3201

LAW OFFICES OF MARCOS CAMACHO
MARCOS CAMACHO (SBN  123501)
THOMAS PATRICK LYNCH (SBN 159277)
MARIO G. MARTINEZ (SBN 200721)
1227 California Avenue
Bakersfield, CA 93304
Telephone (661) 324-8100
Facsimile (661) 324-8103
Email: mcamacho@mclawmail.com

MCNICHOLAS & MCNICHOLAS, LLP
PATRICK MCNICHOLAS SBN-125868
MATTHEW S. MCNICHOLAS SBN-190249
10866 WILSHIRE BL., SUITE 1400
LOS ANGELES, CA 90024-4338
(310) 474-1582; FAX (310)475-7871
EMAIL: MSM@MCNICHOLASLAW.COM

Yo, Angelica Esparza, declaro lo siguiente:

1.     Tengo conocimiento personal de los hechos que relato a continuación, y si fuera llamado a dar testimonio sobre ellos en corte, lo haría competentemente.

2.     Actualmente soy empleada de Sunview Vineyards.   Comencé a trabajar para Sunview en alrededor de enero del 2006. He trabajado en la cuadrilla numero 100.   Por aproximadamente 2 o 3 años trabajé para el Mayordomo Carlos Figueroa.  Desde entonces, he trabajado para el Mayordomo Lino Martinez.  Durante las temporadas de la pizca, he trabajado como pizcadora y empacadora.  Durante las temporadas antes de la pizca, el trabajo que he hecho incluye la poda, el tipeo, el desbrote, el deshoje y el amarre.

3.     Durante cada temporada de pizca, mi cuadrilla tenía que llegar a trabajar aproximadamente 15 a 30 minutos antes de la hora de entrada oficial. Hasta aproximadamente 2

2

DECLARATION OF ANGELICA ESPARZA IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

1  años atrás, los mayordomos nos decían que teníamos que llegar temprano para preparar los

2  materiales, incluyendo las mesas, bandejas, cajas y las carretillas y para asistir a la escuelita, que

3  comenzaba antes de la hora de entrada oficial.  La escuelita es el tiempo cuando los mayordomos

4
   hablan con todos de la cuadrilla del trabajo y regañaba a ciertos trabajadores por atracarse o por
5
   hacer el trabajo incorrectamente.  No nos pagaban por este tiempo antes de la hora de entrada que
6
7  teníamos que pasar preparando las áreas de trabajo y asistiendo a la escuelita diariamente durante

8  la pizca. Hace aproximadamente 2 años, los mayordomos nos dijeron que ya no teníamos que

9  preparar nuestros materiales antes de la hora de entrada oficial.

10      4.      Durante las temporadas de la pizca, con frecuencia los trabajadores en mi cuadrilla

11 y yo teníamos que seguir empacando uvas y limpiando los áreas del trabajo después de que el

12
   mayordomo nos avisaba que ya se había terminado  el turno oficial.  Aproximadamente 2 veces
13
   por semana me he tenido que quedar a trabajar tarde durante la pizca. Los mayordomos están
14
15 presentes cuando estamos trabajando después del turno oficial. No se nos ha pagado por este

16 tiempo que nos quedamos tarde para acabar nuestro trabajo durante la pizca.

17      5.      Durante las temporadas antes de la pizca, mis compañeros y yo regularmente

18 teníamos que llegar al sitio de trabajo aproximadamente 15 a 30 minutos temprano.  Nuestros

19
   mayordomos nos han dicho que tenemos que llegar temprano para poder comenzar a trabajar a
20
   tiempo y para asistir a la escuelita. Durante las temporadas antes de la pizca, teníamos que asistir a
21
22 la escuelita por lo menos 2 o 3 veces cada semana. Hasta aproximadamente 2 años atrás, la

23 escuelita comenzaba antes de la entrada oficial. No se nos pagaba este tiempo que pasamos

24 trabajando antes de la hora de entrada oficial durante las temporadas antes de la pizca.

25      6.      Mientras que he trabajado en Sunview, la Compañía no nos ha proporcionado todas

26 las herramientas necesarias para realizar nuestro trabajo. Durante la poda, la Compañía le da unas

27
   tijeras para podar a cada trabajador.  Pero estas tijeras se desgastan antes de acabarse la poda y los
28

---

3

DECLARATION OF ANGELICA ESPARZA IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION

1  mayordomos han rehusado a proveer más cuando se las he pedido.  Cada año, las tijeras se han

2  desgastado y he tenido que comprar unas tijeras para podar por aproximadamente $50.  Durante la

3  pizca, la Compañía le da unas tijeras para pizcar a cada trabajador.  Pero estas tijeras también se

4  desgastan antes de acabarse la pizca y los mayordomos han rehusado a proveer más cuando se las

5  he pedido.  Cada año, las tijeras se han desgastado y he tenido que gastar aproximadamente $25 en

6  tijeras para pizcar. La Compañía no nos provee guantes para trabajar.  Por lo general, he gastado

7  aproximadamente $12 en guantes por año.

8  

9      Declaro y afirmo, bajo pena de perjurio bajo las leyes de los Estados Unidos, que lo

10  anterior es correcto y verdadero.

11  

12      Firmada este _10_ de mayo del 2011 en _Delano_ California.

13  

14      Por: _Angelica Esparza_
                 ANGELICA ESPARZA

15  

16  

17  

18  

19  

20  

21  

22  

23  

24  

25  

26  

27  

28  
                                                    4

DECLARATION OF ANGELICA ESPARZA IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS
                                    CERTIFICATION

1 | KINGSLEY & KINGSLEY, APC
GEORGE R. KINGSLEY SBN – 38022
2 | ERIC B. KINGSLEY SBN – 185123
eric@kingsleykingsley.com
3 | STEVE L. HERNANDEZ SBN-229065
shernandez@kingsleykingsley.com
4 | 16133 VENTURA BL., SUITE 1200
ENCINO, CA 91436
5 | (818)990-8300; FAX (818) 990-2903

6 | STAN S. MALLISON (Bar No. 184191)
StanM@TheMMLawFirm.com
7 | HECTOR R. MARTINEZ (Bar No. 206336)
HectorM@TheMMLawFirm.com
8 | MARCO A. PALAU (Bar. No. 242340)
MPalau@TheMMLawFirm.com
9 | JESSICA JUAREZ (Bar No. 269600)
JJuarez@TheMMLawFirm.com
10 | MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
11 | Oakland, California 94612-3547
Telephone: (510) 832-9999
12 | Facsimile: (510) 832-1101

13 |

14 | ATTORNEYS FOR PLAINTIFFS
[ADDITIONAL PLAINTIFF COUNSEL, NEXT PAGE]

15 | **UNITED STATES DISTRICT COURT**

16 | **EASTERN DISTRICT OF CALIFORNIA**

17 |

18 |

19 | SANTIAGO ROJAS, JOSEPHINO | CASE NO. 1:09-cv-00705
RAMIREZ, CATALINA ROBLES, JUAN
20 | MONTES; BENITO ESPINO,
GUILLERMINA PEREZ; ON BEHALF OF | DECLARATION OF MACARIO
21 | THEMSELVES AND A CLASS OF | FERNANDEZ IN SUPPORT OF
OTHERS SIMILARLY SITUATED, | PLAINTIFFS' MOTION FOR CLASS
22 | CERTIFICATION
Plaintiffs,
23 |
v.
24 |
MARKO ZANINOVICH, INC. AND
25 | SUNVIEW VINEYARDS OF CALIFORNIA,
INC.; ET AL.,
26 |
Defendants.
27 |
28 |

1

Additional Counsel:
BUSH GOTTLIEB SINGER LÓPEZ KOHANSKI
ADELSTEIN & DICKINSON
IRA L. GOTTLIEB (STATE BAR NO. 103236)
E-MAIL: GOTTLIEB@BUSHGOTTLIEB.COM
DAVID S. ADELSTEIN (STATE BAR NO. 105250)
500 NORTH CENTRAL AVENUE, SUITE 800
GLENDALE, CA 91203
(818) 973-3200; FAX (818)973-3201

LAW OFFICES OF MARCOS CAMACHO
MARCOS CAMACHO (SBN  123501)
THOMAS PATRICK LYNCH (SBN 159277)
MARIO G. MARTINEZ (SBN 200721)
1227 California Avenue
Bakersfield, CA 93304
Telephone (661) 324-8100
Facsimile (661) 324-8103
Email: mcamacho@mclawmail.com

MCNICHOLAS & MCNICHOLAS, LLP
PATRICK MCNICHOLAS SBN-125868
MATTHEW S. MCNICHOLAS SBN-190249
10866 WILSHIRE BL., SUITE 1400
LOS ANGELES, CA 90024-4338
(310) 474-1582; FAX (310)475-7871
EMAIL: MSM@MCNICHOLASLAW.COM

I, Macario Fernandez, declare as follows:

1.      I have personal knowledge about the facts which I state as follows, and if I were called to testify about them in court, I would do so competently.

2.      I was an employee of Sunview Vineyards. I started working at Sunview in approximately 2000 and I stopped working in approximately 2004. During my employment with Sunview, I worked all the seasons. During the picking, I was a packer. During the season previous to the picking, I would do pruning, de-budding, de-leafing, tipping, tying and ringing. I was a member of crew number 240 along with approximately 60 workers. The foreman for crew 240 was Jose Isabel Rivera.

3.      During the picking, I would have to arrive at work approximately 10 to 15 minutes

2

DECLARATION OF MACARIO FERNANDEZ IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

prior to the start time in order to prepare the equipment (carry the trays and the scale and take them to the field; also take the boxes, the salt, the pampers, which are small towels that are placed under the grapes, the globes, and the labels) and the work area. The foreman told us that we should arrive early in order to start work on time and also attend school. They never paid me for the work I did before the start time.

4.      At the end of the shift during picking, I also had to do work without being compensated. Every day we would stay 10 to 15 minutes after the shift. The foreman would give notice that the shift had ended. But we would generally continue working to comply with that day's task and to get the table, the equipment and the grapes boxes in order while the pickers cleaned the roads of the blocks.

5.      During the season previous to the picking, my coworkers and I would have to regularly arrive to the workplace approximately 5 to 10 minutes early. Our foremen told us that we had to arrive early in order to begin working on time and to attend school. During the season previous to the picking, we had to attend school almost daily. During school time, the foreman would talk to everyone in the work crew and would reprimand certain workers for delaying or for not doing the work correctly. We were not paid this time we spent working before the shift began during the season previous to the picking.

6.      All the picking seasons that I worked for Sunview, we had to take the trays home every night and we had to wash the trays at home. The foremen told us that we would be financially responsible for the trays and the scale if they got lost, broken or stolen. Every day we had to take approximately 5 to 8 trays home and had to wash these trays one or two times per week. This work would take approximately from 20 to 25 minutes to complete. The foremen would check our trays and they had to be very clean so we could work. We were not paid for the time we spent cleaning the trays, nor were we reimbursed for the chlorine and the soap we used to

DECLARATION OF MACARIO FERNANDEZ IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

1  complete this work.

2    7.    While I worked at Sunview, the Company did not provide me with the necessary

3  tools to perform my job. Each employee had to purchase his/her own picking scissors after the

4  scissors given to us by the Company wore down or broke. In general, I would purchase 2 pairs of

5  scissors per year for approximately $8 per pair of scissors. They didn't provide us gloves or

6  scissors' shields either, so the workers had to provide these materials every year. In general, I

7  spent approximately $20 in gloves and from $5 to $19 for a sheath per year. Also, during de-

8  leafing, we had to purchase lenses so dirt and soil wouldn't go into our eyes. In general, I spent

9  approximately $10 in lenses each season before the picking.

10  I declare and affirm, under penalty of perjury, that the foregoing is true and correct.

11  Signed this May 7, 2011 in Delano, California.

12

13

14

15                                   _____

16                                   Macario Fernandez

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF MACARIO FERNANDEZ IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION

# CERTIFICATION

I, HEREBY CERTIFY THAT I AM FLUENT IN BOTH THE ENGLISH AND THE SPANISH LANGUAGES AND THAT I HAVE TRANSLATED FROM SPANISH INTO ENGLISH TO THE BEST OF MY ABILITY THE FOLLOWING DOCUMENT:

- Declaration of Macario Fernandez, a Declaration in Support of Plaintiffs' Motion for Class Certification, Case No. 1:09-cv-00705.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration is executed on this May 16, 2011 in the City of San Rafael, County of Marin, California.

CONCHITA B. LOZANO

May 16, 2011

CERTIFIED COURT INTERPRETER TRANSLATOR
FOR THE STATE OF CALIFORNIA (#300552) AND THE
U.S. DISTRICT COURTS (#98-066)

1  KINGSLEY & KINGSLEY, APC
   GEORGE R. KINGSLEY SBN – 38022
2  ERIC B. KINGSLEY SBN – 185123
   eric@kingsleykingsley.com
3  STEVE L. HERNANDEZ SBN-229065
   shernandez@kingsleykingsley.com
4  16133 VENTURA BL., SUITE 1200
   ENCINO, CA 91436
5  (818)990-8300; FAX (818) 990-2903

6  STAN S. MALLISON (Bar No. 184191)
      StanM@TheMMLawFirm.com
7  HECTOR R. MARTINEZ (Bar No. 206336)
      HectorM@TheMMLawFirm.com
8  MARCO A. PALAU (Bar. No. 242340)
      MPalau@TheMMLawFirm.com
9  JESSICA JUAREZ (Bar No. 269600)
      JJuarez@TheMMLawFirm.com
10 MALLISON & MARTINEZ
   1939 Harrison Street, Suite 730
11 Oakland, California 94612-3547
   Telephone: (510) 832-9999
12 Facsimile: (510) 832-1101

13

14 ATTORNEYS FOR PLAINTIFFS
   [ADDITIONAL PLAINTIFF COUNSEL, NEXT PAGE]

15
                    UNITED STATES DISTRICT COURT
16
                    EASTERN DISTRICT OF CALIFORNIA
17

18
   SANTIAGO ROJAS, JOSEPHINO          CASE NO. 1:09-cv-00705
19 RAMIREZ, CATALINA ROBLES, JUAN
   MONTES; BENITO ESPINO,
20 GUILLERMINA PEREZ; ON BEHALF OF    DECLARACIÓN DE MACARIO
   THEMSELVES AND A CLASS OF          FERNANDEZ EN APOYO DE LA MOCION
21 OTHERS SIMILARLY SITUATED,         DE LOS DEMANDANTES PARA
                                      CERTIFICACIÓN DE CLASE
22            Plaintiffs,

23       v.

24 MARKO ZANINOVICH, INC. AND
   SUNVIEW VINEYARDS OF CALIFORNIA,
25 INC.; ET AL.,

26            Defendants.

27

28
                                      1
   DECLARACIÓN DE MACARIO FERNANDEZ EN APOYO DE LA MOCION DE LOS DEMANDANTES PARA
                          CERTIFICACIÓN DE CLASE

Additional Counsel:
BUSH GOTTLIEB SINGER LÓPEZ KOHANSKI
ADELSTEIN & DICKINSON
IRA L. GOTTLIEB (STATE BAR NO. 103236)
E-MAIL: GOTTLIEB@BUSHGOTTLIEB.COM
DAVID S. ADELSTEIN (STATE BAR NO. 105250)
500 NORTH CENTRAL AVENUE, SUITE 800
GLENDALE, CA 91203
(818) 973-3200; FAX (818)973-3201

LAW OFFICES OF MARCOS CAMACHO
MARCOS CAMACHO (SBN 123501)
THOMAS PATRICK LYNCH (SBN 159277)
MARIO G. MARTINEZ (SBN 200721)
1227 California Avenue
Bakersfield, CA 93304
Telephone (661) 324-8100
Facsimile (661) 324-8103
Email: mcamacho@mclawmail.com

MCNICHOLAS & MCNICHOLAS, LLP
PATRICK MCNICHOLAS SBN-125868
MATTHEW S. MCNICHOLAS SBN-190249
10866 WILSHIRE BL., SUITE 1400
LOS ANGELES, CA 90024-4338
(310) 474-1582; FAX (310)475-7871
EMAIL: MSM@MCNICHOLASLAW.COM

Yo, Macario Fernandez, declaro lo siguiente:

1.    Tengo conocimiento personal de los hechos que relato a continuación, y si fuera llamado a dar testimonio sobre ellos en corte, lo haría competentemente.

2.    Fui empleado de Sunview Vineyards. Empecé a trabajar en Sunview en aproximadamente 2000 y deje de trabajar en aproximadamente 2004. Durante mi empleo con Sunview trabaje todas las temporadas. Durante la pisca, yo era empacador. Durante la temporada antes de la pisca, yo podaba, desbrotaba, deshojaba, tipeaba, amarrar y anillar. Fui miembro de la cuadrilla numero 240 junto con aproximadamente 60 trabajadores. El mayordomo de la cuadrilla 240 era Jose Isabel Rivera.

3.    Durante la pisca, tenía que llegar al trabajo aproximadamente 10 a 15 minutos antes

de la hora de entrada para preparar el equipo (cargar las bandejas, y vascula y llevarlas al campo; también arrimar las cajas, bolsas, sal, pamper, que son toallitas que se ponen debajo de las uvas, globos, y labels) y el área de trabajo. El mayordomo nos dijo que deberíamos llegar temprano para comenzar a trabajar a tiempo y también para atender a la escuelita. Nunca me pagaron por el trabajo que hice antes de la hora de entrada.

4.      Al final del turno durante la pisca también tenía que hacer trabajo sin ser recompensados.  Diario nos quedábamos aproximadamente 10 a 15 minutos después del turno.  El mayordomo daba el aviso de que el turno había concluido. Pero generalmente seguíamos trabajando para cumplir con la tarea del día y para ordenar la mesa, el equipo y las cajas de uvas mientras que los piscadores limpiaban la avenida de los bloques.

5.      Durante la temporada antes de la pisca, mis compañeros y yo regularmente teníamos que llegar al sitio de trabajo aproximadamente 5 a 10 minutos temprano.  Nuestros mayordomos nos dijeron que teníamos que llegar temprano para poder comenzar a trabajar a tiempo y para atender a la escuelita. Durante la temporada antes de la pisca, teníamos que atender escuelita casi diario.  Durante la escuelita, el mayordomo nos hablaba a todos de la cuadrilla del trabajo y regañaba a ciertos trabajadores por atracarse o por hacer el trabajo incorrectamente.  No se nos pagaba este tiempo que pasamos trabajando antes de que comenzara el turno durante la temporada antes de la pisca.

6.      Todas las temporadas de pisca que trabajé para Sunview teníamos que llevar las bandejas a la casa cada noche y teníamos que lavar las bandejas en la casa.  Los mayordomos nos dijeron que seríamos económicamente responsables por las bandejas y la pesa si fueran perdidas, quebradas o robadas.   Cada día tenía que llevarme aproximadamente de 5 a 8 bandejas a la casa y tenía que lavar estas bandejas una o dos veces por semana. Este trabajo duraba aproximadamente de 20  a 25 minutos para completarse. Los mayordomos nos revisaban nuestras bandejas y tenían

3

DECLARACIÓN DE MACARIO FERNANDEZ EN APOYO DE LA MOCION DE LOS DEMANDANTES PARA
CERTIFICACIÓN DE CLASE

1   que estar bien limpias para que pudiéramos trabajar. No se nos pagó por el tiempo que durábamos

2   limpiando las bandejas, ni tampoco se no reembolso el cloro y el jabón que usábamos para

3   completar este trabajo.

4         7.      Mientras que trabaje en Sunview, la Compañía no me proporciono todas las

5   herramientas necesarias para realizar mi trabajo. Cada empleado tenía que comprar sus propias

6

7   tijeras para piscar después de que se desgastaban o quebraban las tijeras que la Compañía nos

8   daba.  Por lo general, yo compraba 2 tijeras de piscar cada año por aproximadamente $8 por tijera.

9   Tampoco no proveían guantes o fundas de tijera, así que los trabajadores teníamos que proveer

10  estos materiales cada año.  Por lo general, gaste aproximadamente $20 en guantes y de $5 a $10 en

11  una funda por año.   También durante el deshoje, teníamos que comprar lentes para que no nos

12  callera basurita y tierra a los ojos.  Por lo general, gaste aproximadamente $10 en lentes cada

13  temporada antes de pisca.

14        Declaro y afirmo, bajo pena de perjurio, que lo anterior es correcto y verdadero.

15  Firmada este 7 de Mayo del 2011 en Delano, California.

16

17

18        *Macario Fernandez*

19        Macario Fernandez

20

21

22

23

24

25

26

27

28

DECLARACIÓN DE MACARIO FERNANDEZ EN APOYO DE LA MOCION DE LOS DEMANDANTES PARA
CERTIFICACIÓN DE CLASE

1  KINGSLEY & KINGSLEY, APC
   GEORGE R. KINGSLEY SBN – 38022
2  ERIC B. KINGSLEY SBN – 185123
   eric@kingsleykingsley.com
3  STEVE L. HERNANDEZ SBN-229065
   shernandez@kingsleykingsley.com
4  16133 VENTURA BL., SUITE 1200
   ENCINO, CA 91436
5  (818)990-8300; FAX (818) 990-2903

6  STAN S. MALLISON (Bar No. 184191)
       StanM@TheMMLawFirm.com
7  HECTOR R. MARTINEZ (Bar No. 206336)
       HectorM@TheMMLawFirm.com
8  MARCO A. PALAU (Bar. No. 242340)
       MPalau@TheMMLawFirm.com
9  JESSICA JUAREZ (Bar No. 269600)
       JJuarez@TheMMLawFirm.com
10 MALLISON & MARTINEZ
   1939 Harrison Street, Suite 730
11 Oakland, California 94612-3547
   Telephone: (510) 832-9999
12 Facsimile: (510) 832-1101

13
   ATTORNEYS FOR PLAINTIFFS
14 [ADDITIONAL PLAINTIFF COUNSEL, NEXT PAGE]

15                    UNITED STATES DISTRICT COURT

16                    EASTERN DISTRICT OF CALIFORNIA

17

18
   SANTIAGO ROJAS, JOSEPHINO          CASE NO. 1:09-cv-00705
19 RAMIREZ, CATALINA ROBLES, JUAN
   MONTES; BENITO ESPINO,
20 GUILLERMINA PEREZ; ON BEHALF OF    DECLARATION OF PATRICIA
   THEMSELVES AND A CLASS OF          FERNANDEZ IN SUPPORT OF
21 OTHERS SIMILARLY SITUATED,         PLAINTIFFS' MOTION FOR CLASS
                                      CERTIFICATION
22          Plaintiffs,

23       v.

24 MARKO ZANINOVICH, INC. AND
   SUNVIEW VINEYARDS OF CALIFORNIA,
25 INC.; ET AL.,

26          Defendants.

27

28
                                      1
   DECLARATION OF PATRICIA FERNANDEZ IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS
                                CERTIFICATION

1 | Additional Counsel:
BUSH GOTTLIEB SINGER LÓPEZ KOHANSKI
2 | ADELSTEIN & DICKINSON
IRA L. GOTTLIEB (STATE BAR NO. 103236)
3 | E-MAIL: GOTTLIEB@BUSHGOTTLIEB.COM
DAVID S. ADELSTEIN (STATE BAR NO. 105250)
4 | 500 NORTH CENTRAL AVENUE, SUITE 800
GLENDALE, CA 91203
5 | (818) 973-3200; FAX (818)973-3201

6 | LAW OFFICES OF MARCOS CAMACHO
MARCOS CAMACHO (SBN 123501)
7 | THOMAS PATRICK LYNCH (SBN 159277)
MARIO G. MARTINEZ (SBN 200721)
8 | 1227 California Avenue
Bakersfield, CA 93304
9 | Telephone (661) 324-8100
Facsimile (661) 324-8103
10 | Email: mcamacho@mclawmail.com

11 | MCNICHOLAS & MCNICHOLAS, LLP
PATRICK MCNICHOLAS SBN-125868
12 | MATTHEW S. MCNICHOLAS SBN-190249
10866 WILSHIRE BL., SUITE 1400
13 | LOS ANGELES, CA 90024-4338
(310) 474-1582; FAX (310)475-7871
14 | EMAIL: MSM@MCNICHOLASLAW.COM

15

16

17 | I, Patricia Fernandez, declare as follows:

18 |      1.     I have personal knowledge of the facts that I state as follows, and if I were called to

19 | testify about them in court, I would do so competently.

20 |      2.     I was an employee of Sunview Vineyards. I started working at Sunview in

21 | approximately 2000 and I stopped working in approximately 2004. During my employment with

22 | Sunview, I worked all the seasons. During the picking, I was a picker. During the season

23 | previous to the picking, I would do pruning, de-budding, de-leafing, tipping. I was a member of

24 | crew number 240 along with approximately 60 workers. The foreman for crew 240 was Jose

25

26 | Isabel Rivera.

27 |      3.     During the picking, I would have to arrive at work approximately 10 to 15 minutes

28

DECLARATION OF PATRICIA FERNANDEZ IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION

before the start time in order to prepare the equipment (carry trays and the scale and take them to the field; also move the boxes, the salt, pampers, which are small towels that are placed under the grapes, globes and labels) and the work area. The foreman told us that we should arrive early in order to start working on time and also to attend school. I was never paid for the time I did before start time.

4.   At the end of the shift, during picking, I also had to work without being compensated. Every day we would stay for approximately 10 to 15 minutes after the shift. The foreman would give notice that the shift had ended. But we would generally go on working to fulfill the day's task and to get the table, the equipment and the grapes' boxes in order while we cleaned the road of the blocks.

5.   During the season previous to the picking, my coworkers and I would regularly have to arrive at the work place approximately 5 to 10 minutes early. Our foremen told us we had to arrive early in order to be able to start work on time and to attend school. During the season previous to the picking, we had to attend school almost daily. During school time, the foreman would talk to all us in the work crew and he would reprimand certain workers for delays or for not doing the work correctly. We were not paid for the time we spent working before the shift began during the season previous to the picking.

6.   All the picking seasons I worked for Sunview, we had to take the trays home every night and we had to wash the trays at home. The foremen told us that we would be financially responsible for the trays and the scale if they got lost, broken or stolen. Every day, I had to take from 5 to 7 trays home and I had to wash these trays one or two times per week. This work would take approximately from 30 to 35 minutes to complete. The foremen would check our trays and they had to be very clean so that we could work. We were not paid for the time we spent cleaning the trays, nor were we reimbursed for the chlorine and the soap we used to complete this work.

3

7.      While I worked at Sunview, the Company did not provide me all the necessary tools to perform my work.  Each employee had to purchase his/her own scissors to pick after the scissors that the Company gave us wore down or broke.  Generally, I would purchase 1 to 2 pairs of scissors every year at $8 each pair of scissors.  We were not provided gloves or sheaths for the scissors either, therefore, the workers had to provide these materials every year.  In general, I spent approximately $30 in gloves and $10 for a sheath per year.  Also, during de-leafing, we had to purchase lenses so that dirt and soil would not get into our eyes.  In general, I spent approximately $20 in lenses each season before the picking.

I declare and affirm, under penalty or perjury, that the foregoing is true and correct.  Signed this May 7, 2011, in Delano, California.

_____
Patricia Fernandez

DECLARATION OF PATRICIA FERNANDEZ IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

# CERTIFICATION

I, HEREBY CERTIFY THAT I AM FLUENT IN BOTH THE ENGLISH AND THE SPANISH LANGUAGES AND THAT I HAVE TRANSLATED FROM SPANISH INTO ENGLISH TO THE BEST OF MY ABILITY THE FOLLOWING DOCUMENT:

- Declaration of Patricia Fernandez, a Declaration in Support of Plaintiffs' Motion for Class Certification, Case No. 1:09-cv-00705.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration is executed on this May 16, 2011 in the City of San Rafael, County of Marin, California.

CONCHITA B. LOZANO
May 16, 2011
CERTIFIED COURT INTERPRETER TRANSLATOR
FOR THE STATE OF CALIFORNIA (#300552) AND THE
U.S. DISTRICT COURTS (#98-066)

1 | KINGSLEY & KINGSLEY, APC
GEORGE R. KINGSLEY SBN – 38022
2 | ERIC B. KINGSLEY SBN – 185123
eric@kingsleykingsley.com
3 | STEVE L. HERNANDEZ SBN-229065
shernandez@kingsleykingsley.com
4 | 16133 VENTURA BL., SUITE 1200
ENCINO, CA 91436
5 | (818)990-8300; FAX (818) 990-2903

6 | STAN S. MALLISON (Bar No. 184191)
StanM@TheMMLawFirm.com
7 | HECTOR R. MARTINEZ (Bar No. 206336)
HectorM@TheMMLawFirm.com
8 | MARCO A. PALAU (Bar. No. 242340)
MPalau@TheMMLawFirm.com
9 | JESSICA JUAREZ (Bar No. 269600)
JJuarez@TheMMLawFirm.com
10 | MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
11 | Oakland, California 94612-3547
Telephone: (510) 832-9999
12 | Facsimile: (510) 832-1101

13 |
ATTORNEYS FOR PLAINTIFFS
14 | [ADDITIONAL PLAINTIFF COUNSEL, NEXT PAGE]

15 |                   UNITED STATES DISTRICT COURT

16 |                   EASTERN DISTRICT OF CALIFORNIA

17 |

18 | SANTIAGO ROJAS, JOSEPHINO        CASE NO. 1:09-cv-00705
19 | RAMIREZ, CATALINA ROBLES, JUAN
MONTES; BENITO ESPINO,
20 | GUILLERMINA PEREZ; ON BEHALF OF   DECLARACIÓN DE PATRICIA
THEMSELVES AND A CLASS OF          FERNANDEZ EN APOYO DE LA MOCION
21 | OTHERS SIMILARLY SITUATED,        DE LOS DEMANDANTES PARA
CERTIFICACIÓN DE CLASE
22 |              Plaintiffs,

23 |      v.

24 | MARKO ZANINOVICH, INC. AND
SUNVIEW VINEYARDS OF CALIFORNIA,
25 | INC.; ET AL.,

26 |              Defendants.

27 |

28 |
_____

1 | Additional Counsel:
  | BUSH GOTTLIEB SINGER LÓPEZ KOHANSKI
2 | ADELSTEIN & DICKINSON
  | IRA L. GOTTLIEB (STATE BAR NO. 103236)
3 | E-MAIL: GOTTLIEB@BUSHGOTTLIEB.COM
  | DAVID S. ADELSTEIN (STATE BAR NO. 105250)
4 | 500 NORTH CENTRAL AVENUE, SUITE 800
  | GLENDALE, CA 91203
5 | (818) 973-3200; FAX (818)973-3201

6 | LAW OFFICES OF MARCOS CAMACHO
  | MARCOS CAMACHO (SBN  123501)
7 | THOMAS PATRICK LYNCH (SBN 159277)
  | MARIO G. MARTINEZ (SBN 200721)
8 | 1227 California Avenue
  | Bakersfield, CA 93304
9 | Telephone (661) 324-8100
  | Facsimile (661) 324-8103
10 | Email: mcamacho@mclawmail.com

11 | MCNICHOLAS & MCNICHOLAS, LLP.
  | PATRICK MCNICHOLAS SBN-125868
12 | MATTHEW S. MCNICHOLAS SBN-190249
  | 10866 WILSHIRE BL., SUITE 1400
13 | LOS ANGELES, CA 90024-4338
  | (310) 474-1582; FAX (310)475-7871
14 | EMAIL: MSM@MCNICHOLASLAW.COM

15

16

17 Yo, Patricia Fernandez, declaro lo siguiente:

18     1.    Tengo conocimiento personal de los hechos que relato a continuación, y si fuera

19 llamada a dar testimonio sobre ellos en corte, lo haría competentemente.

20     2.    Fui empleada de Sunview Vineyards. Empecé a trabajar en Sunview en

21 aproximadamente 2000 y deje de trabajar en aproximadamente 2004. Durante mi empleo con

22 Sunview trabaje todas las temporadas. Durante la pisca, yo era piscadora. Durante la temporada

23 antes de la pisca, yo podaba, desbrotaba, deshojaba, tipeaba. Fui miembro de la cuadrilla numero

24

25 240 junto con aproximadamente 60 trabajadores. El mayordomo de la cuadrilla 240 era Jose Isabel

26 Rivera.

27     3.    Durante la pisca, tenía que llegar al trabajo aproximadamente 10 a 15 minutos antes

28

2

DECLARACIÓN DE PATRICIA FERNANDEZ EN APOYO DE LA MOCION DE LOS DEMANDANTES PARA
CERTIFICACIÓN DE CLASE

1  de la hora de entrada para preparar el equipo (cargar las bandejas, y vascula y llevarlas al campo;

2  también arrimar las cajas, bolsas, sal, pamper, que son toallitas que se ponen debajo de las uvas,

3  globos, y labels) y el área de trabajo. El mayordomo nos dijo que deberíamos llegar temprano para

4  comenzar a trabajar a tiempo y también para atender a la escuelita. Nunca me pagaron por el

5  trabajo que hice antes de la hora de entrada.

6

7       4.      Al final del turno durante la pisca también tenía que hacer trabajo sin ser

8  recompensados.  Diario nos quedábamos aproximadamente 15 a 20 minutos después del turno.  El

9  mayordomo daba el aviso de que el turno había concluido. Pero generalmente seguíamos

10 trabajando para cumplir con la tarea del día y para ordenar la mesa, el equipo y las cajas de uvas

11 mientras  limpiábamos la avenida de los bloques.

12

13      5.      Durante la temporada antes de la pisca, mis compañeros y yo regularmente

14 teníamos que llegar al sitio de trabajo aproximadamente 5 a 10 minutos temprano.  Nuestros

15 mayordomos nos dijeron que teníamos que llegar temprano para poder comenzar a trabajar a

16 tiempo y para atender a la escuelita. Durante la temporada antes de la pisca, teníamos que atender

17 escuelita casi diario.  Durante la escuelita, el mayordomo nos hablaba a todos de la cuadrilla del

18 trabajo y regañaba a ciertos trabajadores por atracarse o por hacer el trabajo incorrectamente.   No

19 se nos pagaba este tiempo que pasamos trabajando antes de que comenzara el turno durante la

20 temporada antes de la pisca.

21

22      6.      Todas las temporadas de pisca que trabaje para Sunview teníamos que llevar las

23 bandejas a la casa cada noche y teníamos que lavar las bandejas en la casa.  Los mayordomos nos

24 dijeron que seríamos económicamente responsables por las bandejas y la pesa si fueran perdidas,

25 quebradas o robadas.   Cada día tenía que llevarme aproximadamente de 5 a 7 bandejas a la casa y

26 tenía que lavar estas bandejas una o dos veces por semana. Este trabajo duraba aproximadamente

27 de 30  a 35 minutos para completarse. Los mayordomos nos revisaban nuestras bandejas y tenían

28

1  que estar bien limpias para que pudiéramos trabajar. No se nos pagó por el tiempo que durábamos

2  limpiando las bandejas, ni tampoco se no reembolso el cloro y el jabón que usábamos para

3  completar este trabajo.

4       7.       Mientras que trabaje en Sunview, la Compañía no me proporciono todas las

5  herramientas necesarias para realizar mi trabajo. Cada empleado tenía que comprar sus propias

6  tijeras para piscar después de que se desgastaban o quebraban las tijeras que la Compañía nos

7  daba. Por lo general, yo compraba 1 o 2 tijeras de piscar cada año por de $8 por tijera.   Tampoco

8  no proveían guantes o fundas de tijera, así que los trabajadores teníamos que proveer estos

9  materiales cada año.  Por lo general, gaste aproximadamente $30 en guantes y $10 en una funda

10  por año.   También durante el deshoje, teníamos que comprar lentes para que no nos callera

11  basurita y tierra a los ojos.  Por lo general, gaste aproximadamente $20 en lentes cada temporada

12  antes de pisca.

13       Declaro y afirmo, bajo pena de perjurio, que lo anterior es correcto y verdadero.

14  Firmada este 7 de Mayo del 2011 en Delano, California.

15

16

17

18  *patricia fernandez*

19  Patricia Fernandez

20

21

22

23

24

25

26

27

28

4

1  KINGSLEY & KINGSLEY, APC
   GEORGE R. KINGSLEY SBN – 38022
2  ERIC B. KINGSLEY SBN – 185123
   eric@kingsleykingsley.com
3  STEVE L. HERNANDEZ SBN-229065
   shernandez@kingsleykingsley.com
4  16133 VENTURA BL., SUITE 1200
   ENCINO, CA 91436
5  (818)990-8300; FAX (818) 990-2903

6  STAN S. MALLISON (Bar No. 184191)
       StanM@TheMMLawFirm.com
7  HECTOR R. MARTINEZ (Bar No. 206336)
       HectorM@TheMMLawFirm.com
8  MARCO A. PALAU (Bar. No. 242340)
       MPalau@TheMMLawFirm.com
9  JESSICA JUAREZ (Bar No. 269600)
       JJuarez@TheMMLawFirm.com
10 MALLISON & MARTINEZ
   1939 Harrison Street, Suite 730
11 Oakland, California 94612-3547
   Telephone: (510) 832-9999
12 Facsimile: (510) 832-1101

13
   ATTORNEYS FOR PLAINTIFFS
14 [ADDITIONAL PLAINTIFF COUNSEL, NEXT PAGE]

15              UNITED STATES DISTRICT COURT

16             EASTERN DISTRICT OF CALIFORNIA

17

18
   SANTIAGO ROJAS, JOSEPHINO          CASE NO. 1:09-CV-00705-AWI-SMS
19 RAMIREZ, CATALINA ROBLES, JUAN
   MONTES; BENITO ESPINO,
20 GUILLERMINA PEREZ; ON BEHALF OF    DECLARATION OF RAMONA MACIAS
   THEMSELVES AND A CLASS OF          GARCIA IN SUPPORT OF PLAINTIFFS'
21 OTHERS SIMILARLY SITUATED,         MOTION FOR CLASS CERTIFICATION

22           Plaintiffs,

23        v.

24 MARKO ZANINOVICH, INC. AND
   SUNVIEW VINEYARDS OF CALIFORNIA,
25 INC.; ET AL.,

26           Defendants.

27

28
                                      1

1  Additional Counsel:
   BUSH GOTTLIEB SINGER LÓPEZ KOHANSKI
2  ADELSTEIN & DICKINSON
   IRA L. GOTTLIEB (STATE BAR NO. 103236)
3  E-MAIL: GOTTLIEB@BUSHGOTTLIEB.COM
   DAVID S. ADELSTEIN (STATE BAR NO. 105250)
4  500 NORTH CENTRAL AVENUE, SUITE 800
   GLENDALE, CA 91203
5  (818) 973-3200; FAX (818)973-3201

6  LAW OFFICES OF MARCOS CAMACHO
   MARCOS CAMACHO (SBN  123501)
7  THOMAS PATRICK LYNCH (SBN 159277)
   MARIO G. MARTINEZ (SBN 200721)
8  1227 California Avenue
   Bakersfield, CA 93304
9  Telephone (661) 324-8100
   Facsimile (661) 324-8103
10 Email: mcamacho@mclawmail.com

11 MCNICHOLAS & MCNICHOLAS, LLP
   PATRICK MCNICHOLAS SBN-125868
12 MATTHEW S. MCNICHOLAS SBN-190249
   10866 WILSHIRE BL., SUITE 1400
13 LOS ANGELES, CA 90024-4338
   (310) 474-1582; FAX (310)475-7871
14 EMAIL: MSM@MCNICHOLASLAW.COM

15

16
        I, Ramona Macias Garcia, declare as follows:
17
        1.      I have personal knowledge of the facts I state as follows, and if I were called to
18
   testify about them in court, I would competently do so.
19
        2.      I am currently employed by Sunview Vineyards.  I started working at Sunview
20
   Vineyards approximately in August, 1988.  Since 2000 until September, 2004, I worked pruning,
21
   thinning, tipping and de-leafing in the time before the picking, and picking grapes during the
22
   picking.  I worked in crew number 240 with foreman Rivera.  I am a picker and I work in a group
23
   with another picker and a packer.  I have worked the same crew since 1988 with several
24
   forepersons, and all forepersons required the crew to arrive at the workplace from 20-30 minutes
25
   before the official work start time.
26

27

28

DECLARATION OF RAMONA MACIAS GARCIA IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION

3.     During the 2001 and 2005 pickings, foreman Rivera required that the entire crew arrived at least 20-30 minutes before the official work start time.   When we arrived at the workplace, we had to prepare our work areas doing things like taking out the table and the wheelbarrow to the middle of the rows.  We opened the table, took and stacked the boxes near the table, and made sure that the bags, labels and trays were ready.  Another work we had to do before the official work start time was to attend school daily.  During school, the foreman would talk to the entire crew, giving the day's assignment and reprimanding the groups that did not reach their picking quotas.   We were not paid for the time we spent preparing our work areas or for participating in the school before the official work start time.

4.     At the end of the workday, when the foreman advised us that the day was already over, the majority of our crew went on working in order to be able to pack the grapes that were already picked.  My group would work between 10-20 minutes on top of the official work ending time in order to achieve packing the grapes.  It happened like this approximately 3-4 times per week during each season.  Our crew was not paid for the time spent working after the official ending work time.

5.     In the years 2001, 2002, 2003, 2004 and 2005, I worked at the job before the picking doing pruning, thinning, tipping and de-leafing.  Foreman Rivera would order the crew to arrive at the workplace at least 15 before the official work start time in order to attend the school he gave on those days.  That's how it happened approximately 2-3 times per week during the season before the picking.  Our crew was never paid for the time we attended school before the official work start time during the season before the picking.

6.     During the time that I have worked for Sunview in the picking season, our foreman required that my crew and I take home the picking trays to wash them.  In general, each harvest worker took home about four trays daily.  I would spend at least 60 minutes each week washing

3

trays at my house.  If the trays were not clean to the foreman's satisfaction, the worker would not be allowed to work until they were clean.  We were not paid for the time we spent washing trays at home or for the soap and the bleach we used.  A worker from each group had to take home the scale every night.  Our foreman told us that we had to take the scale home because we would be responsible to pay for any damage or theft of the same.

7.      Since I began working with Sunbird in 1988, my coworkers and I have had to provide our own gloves, scissors and sheath.  The tools and equipment I had to take to my work were gloves, scissors and a sheath.  My foreman Rivera and my former forepersons told me when I started working what I had to take to work.  They did not provide me any tools and I had to purchase them.  I have purchased 2 scissors at $7.00-$8.00 each per season.  I have also purchased 3-4 packs of gloves at $3.00-$5.00 each per season.  I was not reimbursed for the scissors and the gloves that I purchased for work.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.  Executed on May 12, 2011 in Delano, California.


_____
RAMONA MACIAS GARCIA

DECLARATION OF RAMONA MACIAS GARCIA IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

# CERTIFICATION

I, HEREBY CERTIFY THAT I AM FLUENT IN BOTH THE ENGLISH AND THE SPANISH LANGUAGES AND THAT I HAVE TRANSLATED FROM SPANISH INTO ENGLISH TO THE BEST OF MY ABILITY THE FOLLOWING DOCUMENT:

- Declaration of Ramona Macias Garcia, a Declaration in Support of Plaintiffs' Motion for Class Certification, Case No. 1:09-cv-00705.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration is executed on this May 16, 2011 in the City of San Rafael, County of Marin, California.

CONCHITA B. LOZANO
May 16, 2011
CERTIFIED COURT INTERPRETER TRANSLATOR
FOR THE STATE OF CALIFORNIA (#300552) AND THE
U.S. DISTRICT COURTS (#98-066)

1   KINGSLEY & KINGSLEY, APC
    GEORGE R. KINGSLEY SBN – 38022
2   ERIC B. KINGSLEY SBN – 185123
    eric@kingsleykingsley.com
3   STEVE L. HERNANDEZ SBN-229065
    shernandez@kingsleykingsley.com
4   16133 VENTURA BL., SUITE 1200
    ENCINO, CA 91436
5   (818)990-8300; FAX (818) 990-2903

6   STAN S. MALLISON (Bar No. 184191)
        StanM@TheMMLawFirm.com
7   HECTOR R. MARTINEZ (Bar No. 206336)
        HectorM@TheMMLawFirm.com
8   MARCO A. PALAU (Bar. No. 242340)
        MPalau@TheMMLawFirm.com
9   JESSICA JUAREZ (Bar No. 269600)
        JJuarez@TheMMLawFirm.com
10  MALLISON & MARTINEZ
    1939 Harrison Street, Suite 730
11  Oakland, California 94612-3547
    Telephone: (510) 832-9999
12  Facsimile: (510) 832-1101

13
    ATTORNEYS FOR PLAINTIFFS
14  [ADDITIONAL PLAINTIFF COUNSEL, NEXT PAGE]

15                  UNITED STATES DISTRICT COURT

16                  EASTERN DISTRICT OF CALIFORNIA

17

18
    SANTIAGO ROJAS, JOSEPHINO            CASO NO. 1:09-cv-00705
19  RAMIREZ, CATALINA ROBLES, JUAN
    MONTES; BENITO ESPINO,
20  GUILLERMINA PEREZ; ON BEHALF OF      DECLARACIÓN DE RAMONA MACIAS
    THEMSELVES AND A CLASS OF            GARCIA EN APOYO A LA MOCION DE
21  OTHERS SIMILARLY SITUATED,           LOS DEMANDANTES PARA
                                         CERTIFICACIÓN DE CLASE
22              Demandantes,

23          v.

24  MARKO ZANINOVICH, INC. AND
    SUNVIEW VINEYARDS OF CALIFORNIA,
25  INC.; ET AL.,

26              Demandados.

27
    ATTORNEYS FOR PLAINTIFFS
28  [ADDITIONAL PLAINTIFF COUNSEL]

                                    1
    DECLARATION OF  RAMONA MACIAS GARCIA IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS
                                CERTIFICATION

1

2 | BUSH GOTTLIEB SINGER LÓPEZ KOHANSKI
ADELSTEIN & DICKINSON

3 | IRA L. GOTTLIEB (STATE BAR NO. 103236)
E-MAIL: GOTTLIEB@BUSHGOTTLIEB.COM

4 | DAVID S. ADELSTEIN (STATE BAR NO. 105250)
500 NORTH CENTRAL AVENUE, SUITE 800

5 | GLENDALE, CA 91203
(818) 973-3200; FAX (818)973-3201

6 | LAW OFFICES OF MARCOS CAMACHO
MARCOS CAMACHO (SBN 123501)

7 | THOMAS PATRICK LYNCH (SBN 159277)
MARIO G. MARTINEZ (SBN 200721)

8 | 1227 California Avenue
Bakersfield, CA 93304

9 | Telephone (661) 324-8100
Facsimile (661) 324-8103

10 | Email: mcamacho@mclawmail.com

11 | MCNICHOLAS & MCNICHOLAS, LLP
PATRICK MCNICHOLAS SBN-125868

12 | MATTHEW S. MCNICHOLAS SBN-190249
10866 WILSHIRE BL., SUITE 1400

13 | LOS ANGELES, CA 90024-4338
(310) 474-1582; FAX (310)475-7871

14 | EMAIL: MSM@MCNICHOLASLAW.COM

15

16

17  Yo, Ramona Macias Garcia, declaro lo siguiente:

18  1.      Tengo conocimiento personal de los hechos que relato a continuación, y si fuera llamada a dar testimonio sobre ellos en corte, lo haría competentemente.

19

20  2.      Estoy actualmente empleada de Sunview Vineyards.   Empecé a trabajar en

21  Sunview Vineyards aproximadamente en el agosto del 1988. Desde el 2000 hasta Septiembre del

22  2004, trabaje apodando, rebajando, puntando, y deshojando en el tiempo antes de la pizca y

23  piscando uvas durante la pizca.  Trabaje en la cuadrilla numero 240 del mayordomo Rivera.  Soy

24  pizcadora y trabajo en un grupo con otro pizcador y un empacador.   He trabajado en la misma

25  cuadrilla desde el 1988 con varios mayordomos, y todos los mayordomos requirieron que llegara

26  la cuadrilla al sitio del trabajo entre 20-30 minutos antes de la hora oficial de empezar el trabajo.

27  3.      Durante las pizcas entre 2001 y 2005, el mayordomo Rivera requirió que todos de

28  la cuadrilla llegara por los menos 20-30 minutos antes de la hora oficial de empezar el trabajo.

Cuando llegamos al sitio de trabajo, tuvimos que preparar nuestras áreas de trabajo por hacer cosas como sacar la mesa y la carretilla del medio de los surcos. Abrimos la mesa, llevamos y apilamos cajas cercas de la mesa, y aseguramos que las bolsas, etiquetas, y bandejas estaban listos. Otro trabajo que tuvimos que hacer antes de la hora oficial de empezar el trabajo era asistir a una escuelita diaria. Durante la escuelita, el mayordomo hablaba con la cuadrilla entera, dando la tarea del día y regañando a los grupos que no alcanzaron sus cuotas de pizca. No estuvimos pagados por el tiempo que pasamos preparando nuestros áreas para el trabajo ni por participar en la escuelita antes de la hora oficial de empezar el trabajo.

4.      Al fin del día de trabajo, cuando el mayordomo nos aviso que ya se había terminado el día, la mayoría de nuestra cuadrilla siguió trabajando para poder alcanzar empacando las uvas ya pizcadas. Mi grupo trabajaba entre 10-20 minutos mas que la hora oficial de terminar trabajo para poder alcanzar el empaque de las uvas. Se lo pasamos así aproximadamente 3-4 veces por semana durante cada temporada. Nuestra cuadrilla no fue pagada por el tiempo pasado trabajando después de la hora oficial de terminar trabajo.

5.      En los anos 2001, 2002, 2003, 2004 y 2005, yo trabaje en el trabajo antes de la pizca apodando, rebajando, puntando, y deshojando. El mayordomo Rivera mandaba a la cuadrilla que llegara al sitio de trabajo por lo menos 15 antes de la hora oficial de empezar trabajo para asistir a la escuelita que el dio en estos días. Así se pasó aproximadamente 2-3 veces por semana durante la temporada antes de la pizca. Nuestra cuadrilla nunca fue pagada por el tiempo que asistimos a la escuelita antes de la hora oficial de empezar el trabajo durante la temporada antes de la pizca.

6.      Durante el tiempo en lo cual he trabajado por Sunview en la temporada de pizca, nuestro mayordomo requirió que mi cuadrilla y yo lleváramos las bandejas de pizca a la casa para lavarlas. En general, cada trabajador de la pizca llevó alrededor de cuatro bandejas a su casa

1  diariamente.  In general, each "harvest" worker took about four trays home daily.  Yo pasaba por lo

2  menos 60 minutos cada semana lavando bandejas en mi casa.  Si las bandejas no estaban limpias a

3  la satisfacción del mayordomo, no se dejó trabajar el trabajador hasta que estuvieran limpias.  No

4  fuimos pagados por el tiempo pasado lavando bandejas en casa ni para el jabón y blanqueador que

5  usamos.  Un trabajador de cada grupo tenia que llevar la bascula a la casa cada noche.  Nuestro

6  mayordomo nos dijo que tuvimos que llevar la bascula a casa porque estaríamos responsables para

7  pagar cualquier daño o robo de ella.  We were never paid for the time spent washing trays at home

8  or the soap and bleach used.

9

10      7.      Desde que yo empecé de trabajar con Sunbird en 1988, mis compañeros de trabajo

11  y yo hemos tenido que proveer nuestros propios guantes, tijeras, y funda.  Las herramientas y

12  equipaje que tenia que llevar a mi trabajo fueron guantes, tijeras, y funda.  Me dijo mi mayordomo

13  Rivera y mis pasados mayordomos cuando yo empecé de trabajar lo que tenia que llevar al trabajo.

14  No me proveyeron las herramientas y he tenido que comprarlas.  He comprado 2 tijeras a $7.00-

15  $8.00 cada uno cada temporada.  También he comprado paquetes de 3-4 guantes a $3.00-$5.00

16  cada uno cada temporada.  No fui reembolsada por las tijeras y guantes que yo compré para el

17  trabajo.

18

19      Yo declaro bajo penalidad de perjurio bajo las leyes de los Estados Unidos de America que

20  lo anterior es verdadero y correcto.  Ejecutado el l  de mayo 2011 en Delano, California.

21

22

23                          *Ramona M Garcia*

24                          RAMONA MACIAS GARCIA

25

26

27

28

DECLARATION OF RAMONA MACIAS GARCIA IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

1  KINGSLEY & KINGSLEY, APC
   GEORGE R. KINGSLEY SBN – 38022
2  ERIC B. KINGSLEY SBN – 185123
   eric@kingsleykingsley.com
3  STEVE L. HERNANDEZ SBN-229065
   shernandez@kingsleykingsley.com
4  16133 VENTURA BL., SUITE 1200
   ENCINO, CA 91436
5  (818)990-8300; FAX (818) 990-2903

6  STAN S. MALLISON (Bar No. 184191)
      StanM@TheMMLawFirm.com
7  HECTOR R. MARTINEZ (Bar No. 206336)
      HectorM@TheMMLawFirm.com
8  MARCO A. PALAU (Bar. No. 242340)
      MPalau@TheMMLawFirm.com
9  JESSICA JUAREZ (Bar No. 269600)
      JJuarez@TheMMLawFirm.com
10 MALLISON & MARTINEZ
   1939 Harrison Street, Suite 730
11 Oakland, California 94612-3547
   Telephone: (510) 832-9999
12 Facsimile: (510) 832-1101

13
   ATTORNEYS FOR PLAINTIFFS
14 [ADDITIONAL PLAINTIFF COUNSEL, NEXT PAGE]

15              UNITED STATES DISTRICT COURT

16              EASTERN DISTRICT OF CALIFORNIA

17

18
   SANTIAGO ROJAS, JOSEPHINO          CASE NO. 1:09-CV-00705-AWI-SMS
19 RAMIREZ, CATALINA ROBLES, JUAN
   MONTES; BENITO ESPINO,
20 GUILLERMINA PEREZ; ON BEHALF OF
   THEMSELVES AND A CLASS OF          DECLARATION OF VICENTA PEREZ DE
21 OTHERS SIMILARLY SITUATED,         GARCIA IN SUPPORT OF PLAINTIFFS'
                                      MOTION FOR CLASS CERTIFICATION
22              Plaintiffs,

23         v.

24 MARKO ZANINOVICH, INC. AND
   SUNVIEW VINEYARDS OF CALIFORNIA,
25 INC.; ET AL.,

26              Defendants.

27

28                                    1
   ─────────────────────────────────────────────────────────────────
   DECLARATION OF VICENTA PEREZ DE GARCIA IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS
                                CERTIFICATION

1 | Additional Counsel:
BUSH GOTTLIEB SINGER LÓPEZ KOHANSKI
2 | ADELSTEIN & DICKINSON
IRA L. GOTTLIEB (STATE BAR NO. 103236)
3 | E-MAIL: GOTTLIEB@BUSHGOTTLIEB.COM
DAVID S. ADELSTEIN (STATE BAR NO. 105250)
4 | 500 NORTH CENTRAL AVENUE, SUITE 800
GLENDALE, CA 91203
5 | (818) 973-3200; FAX (818)973-3201

6 | LAW OFFICES OF MARCOS CAMACHO
MARCOS CAMACHO (SBN  123501)
7 | THOMAS PATRICK LYNCH (SBN 159277)
MARIO G. MARTINEZ (SBN 200721)
8 | 1227 California Avenue
Bakersfield, CA 93304
9 | Telephone (661) 324-8100
Facsimile (661) 324-8103
10 | Email: mcamacho@mclawmail.com

11 | MCNICHOLAS & MCNICHOLAS, LLP
PATRICK MCNICHOLAS SBN-125868
12 | MATTHEW S. MCNICHOLAS SBN-190249
10866 WILSHIRE BL., SUITE 1400
13 | LOS ANGELES, CA 90024-4338
(310) 474-1582; FAX (310)475-7871
14 | EMAIL: MSM@MCNICHOLASLAW.COM

15 |

16 |

   I, Vicenta Perez de Garcia, declare as follows:

17 |

18 |   1.   I have personal knowledge of the facts I state as follows, and if I were called to

19 | testify about them in court, I would competently do so.

20 |   2.   Currently, I am an employee of Sunview Vineyards.  I started working at Sunview

21 | Vineyards approximately in August, 2000.  I worked in crew number 600 during the time I have

22 | worked at Sunview.  The crew's forewoman is Forewoman Yolanda Marquez.  I have worked

23 | with other forepersons, including Eva Mariscal, Felix Garcia, and Hubando Mejia.  All the years I

24 | have worked at Sunview, I have worked as a grape picker. Since 2001 until approximately 2009, I

25 | also worked during the work seasons previous to the picking.  During the work seasons previous

26 |

27 |

28 |

2

DECLARATION OF VICENTA PEREZ DE GARCIA IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS
ACTION CERTIFICATION

1    to the picking, from 2001 until 2009, I performed different tasks, including tipping, de-budding,

2    thinning and de-leafing.

3        3.      On previous years, during picking, we had to arrive at work approximately 25

4    minutes before the official start time.  Until two or three years ago, the foremen would tell us that

5

6    we had to arrive early in order to prepare the materials, including the tables, trays and the

7    wheelbarrow.  Every morning, during picking, we also had to attend "school" before the official

8    start time.  "School" is the time during which the foreman talks to all of us in the crew about work

9    and the foreman would also reprimand workers for not doing a task or doing it incorrectly.  We

10    were not paid for this time before the start time that we have spent preparing the work area for the

11    workday or attending "school" before the official start time during picking.  Approximately two or

12    three years ago, the forewoman began to have "school" exactly at the official start time.

13

14        4.      During the picking seasons of previous years, we had to continue working and

15    cleaning the work areas after the foreman notified us that the official shift was already over.  We

16    couldn't get out of work until we finished packing all the grapes that had been picked by our

17    group.  In general, approximately 2 or 3 times per week, we had to work about 15 minutes after

18    the official shift.  We hardly have to stay at work after the shift any longer-this practice changed

19    like two years ago, more or less.

20

21        5.      During previous years, during the work seasons previous to the picking in my crew,

22    we had to arrive at work like 10-20 minutes early.  The foremen would tell us that we had to arrive

23    early so that we would be ready to start working on time.  Also, during the work seasons before

24    the picking we had to attend "school" before the official start time.  We were not paid for this time

25    that we had to be at work before the official start time during the work seasons before the picking.

26    Approximately two or three years ago, this practice was changed and we no longer have to attend

27    "school" before the official start time.

28

DECLARATION OF VICENTA PEREZ DE GARCIA IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS
ACTION CERTIFICATION

6.     During previous years, we had to take home the trays every day and we had to wash the trays at home. We also had to take home the scale every day. The foremen would tell us that we had to wash the trays and they told us that we could not work if we had dirty trays. Also, the foremen would tell us that we would be responsible for the trays and the scale if they got lost, broken or stolen. I was assigned approximately 5 trays. In general, I had to wash my trays twice a week. I would spend around 30 minutes doing this job. We were not paid for the time we spent washing trays at our homes and we were not reimbursed either for the cost of the soap or the chlorine we used to do that task.

7.     Afterward, three or four years ago, more or less, the Company began to bring a trailer to the site so that the workers could keep the trays and the scale inside the trailer every day. Since then, we were not forced to take the trays or the scale home anymore.

8.     While I have been working at Sunview, the Company has not provided us with the necessary tools to perform our job. In previous years the Company would not give us picking scissors. We had to purchase around 3 pairs of scissors every year at approximately $7 each. Three or four years ago, the Company started giving a pair of picking scissors to each worker. We always had to bring our own gloves to work too. I have had to spend around $15 in gloves every year that I have worked at Sunview. The Company does not provide us with a sheath for the scissors, however, everyone wears a sheath while they do the work. Every year, I spent approximately $7-8 for a sheath for my scissors. Also, one year, my husband and I had to purchase a wheelbarrow to be able to work. This one cost us $50.

I declare and affirm, under penalty of perjury according to the laws of the United States, that the foregoing is true and correct.

Signed this May 7, 2011 in _____, California.

---

4

DECLARATION OF VICENTA PEREZ DE GARCIA IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS ACTION CERTIFICATION

1

2

3                                          By: _____

4                                             VICENTA PEREZ DE GARCIA

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5

DECLARATION OF VICENTA PEREZ DE GARCIA IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS
ACTION CERTIFICATION

**<u>Declaration of Reading</u>**

I declare, under penalty of perjury of the laws of the United States, that this declaration was read to me aloud and I affirm that the content is true and correct. Executed in _____, California.

_____   Date:_____

I declare under penalty of perjury under the laws of the United States that I am able to read in Spanish and that I accurately read the foregoing declaration to the declarant in Spanish and that she affirmed that the contents of the declaration were true and correct. Executed in _____, California.

_____Date:_____

DECLARATION OF VICENTA PEREZ DE GARCIA IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS ACTION CERTIFICATION

# CERTIFICATION

I, HEREBY CERTIFY THAT I AM FLUENT IN BOTH THE
ENGLISH AND THE SPANISH LANGUAGES AND THAT I HAVE
TRANSLATED FROM SPANISH INTO ENGLISH TO THE BEST OF
MY ABILITY THE FOLLOWING DOCUMENT:

- Declaration of Vicenta Perez de Garcia, a Declaration in Support of
Plaintiffs' Motion for Class Certification, Case No. 1:09-cv-00705.

I declare under penalty of perjury that the foregoing is true and correct
and that this Declaration is executed on this May 16, 2011 in the City of
San Rafael, County of Marin, California.

CONCHITA B. LOZANO
May 16, 2011
CERTIFIED COURT INTERPRETER TRANSLATOR
FOR THE STATE OF CALIFORNIA (#300552) AND THE
U.S. DISTRICT COURTS (#98-066)

1  KINGSLEY & KINGSLEY, APC
   GEORGE R. KINGSLEY SBN – 38022
2  ERIC B. KINGSLEY SBN – 185123
   eric@kingsleykingsley.com
3  STEVE L. HERNANDEZ SBN-229065
   shernandez@kingsleykingsley.com
4  16133 VENTURA BL., SUITE 1200
   ENCINO, CA 91436
5  (818)990-8300; FAX (818) 990-2903

6  STAN S. MALLISON (Bar No. 184191)
      StanM@TheMMLawFirm.com
7  HECTOR R. MARTINEZ (Bar No. 206336)
      HectorM@TheMMLawFirm.com
8  MARCO A. PALAU (Bar. No. 242340)
      MPalau@TheMMLawFirm.com
9  JESSICA JUAREZ (Bar No. 269600)
      JJuarez@TheMMLawFirm.com
10 MALLISON & MARTINEZ
   1939 Harrison Street, Suite 730
11 Oakland, California 94612-3547
   Telephone: (510) 832-9999
12 Facsimile: (510) 832-1101

13
   ABOGADOS DE LOS DEMANDANTES
14 [MÁS ABOGADOS DE LOS DEMANDANTES, PRÓXIMA PÁGINA]

15
              CORTE DE DISTRITO DE LOS ESTADOS UNIDOS
16
              DISTRITO DEL ESTE DE CALIFORNIA
17

18
   SANTIAGO ROJAS, JOSEPHINO          CASO NO. 1:09-CV-00705-AWI-SMS
19 RAMIREZ, CATALINA ROBLES, JUAN
   MONTES; BENITO ESPINO,
20 GUILLERMINA PEREZ; ON BEHALF OF
   THEMSELVES AND A CLASS OF          DECLARACIÓN DE VICENTA PEREZ DE
21 OTHERS SIMILARLY SITUATED,         GARCIA EN APOYO AL MOCION DE LOS
                                      DEMANDANTES PARA  CERTIFICACIÓN
22        Demandantes,                DE CLASE

23        v.

24 MARKO ZANINOVICH, INC. AND
   SUNVIEW VINEYARDS OF CALIFORNIA,
25 INC.; ET AL.,

26        Demandados.

27

28
   DECLARACIÓN DE VICENTA PEREZ DE GARCIA EN APOYO AL MOCION DE LOS DEMANDANTES
                    PARA  CERTIFICACIÓN DE CLASE

1   Abogados Adicionales:
    BUSH GOTTLIEB SINGER LÓPEZ KOHANSKI
2   ADELSTEIN & DICKINSON
    IRA L. GOTTLIEB (STATE BAR NO. 103236)
3   E-MAIL: GOTTLIEB@BUSHGOTTLIEB.COM
    DAVID S. ADELSTEIN (STATE BAR NO. 105250)
4   500 NORTH CENTRAL AVENUE, SUITE 800
    GLENDALE, CA 91203
5   (818) 973-3200; FAX (818)973-3201

6   LAW OFFICES OF MARCOS CAMACHO
    MARCOS CAMACHO (SBN  123501)
7   THOMAS PATRICK LYNCH (SBN 159277)
    MARIO G. MARTINEZ (SBN 200721)
8   1227 California Avenue
    Bakersfield, CA 93304
9   Telephone (661) 324-8100
    Facsimile (661) 324-8103
10  Email: mcamacho@mclawmail.com

11  MCNICHOLAS & MCNICHOLAS, LLP
    PATRICK MCNICHOLAS SBN-125868
12  MATTHEW S. MCNICHOLAS SBN-190249
    10866 WILSHIRE BL., SUITE 1400
13  LOS ANGELES, CA 90024-4338
    (310) 474-1582; FAX (310)475-7871
14  EMAIL: MSM@MCNICHOLASLAW.COM

15

16

         Yo, Vicenta Perez de Garcia, declaro lo siguiente:

17

         1.      Tengo conocimiento personal de los hechos que relato a continuación, y si fuera

18

19   llamado a dar testimonio sobre ellos en corte, lo haría competentemente.

20         2.      Actualmente soy empleado de Sunview Vineyards.  Empecé a trabajar en Sunview

21   Vineyards aproximadamente en agosto del 2000.  Trabajé en la cuadrilla número 600 durante el

22   tiempo que he trabajado en Sunview.   La mayordoma de la cuadrilla es Mayordoma Yolanda

23   Marquez.  He trabajado con otros mayordomos, incluyendo a Eva Mariscal, Felix Garcia y

24   Hubando Mejia.  En todos los años que he trabajado en Sunview, trabajé en la temporada de la

25   pizca como pizcadora de uvas.  Desde el 2001 hasta aproximadamente el 2009, también trabajaba

26

27

28

                                          2

1  en las temporadas de trabajo antes de la pizca.  Durante las temporadas antes de las pizca, desde el

2  2001 hasta el 2009, realicé labores distintos incluyendo el tipeo, el desbrote, el desaje y el deshoje.

3      3.      En años previos, durante la pizca, teníamos que llegar al trabajo aproximadamente

4  25 minutos antes de la hora de entrada oficial.  Hasta hace dos o tres años atrás, los mayordomos

5  nos decían que teníamos que llegar temprano para preparar las materiales incluyendo las mesas,

6

7  bandejas, cajas y la caretilla.  Cada mañana durante la pizca, también teníamos que asistir a la

8  "escuelita" antes de la hora de entrada oficial.  "Escuelita" es el tiempo durante lo cual el

9  mayordomo nos habla a toda la cuadrilla acerca del trabajo y también el mayordomo regaña a los

10  trabajadores por no haciendo su tarea o haciéndolo mal.   No se nos pagaba para este tiempo antes

11  de la hora de entrada que hemos pasado preparando las áreas de trabajo para el día de trabajo o

12  asistiendo a la "escuelita" antes de la hora de entrada oficial durante la pizca.  Aproximadamente

13  dos o tres años atrás, la mayordoma empezó a dar la "escuelita" justo a la horá de entrada oficial.

14

15      4.      Durante las temporadas de la pizca en los años previos, teníamos que seguir

16  trabajando y limpiando las áreas del trabajo después del mayordomo nos avisó que ya se había

17  terminado el turno oficial.  No podíamos salir del trabajo hasta que terminemos empacando todas

18  las uvas que se habían pizceado por nuestro grupo.  En general, aproximadamente 2 o 3 veces por

19  semana, teníamos que trabajar unos 15 minutos después del turno oficial.  Ya casi no tenemos que

20

21  quedarnos al trabajo después del turno—cambió esta práctica hace unos dos años más o menos.

22      5.      Durante años previos, durante las temporadas de trabajo antes de la pizca en mi

23  cuadrilla, teníamos que llegar al trabajo unos 10-20 minutos temprano.  Los mayordomos nos

24  decían que teníamos que llegarnos temprano para que estuviéramos listos para comenzar

25  trabajando a tiempo.  También, durante las temporadas de trabajo antes de la pizca teníamos que

26  asistir a la "escuelita" antes de la hora de la entrada oficial.  No se nos pagaba para este tiempo

27  que teníamos que estar al trabajo antes de la hora de entrada oficial durante las temporadas de

28

3

1  trabajo antes de la pizca.   Aproximadamente dos o tres años atrás, se cambió esta práctica y ya no

2  tenemos que asistir a la "escuelita" antes de la hora de entrada oficial.

3        6.      Durante años previos, teníamos que llevar las bandejas a la casa cada día y

4  teníamos que lavar las bandejas en la casa.  También teníamos que llevar la pesa a la casa cada

5  día.  Los mayordomos nos decían que teníamos que lavar las bandejas y nos dijeron que no

6

7  podíamos trabajar si teníamos bandejas sucias.  También, los mayordomos nos decían que

8  seríamos responsables por las bandejas y la pesa si fueran perdidos, quebrados o robados.   Me

9  asignaron aproximadamente 5 bandejas.  Por lo general, tenía que lavar mis bandejas dos veces

10  por semana.  Duraba unos 30 minutos cada vez haciendo este trabajo.  No se nos pagaba para el

11  tiempo que pasábamos lavando las bandejas en nuestras casas y tampoco se nos reembolsaban el

12  costo del jabón ni el cloro que usábamos para hacer esa labor.

13

14        7.      Después, más o menos tres o cuatro años atrás, la Compañía empezó traer una

15  tráiler al sitio para que los trabajadores pudieran guardar las bandejas y la pesa dentro del tráiler

16  cada día.  Desde entonces, ya no estábamos obligados a llevar ni las bandejas ni la pesa a la casa.

17        8.      Mientras que he trabajado en Sunview, la Compañía no nos ha proporcionado todas

18  las herramientas necesarias para realizar nuestro trabajo.  En años previos la Compañía no nos

19  daba las tijeras para pizcar.  Teníamos que comprar unos 3 pares de tijeras cada año para

20  aproximadamente $7 cada una.  Hace tres o cuatro años atrás, la Compañía empezó dando una par

21  de tijeras para pizcar a cada trabajadora.  También siempre hemos tenido que traer nuestros

22  propios guantes al trabajo.  He tenido que gastar unos $15 en guantes en cada ano que he

23  trabajado en Sunview.  La Compañía no se nos provee la funda para las tijeras, sin embargo todos

24  usan una funda mientras que hacen el trabajo.  Cada año, gasté aproximadamente $7-8

25

26  //

27  ///

28

4

DECLARACIÓN DE VICENTA PEREZ DE GARCIA EN APOYO AL MOCION DE LOS DEMANDANTES
PARA CERTIFICACIÓN DE CLASE

1  en una funda para mis tijeras. También, un año, mi esposo y yo tuvimos que comprar una carretilla

2  para poder trabajar. Esta nos costó de $50.

3      Declaro y afirmo, bajo pena de perjurio bajo las leyes de los Estados Unidos, que lo

4  anterior es correcto y verdadero.

5      Firmada este ⁊ de mayo del 2011 en Delano, California.

6

7

8

9

10                              Por:  _Vicenta Perez de Garcia_

11                                    VICENTA PEREZ DE GARCIA

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    5

**Declaration of Translation**

Yo declaro, bajo pena de perjurio de las leyes de los Estados Unidos, que esta declaración se me leyó en voz alta y afirmo que el contenido es verídico y correcto.   Ejecutado en *Delano*, California.

*Vicenta Peres de Garcia* Fecha: _7 mayo 2011_

I declare under penalty of perjury under the laws of the United States that I am able to read in Spanish and that I accurately read the foregoing declaration to the declarant in Spanish and that she affirmed that the contents of the declaration were true and correct.   Executed in *Delano*, California.

*Juana Oroz* Fecha: _5/7/11_

DECLARACIÓN DE VICENTA PEREZ DE GARCIA EN APOYO AL MOCION DE LOS DEMANDANTES
PARA CERTIFICACIÓN DE CLASE

1 | KINGSLEY & KINGSLEY, APC
GEORGE R. KINGSLEY SBN – 38022
2 | ERIC B. KINGSLEY SBN – 185123
eric@kingsleykingsley.com
3 | STEVE L. HERNANDEZ SBN-229065
shernandez@kingsleykingsley.com
4 | 16133 VENTURA BL., SUITE 1200
ENCINO, CA 91436
5 | (818)990-8300; FAX (818) 990-2903

6 | STAN S. MALLISON (Bar No. 184191)
    StanM@TheMMLawFirm.com
7 | HECTOR R. MARTINEZ (Bar No. 206336)
    HectorM@TheMMLawFirm.com
8 | MARCO A. PALAU (Bar. No. 242340)
    MPalau@TheMMLawFirm.com
9 | JESSICA JUAREZ (Bar No. 269600)
    JJuarez@TheMMLawFirm.com
10 | MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
11 | Oakland, California 94612-3547
Telephone: (510) 832-9999
12 | Facsimile: (510) 832-1101

13 |
ATTORNEYS FOR PLAINTIFFS
14 | [ADDITIONAL PLAINTIFF COUNSEL, NEXT PAGE]

15 | **UNITED STATES DISTRICT COURT**

16 | **EASTERN DISTRICT OF CALIFORNIA**

17 |

18 |
| SANTIAGO ROJAS, JOSEPHINO | CASE NO. 1:09-CV-00705-AWI-SMS |
19 | RAMIREZ, CATALINA ROBLES, JUAN |
MONTES; BENITO ESPINO, |
20 | GUILLERMINA PEREZ; ON BEHALF OF | DECLARATION OF JOSE ALFREDO
THEMSELVES AND A CLASS OF | GARIBAY IN SUPPORT OF PLAINTIFFS'
21 | OTHERS SIMILARLY SITUATED, | MOTION FOR CLASS CERTIFICATION

22 |               Plaintiffs,

23 |        v.

24 | MARKO ZANINOVICH, INC. AND
SUNVIEW VINEYARDS OF CALIFORNIA,
25 | INC.; ET AL.,

26 |               Defendants.

27 |

28 |

1

Additional Counsel:
BUSH GOTTLIEB SINGER LÓPEZ KOHANSKI
ADELSTEIN & DICKINSON
IRA L. GOTTLIEB (STATE BAR NO. 103236)
E-MAIL: GOTTLIEB@BUSHGOTTLIEB.COM
DAVID S. ADELSTEIN (STATE BAR NO. 105250)
500 NORTH CENTRAL AVENUE, SUITE 800
GLENDALE, CA 91203
(818) 973-3200; FAX (818)973-3201

LAW OFFICES OF MARCOS CAMACHO
MARCOS CAMACHO (SBN  123501)
THOMAS PATRICK LYNCH (SBN 159277)
MARIO G. MARTINEZ (SBN 200721)
1227 California Avenue
Bakersfield, CA 93304
Telephone (661) 324-8100
Facsimile (661) 324-8103
Email: mcamacho@mclawmail.com

MCNICHOLAS & MCNICHOLAS, LLP
PATRICK MCNICHOLAS SBN-125868
MATTHEW S. MCNICHOLAS SBN-190249
10866 WILSHIRE BL., SUITE 1400
LOS ANGELES, CA 90024-4338
(310) 474-1582; FAX (310)475-7871
EMAIL: MSM@MCNICHOLASLAW.COM

I, Jose Alfredo Garibay, declare as follows:

1.     The facts stated as follows are of my own personal knowledge, and if I were called to testify about them in court, I would do so competently under oath.

2.     I was an employee for Sunview Vineyards. I started working at Sunview approximately in the picking of the 2002 season. My last season was the end of the 2006 picking season. I only worked during the picking season at Sunview Vineyards. In 2002, I worked in the crew of forewoman Graciela Murillo as a picker. In 2003, 2004, 2005 and 2006 during the picking season, I worked the crew of Nicolasa (unknown last name) number 150 as a grape picker. I was in a group with another picker and a packer.

3.     During the 2002 picking season, my forewoman advised our crew that we had to arrive at the workplace at least thirty minutes before the official start time every day. When we

2

DECLARATION OF JOSE ALFREDO GARIBAY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

1  arrived at the workplace, we had to get our work areas ready, doing things like getting the table

2  and the wheelbarrow out to the middle of the rows, opening the table, putting the boxes in order

3  near the table and getting the bags, labels and trays ready.  Another thing our crew had to do

4  before the official start time was to attend school.  That was the time when the forewoman talks to

5  the entire crew about work or reprimands the workers that did not reach their picking quotas the

6

7  previous day.  We were not paid for the time spent preparing our work areas for the day's work

8  and participating in school before the official start time.

9      4.      At the end of the day, when my forewoman advised us that the day was over, the

10  majority of my crew continued working in order to be able to finish packing the grapes that had

11  been picked and were in the trays.  This would happen like 2-3 times per week.  Our crew was not

12  paid for the time worked after the official work ending time.

13

14      5.      During the 2003, 2004 and 2005 picking seasons, forewoman Nicolasa notified the

15  crew that we had to arrive at the workplace thirty minutes before the official start time every day.

16  When we arrived at the workplace, we had to prepare our work areas, doing things like getting the

17  table and the wheelbarrow out to the middle of the row and opening the table, putting the boxes in

18  order near the table, getting the bags, labels and getting the trays ready.  Another thing we had to

19  do before the official start time was to attend school, which is the time when the forewoman

20  would talk to the entire crew about work or when she would reprimand certain workers that did

21  not reach their picking quotas.  We were not paid for the time we worked preparing our work areas

22

23  for the day's work and participating in school before the start time.

24      6.      At the end of the day, when forewoman Nicolasa advised us that the day was over,

25  the great majority of our crew continued working to finish packing the grapes from the trays.  I

26  would work from 15-20 minutes after the official ending time in order to finish packing the grape

27

28

DECLARATION OF JOSE ALFREDO GARIBAY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION

1  boxes. This would happen approximately 2-3 times per week. The workers in our crew were not
2  paid for the time worked after the official end time in 2003, 2004 and 2005.

3      7.      During the 2002, 2003 and 2004 picking seasons in Sunview Vineyards,
4  forewoman Nicolasa required that my crew and I take home the trays to wash them and come back
5  to work with clean trays. She would say that we could not work with dirty trays. I took home
6  approximately four trays every day. I spent like 45-60 minutes per day cleaning the trays. We
7  were never paid for the time spent washing trays at home. Each group in our crew also took home
8  its scale every night. Our forewoman said we had to take it because if something happened, or if it
9  were to be broken or stolen, we would have to pay to replace it.
10

11     8.      During the 2003 picking, I had to provide my own working tools. The tools I had
12 to take to work were scissors. Forewoman Graciela Murillo told me, when I started working,
13 which tools to take to work. The company did not provide me with tools and I had to purchase
14 them. I spent approximately $15.00 in tools for my work in 2003.
15

16     9.      In the picking season of 2004, the company provided some workers of the crew
17 with a pair of scissors. If my scissors broke or were finished because of the use, our forewoman
18 would not give us another one. My coworkers and I had to purchase another pair of scissors if we
19 wanted to go on working. At the end of the 2004 picking season, we the workers had to return the
20 scissors we bought to the company in order to replace the ones provided by the company. I was
21 not reimbursed for the scissors I bought to replace the worn out ones the company gave me.
22

23     I declare and affirm, under penalty of perjury, under the laws of the United States of
24 America, that the foregoing is true and correct.

25     Signed this May___ , 2011 in Delano, California.
26

27

28                                         _____
                                           JOSE ALFREDO GARIBAY
                                           _____

DECLARATION OF JOSE ALFREDO GARIBAY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION

# CERTIFICATION

I, HEREBY CERTIFY THAT I AM FLUENT IN BOTH THE ENGLISH AND THE SPANISH LANGUAGES AND THAT I HAVE TRANSLATED FROM SPANISH INTO ENGLISH TO THE BEST OF MY ABILITY THE FOLLOWING DOCUMENT:

- Declaration of Jose Alfredo Garibay, a Declaration in Support of Plaintiffs' Motion for Class Certification, Case No. 1:09-cv-00705.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration is executed on this May 16, 2011 in the City of San Rafael, County of Marin, California.

CONCHITA B. LOZANO
May 16, 2011
CERTIFIED COURT INTERPRETER TRANSLATOR
FOR THE STATE OF CALIFORNIA (#300552) AND THE
U.S. DISTRICT COURTS (#98-066)

1 | KINGSLEY & KINGSLEY, APC
GEORGE R. KINGSLEY SBN – 38022
2 | ERIC B. KINGSLEY SBN – 185123
eric@kingsleykingsley.com
3 | STEVE L. HERNANDEZ SBN-229065
shernandez@kingsleykingsley.com
4 | 16133 VENTURA BL., SUITE 1200
ENCINO, CA 91436
5 | (818)990-8300; FAX (818) 990-2903

6 | STAN S. MALLISON (Bar No. 184191)
StanM@TheMMLawFirm.com
7 | HECTOR R. MARTINEZ (Bar No. 206336)
HectorM@TheMMLawFirm.com
8 | MARCO A. PALAU (Bar. No. 242340)
MPalau@TheMMLawFirm.com
9 | JESSICA JUAREZ (Bar No. 269600)
JJuarez@TheMMLawFirm.com
10 | MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
11 | Oakland, California 94612-3547
Telephone: (510) 832-9999
12 | Facsimile: (510) 832-1101

13 |

14 | ABOGADOS DE LOS DEMANDANTES
[MÁS ABOGADOS DE LOS DEMANDANTES,
PRÓXIMA PÁGINA]
15 |

16 | CORTE DE DISTRITO DE LOS ESTADOS UNIDOS

17 | DISTRITO DEL ESTE DE CALIFORNIA

18 |

| | |
|---|---|
| 19 SANTIAGO ROJAS, JOSEPHINO RAMIREZ, CATALINA ROBLES, JUAN 20 MONTES; BENITO ESPINO, GUILLERMINA PEREZ; ON BEHALF OF 21 THEMSELVES AND A CLASS OF OTHERS SIMILARLY SITUATED, 22 <br><br> 23 Plaintiffs, <br><br> 24 v. <br><br> 25 MARKO ZANINOVICH, INC. AND SUNVIEW VINEYARDS OF CALIFORNIA, 26 INC.; ET AL., <br><br> 27 Defendants. | CASE NO. 1:09-cv-00705 <br><br> DECLARATION OF JOSE ALFREDO GARIBAY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION |

28 |

1

DECLARACIÓN DE JOSE ALFREDO GARIBAY EN APOYO A LA MOCION DE LOS DEMANDANTES
PARA  CERTIFICACIÓN DE CLASE

1

2

3  Abogados Adicionales:
   BUSH GOTTLIEB SINGER LÓPEZ KOHANSKI
   ADELSTEIN & DICKINSON
4  IRA L. GOTTLIEB (STATE BAR NO. 103236)
   E-MAIL: GOTTLIEB@BUSHGOTTLIEB.COM
5  DAVID S. ADELSTEIN (STATE BAR NO. 105250)
   500 NORTH CENTRAL AVENUE, SUITE 800
6  GLENDALE, CA 91203
   (818) 973-3200; FAX (818)973-3201
7
   LAW OFFICES OF MARCOS CAMACHO
8  MARCOS CAMACHO (SBN 123501)
   THOMAS PATRICK LYNCH (SBN 159277)
9  MARIO G. MARTINEZ (SBN 200721)
   1227 California Avenue
10 Bakersfield, CA 93304
   Telephone (661) 324-8100
11 Facsimile (661) 324-8103
   Email: mcamacho@mclawmail.com
12
   MCNICHOLAS & MCNICHOLAS, LLP
13 PATRICK MCNICHOLAS SBN-125868
   MATTHEW S. MCNICHOLAS SBN-190249
14 10866 WILSHIRE BL., SUITE 1400
   LOS ANGELES, CA 90024-4338
15 (310) 474-1582; FAX (310)475-7871
   EMAIL: MSM@MCNICHOLASLAW.COM

16

17

18     Yo, Jose Alfredo Garibay, declaro lo siguiente:

19

20     1.      Los hechos relatados a continuación son de mi propio conocimiento y si llamada

21  declarar a ellos, lo haré competentemente bajo juramento.

22

23     2.      Era una empleada de Sunview Vineyards.   Empecé a trabajar con Sunview

24  Vineyards en la pizca de la temporada de 2002. Mi última temporada fue el fin de la temporada de

25  pizca de 2006. Solamente trabajé durante la temporada de pizca en Sunview Vineyards. En 2002,

26  yo trabaje en la cuadrilla de mayordoma Graciela Murillo como pizcadora. En el 2003, 2004, 2005

27  y 2006 durante la temporada de pizca, yo trabajé en la cuadrilla de Nicolasa (apellido no

28
_____
                          2
DECLARACIÓN DE JOSE ALFREDO GARIBAY EN APOYO A LA MOCION DE LOS DEMANDANTES
PARA CERTIFICACIÓN DE CLASE

1   conocido)  numero 150 como una pizcadora de uva.  Estuve en un grupo con otra pizcadora y una

2   empacadora.

3

4        3.        Durante la temporada de pizca del 2002, mi mayordoma aviso a nuestra cuadrilla

5   que teníamos que llegar al sitio del trabajo por lo menos treinta minutos antes de la hora oficial de

6   entrada todos los días.  Cuando llegamos al sitio de trabajo, tuvimos que alistar nuestras areas de

7   trabajo,  haciendo cosas como sacar la mesa y carretilla del medio de los surcos, abrir la mesa,

8   ordenar cajas cerca de la mesa, y alistar bolsas, etiquetas, y bandejas.  Otra cosa que nuestra

9   cuadrilla tenia que hacer antes de la hora oficial de entrada fue asistir a la escuelita.  Ese es el

10  tiempo cuando la mayordoma habla a la cuadrilla entera sobre el trabajo o regaña a los

11  trabajadores que no alcanzaron sus cuotas de pizca el día anterior.  No fuimos pagados por el

12

13  tiempo pasado preparando nuestras areas de trabajo para el día de trabajo y participando en la

14  escuelita antes de la hora oficial de entrada.

15

16       4.        Al fin del día, cuando mi mayordoma nos avisaba que se termino el día, la mayoria

17  de mi cuadrilla siguió trabajando para poder terminar empacando uvas pizcadas y en las bandejas.

18  Esto pasaba alrededor de 2-3 veces por semana.  Nuestra cuadrilla no fue pagada por el tiempo

19  trabajado después de la hora oficial de terminar el trabajo.

20

21       5.        Durante la temporada de pizca de 2003, 2004 y 2005, la mayordoma Nicolasa nos

22  aviso a la cuadrilla que teníamos que llegar al sitio de trabajo treinta minutos antes de la entrada

23  oficial del trabajo cada día.  Cuando llegabamos al sitio de trabajo, tuvimos que preparar nuestras

24  áreas de trabajo, haciendo cosas como sacar la mesa y carretilla del medio del surco y abrir la

25  mesa, ordenar cajas cerca de la mesa, agarrando bolsas, etiquetas y listando las bandejas.  Otra

26  cosa que tuvimos que hacer antes de la hora oficial de entrada fue asistir a la escuelita, la cual es

27  tiempo cuando la mayordoma hablaba a la cuadrilla entera sobre el trabajo o cuando regañaba a

28

3

1   ciertos trabajadores que no alcanzaron sus cuotas de pizca. No fuimos pagados por el tiempo que

2   trabajamos preparando nuestras áreas de trabajo par el día de trabajo y participando en la escuelita

3   antes de la hora de entrada.

4

5        6.     Al fin del día, cuando la mayordoma Nicolasa nos avisaba que se terminó el día, la

6   gran mayoría de la cuadrilla siguió trabajando para poder terminar empacando uvas en las

7   bandejas.   Yo trabajaba de 15-20 minutos después de la hora oficial de terminar para poder

8   terminar empacando cajas de uvas.  Esto pasaba aproximadamente 2-3 veces por semana.  Los

9   trabajadores de nuestra cuadrilla no fueron pagados por el tiempo trabajado después de la hora

10  oficial de terminar en 2003, 2004 y 2005.

11

12       7.     Durante las temporadas de pizca de 2002, 2003 y 2004 en Sunview Vineyards, la

13  mayordoma Nicolasa requirió que mi cuadrilla y yo lleváramos las bandejas a casa para lavarlas y

14  regresar al trabajo con ellas limpias.  Ella decía que no podíamos trabajar con bandejas sucias.  Yo

15  lleve aproximadamente cuatro bandejas a casa cada día.   Dure entre 45-60 minutos por día

16  limpiando bandejas.  Nunca fuimos pagados por el tiempo pasado lavando bandejas en casa.  Cada

17  grupo de nuestra cuadrilla también llevo su báscula a casa cada noche.  Nuestra mayordoma nos

18  dijo que la teníamos que llevar porque si se la pasó algo, o si fuera quebrada o robada, tendríamos

19

20  que pagar para reponerlas.

21       8.     En la pizca de 2003, tenia que proveer mis propias herramientas del trabajo.  Las

22  herramientas que yo tuve que llevar al trabajo eran tijeras.  Me dijo la mayordoma Graciela

23  Murillo, cuando yo empecé a trabajar, cuales herramientas tenia que llevar al trabajo.   La

24  compañía no me proveyó las herramientas y yo tuve que comprarlas.  Gaste aproximadamente

25  $15.00 en herramientas para mi trabajo en el 2003.

26

27

28

DECLARACIÓN DE JOSE ALFREDO GARIBAY EN APOYO A LA MOCION DE LOS DEMANDANTES
PARA CERTIFICACIÓN DE CLASE

9.      En la temporada de pizca del 2004, la compañía proveyó a algunos trabajadores de la cuadrilla con un par de tijeras.  Si se rompieron las tijeras o se acabaron por el uso, nuestra mayordoma no nos daba otras.  Mis compañeros de trabajo y yo tuvimos que comprar otras tijeras si quisimos seguir trabajando.  En el fin de la temporada de pizca del 2004, nosotros trabajadores tuvimos que devolver a la compañía las tijeras que compramos nosotros para reponer las tijeras dadas por la compania.  No me reembolsaron para las tijeras que yo compre para reponer las gastadas que me dio la compañía.

Yo declaro bajo pena de perjurio bajo las leyes de los Estados Unidos de America que lo anterior es verdadero y correcto.

Ejecutado el _____ de mayo 2011 en Delano, California.

JOSE ALFREDO GARIBAY_____

DECLARACIÓN DE JOSE ALFREDO GARIBAY EN APOYO A LA MOCION DE LOS DEMANDANTES PARA  CERTIFICACIÓN DE CLASE

1   KINGSLEY & KINGSLEY, APC
    GEORGE R. KINGSLEY SBN – 38022
2   ERIC B. KINGSLEY SBN – 185123
    eric@kingsleykingsley.com
3   STEVE L. HERNANDEZ SBN-229065
    shernandez@kingsleykingsley.com
4   16133 VENTURA BL., SUITE 1200
    ENCINO, CA 91436
5   (818)990-8300; FAX (818) 990-2903

6   STAN S. MALLISON (Bar No. 184191)
        StanM@TheMMLawFirm.com
7   HECTOR R. MARTINEZ (Bar No. 206336)
        HectorM@TheMMLawFirm.com
8   MARCO A. PALAU (Bar. No. 242340)
        MPalau@TheMMLawFirm.com
9   JESSICA JUAREZ (Bar No. 269600)
        JJuarez@TheMMLawFirm.com
10  MALLISON & MARTINEZ
    1939 Harrison Street, Suite 730
11  Oakland, California 94612-3547
    Telephone: (510) 832-9999
12  Facsimile: (510) 832-1101

13
    ATTORNEYS FOR PLAINTIFFS
14  [ADDITIONAL PLAINTIFF COUNSEL, NEXT PAGE]

15                  UNITED STATES DISTRICT COURT

16                  EASTERN DISTRICT OF CALIFORNIA

17

18
    SANTIAGO ROJAS, JOSEPHINO          CASE NO. 1:09-CV-00705-AWI-SMS
19  RAMIREZ, CATALINA ROBLES, JUAN
    MONTES; BENITO ESPINO,
20  GUILLERMINA PEREZ; ON BEHALF OF    DECLARATION OF ANGELA GARIBAY
    THEMSELVES AND A CLASS OF          IN SUPPORT OF PLAINTIFFS' MOTION
21  OTHERS SIMILARLY SITUATED,         FOR CLASS CERTIFICATION

22              Plaintiffs,

23          v.

24  MARKO ZANINOVICH, INC. AND
    SUNVIEW VINEYARDS OF CALIFORNIA,
25  INC.; ET AL.,

26              Defendants.

27

28
                                    1
    DECLARATION OF ANGELA GARIBAY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS
                              CERTIFICATION

Additional Counsel:
BUSH GOTTLIEB SINGER LÓPEZ KOHANSKI
ADELSTEIN & DICKINSON
IRA L. GOTTLIEB (STATE BAR NO. 103236)
E-MAIL: GOTTLIEB@BUSHGOTTLIEB.COM
DAVID S. ADELSTEIN (STATE BAR NO. 105250)
500 NORTH CENTRAL AVENUE, SUITE 800
GLENDALE, CA 91203
(818) 973-3200; FAX (818)973-3201

LAW OFFICES OF MARCOS CAMACHO
MARCOS CAMACHO (SBN  123501)
THOMAS PATRICK LYNCH (SBN 159277)
MARIO G. MARTINEZ (SBN 200721)
1227 California Avenue
Bakersfield, CA 93304
Telephone (661) 324-8100
Facsimile (661) 324-8103
Email: mcamacho@mclawmail.com

MCNICHOLAS & MCNICHOLAS, LLP
PATRICK MCNICHOLAS SBN-125868
MATTHEW S. MCNICHOLAS SBN-190249
10866 WILSHIRE BL., SUITE 1400
LOS ANGELES, CA 90024-4338
(310) 474-1582; FAX (310)475-7871
EMAIL: MSM@MCNICHOLASLAW.COM

I, Angela Garibay, declare as follows:

1.      The facts stated as follows are of my own personal knowledge, and if I were called to testify about them in court, I would do so competently under oath.

2.      I was an employee for Sunview Vineyards.  I started working at Sunview approximately in the picking of the 2003 season.  My last season was the end of the 2005 picking season.  I only worked during the picking season at Sunview Vineyards.  In 2003, I worked in the crew of forewoman Graciela Murillo as a picker.  In 2004 and 2005 during the picking season, I worked the crew of Nicolasa (unknown last name) number 150 as a grape picker.  I was in a group with another picker and a packer.

3.      During the 2003 picking season, my forewoman advised our crew that we had to arrive at the workplace at least thirty minutes before the official start time every day.  When we

2

1  arrived at the workplace, we had to get our work areas ready, doing things like getting the table

2  and the wheelbarrow out to the middle of the rows, opening the table, putting the boxes in order

3  near the table and getting the bags, labels and trays ready.  Another thing our crew had to do

4  before the official start time was to attend school.  That was the time when the forewoman talks to

5  the entire crew about work or reprimands the workers that did not reach their picking quotas the

6

7  previous day.  We were not paid for the time spent preparing our work areas for the day's work

8  and participating in school before the official start time.

9       4.       At the end of the day, when my forewoman advised us that the day was over, the

10  majority of my crew continued working in order to be able to finish packing the grapes that had

11  been picked and were in the trays.  This would happen like 2-3 times per week.  Our crew was not

12

13  paid for the time worked after the official work ending time.

14       5.       During the 2004 and 2005 picking seasons, forewoman Nicolasa notified the crew

15  that we had to arrive at the workplace thirty minutes before the official start time every day.

16  When we arrived at the workplace, we had to prepare our work areas, doing things like getting the

17  table and the wheelbarrow out to the middle of the row and opening the table, putting the boxes in

18

19  order near the table, getting the bags, labels and getting the trays ready.  Another thing we had to

20  do before the official start time was to attend school, which is the time when the forewoman

21  would talk to the entire crew about work or when she would reprimand certain workers that did

22  not reach their picking quotas.  We were not paid for the time we worked preparing our work areas

23  for the day's work and participating in school before the start time.

24       6.       At the end of the day, when forewoman Nicolasa advised us that the day was over,

25

26  the great majority of our crew continued working to finish packing the grapes from the trays.  I

27  would work from 15-20 minutes after the official ending time in order to finish packing the grape

28

3

DECLARATION OF ANGELA GARIBAY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION

boxes. This would happen approximately 2-3 times per week. The workers in our crew were not paid for the time worked after the official end time in 2004 and 2005.

7.    During the 2003 and 2004 picking seasons in Sunview Vineyards, forewoman Nicolasa required that my crew and I take home the trays to wash them and come back to work with clean trays. She would say that we could not work with dirty trays. I took home approximately four trays every day. I spent like 45-60 minutes per day cleaning the trays. W were never paid for the time spent washing trays at home. Each group in our crew also took home its scale every night. Our forewoman said we had to take it because if something happened, or if it were to be broken or stolen, we would have to pay to replace it.

8.    During the 2003 picking, I had to provide my own working tools. The tools I had to take to work were scissors. Forewoman Graciela Murillo told me, when I started working, which tools to take to work. The company did not provide me with the tools and I had to purchase them. I spent approximately $15.00 in tools for my work in 2003.

9.    In the picking season of 2004, the company provided some workers of the crew with a pair of scissors. If my scissors broke or were finished because of the use, our forewoman would not give us another one. My coworkers and I had to purchase another pair of scissors if we wanted to go on working. At the end of the 2004 picking season, we the workers had to return the scissors we bought to the company in order to replace the ones provided by the company. I was not reimbursed for the scissors I bought to replace the worn out ones the company gave me.

I declare and affirm, under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Signed this May 11, 2011 in Delano, California.

_____
ANGELA GARIBAY

4

DECLARATION OF ANGELA GARIBAY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

# CERTIFICATION

I, HEREBY CERTIFY THAT I AM FLUENT IN BOTH THE ENGLISH AND THE SPANISH LANGUAGES AND THAT I HAVE TRANSLATED FROM SPANISH INTO ENGLISH TO THE BEST OF MY ABILITY THE FOLLOWING DOCUMENT:

- Declaration of Angela Garibay, a Declaration in Support of Plaintiffs' Motion for Class Certification, Case No. 1:09-cv-00705.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration is executed on this May 16, 2011 in the City of San Rafael, County of Marin, California.

CONCHITA B. LOZANO
May 16, 2011
CERTIFIED COURT INTERPRETER TRANSLATOR
FOR THE STATE OF CALIFORNIA (#300552) AND THE
U.S. DISTRICT COURTS (#98-066)

KINGSLEY & KINGSLEY, APC
GEORGE R. KINGSLEY SBN – 38022
ERIC B. KINGSLEY SBN – 185123
eric@kingsleykingsley.com
STEVE L. HERNANDEZ SBN-229065
shernandez@kingsleykingsley.com
16133 VENTURA BL., SUITE 1200
ENCINO, CA 91436
(818)990-8300; FAX (818) 990-2903

STAN S. MALLISON (Bar No. 184191)
    StanM@TheMMLawFirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
    HectorM@TheMMLawFirm.com
MARCO A. PALAU (Bar. No. 242340)
    MPalau@TheMMLawFirm.com
JESSICA JUAREZ (Bar No. 269600)
    JJuarez@TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101


ABOGADOS DE LOS DEMANDANTES
[MÁS ABOGADOS DE LOS DEMANDANTES,
PRÓXIMA PÁGINA]

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTIAGO ROJAS, JOSEPHINO RAMIREZ, CATALINA ROBLES, JUAN MONTES; BENITO ESPINO, GUILLERMINA PEREZ; ON BEHALF OF THEMSELVES AND A CLASS OF OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>MARKO ZANINOVICH, INC. AND SUNVIEW VINEYARDS OF CALIFORNIA, INC.; ET AL.,<br><br>Defendants. | CASE NO. 1:09-cv-00705<br><br>DECLARATION OF ANGELA GARIBAY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION |

1

DECLARATION OF ANGELA GARIBAY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

1

2

Additional Counsel:
3  BUSH GOTTLIEB SINGER LÓPEZ KOHANSKI
   ADELSTEIN & DICKINSON
4  IRA L. GOTTLIEB (STATE BAR NO. 103236)
   E-MAIL: GOTTLIEB@BUSHGOTTLIEB.COM
5  DAVID S. ADELSTEIN (STATE BAR NO. 105250)
   500 NORTH CENTRAL AVENUE, SUITE 800
6  GLENDALE, CA 91203
   (818) 973-3200; FAX (818)973-3201
7
   LAW OFFICES OF MARCOS CAMACHO
8  MARCOS CAMACHO (SBN  123501)
   THOMAS PATRICK LYNCH (SBN 159277)
9  MARIO G. MARTINEZ (SBN 200721)
   1227 California Avenue
10 Bakersfield, CA 93304
   Telephone (661) 324-8100
11 Facsimile (661) 324-8103
   Email: mcamacho@mclawmail.com
12
   MCNICHOLAS & MCNICHOLAS, LLP
13 PATRICK MCNICHOLAS SBN-125868
   MATTHEW S. MCNICHOLAS SBN-190249
14 10866 WILSHIRE BL., SUITE 1400
   LOS ANGELES, CA 90024-4338
15 (310) 474-1582; FAX (310)475-7871
   EMAIL: MSM@MCNICHOLASLAW.COM

16

17

18      Yo, Angela Garibay, declaro lo siguiente:

19

20      1.      Los hechos relatados a continuación son de mi propio conocimiento y si llamada

21  declarar a ellos, lo haré competentemente bajo juramento.

22

23      2.      Era una empleada de Sunview Vineyards.   Empecé a trabajar con Sunview

24  Vineyards en la pizca de la temporada de 2003. Mi última temporada fue el fin de la temporada de

25  pizca de 2005. Solamente trabajé durante la temporada de pizca en Sunview Vineyards.  En 2003,

26  yo trabajé en la cuadrilla de mayordoma Graciela Murillo como pizcadora. En el 2004 y 2005

27  durante la temporada de pizca, yo trabajé en la cuadrilla de Nicolasa (apellido no conocido)

28

2

DECLARATION OF  ANGELA GARIBAY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION

1  numero 150 como una pizcadora de uva.   Estuve en un grupo con otra pizcadora y una
2  empacadora.

3

4      3.      Durante la temporada de pizca del 2003, mi mayordoma aviso a nuestra cuadrilla
5  que teníamos que llegar al sitio del trabajo por lo menos treinta minutos antes de la hora oficial de
6  entrada todos los días.  Cuando llegamos al sitio de trabajo, tuvimos que alistar nuestras areas de
7  trabajo,  haciendo cosas como sacar la mesa y carretilla del medio de los surcos, abrir la mesa,
8  ordenar cajas cerca de la mesa, y alistar bolsas, etiquetas, y bandejas.  Otra cosa que nuestra
9  cuadrilla tenia que hacer antes de la hora oficial de entrada fue asistir a la escuelita.  Ese es el
10 tiempo cuando la mayordoma habla a la cuadrilla entera sobre el trabajo o regaña a los
11 trabajadores que no alcanzaron sus cuotas de pizca el día anterior.  No fuimos pagados por el
12 tiempo pasado preparando nuestras areas de trabajo para el día de trabajo y participando en la
13 escuelita antes de la hora oficial de entrada.
14
15     4.      Al fin del día, cuando mi mayordoma nos avisaba que se termino el dia, la mayoria
16 de mi cuadrilla siguió trabajando para poder terminar empacando uvas pizcadas y en las bandejas.
17 Esto pasaba alrededor de 2-3 veces por semana.  Nuestra cuadrilla no fue pagada por el tiempo
18 trabajado después de la hora oficial de terminar el trabajo.
19
20     5.      Durante la temporada de pizca de 2004 y 2005, la mayordoma Nicolasa nos aviso a
21 la cuadrilla que teníamos que llegar al sitio de trabajo treinta minutos antes de la entrada oficial
22 del trabajo cada día.  Cuando llegabamos al sitio de trabajo, tuvimos que preparar nuestras áreas
23 de trabajo, haciendo cosas como sacar la mesa y carretilla del medio del surco y abrir la mesa,
24 ordenar cajas cerca de la mesa, agarrando bolsas, etiquetas y listando las bandejas.  Otra cosa que
25 tuvimos que hacer antes de la hora oficial de entrada fue asistir a la escuelita, la cual es tiempo
26 cuando la mayordoma hablaba a la cuadrilla entera sobre el trabajo o cuando regañaba a ciertos
27
28

3

DECLARATION OF  ANGELA GARIBAY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION

1  trabajadores que no alcanzaron sus cuotas de pizca. No fuimos pagados por el tiempo que
2  trabajamos preparando nuestras áreas de trabajo par el día de trabajo y participando en la escuelita
3  antes de la hora de entrada.
4
5        6.    Al fin del día, cuando la mayordoma Nicolasa nos avisaba que se terminó el día, la
6  gran mayoría de la cuadrilla siguió trabajando para poder terminar empacando uvas en las
7  bandejas. Yo trabajaba de 15-20 minutos después de la hora oficial de terminar para poder
8  terminar empacando cajas de uvas. Esto pasaba aproximadamente 2-3 veces por semana. Los
9  trabajadores de nuestra cuadrilla no fueron pagados por el tiempo trabajado después de la hora
10 oficial de terminar en 2004 y 2005.
11
12       7.    Durante las temporadas de pizca de 2003 y 2004 en Sunview Vineyards, la
13 mayordoma Nicolasa requirió que mi cuadrilla y yo lleváramos las bandejas a casa para lavarlas y
14 regresar al trabajo con ellas limpias. Ella decía que no podíamos trabajar con bandejas sucias. Yo
15 lleve aproximadamente cuatro bandejas a casa cada día. Dure entre 45-60 minutos por día
16 limpiando bandejas. Nunca fuimos pagados por el tiempo pasado lavando bandejas en casa. Cada
17 grupo de nuestra cuadrilla también llevo su báscula a casa cada noche. Nuestra mayordoma nos
18 dijo que la teníamos que llevar porque si se la pasó algo, o si fuera quebrada o robada, tendríamos
19 que pagar para reponerlas.
20
21       8.    En la pizca de 2003, tenia que proveer mis propias herramientas del trabajo. Las
22 herramientas que yo tuve que llevar al trabajo eran tijeras. Me dijo la mayordoma Graciela
23 Murillo, cuando yo empecé a trabajar, cuales herramientas tenia que llevar al trabajo. La
24 compañía no me proveyó las herramientas y yo tuve que comprarlas. Gaste aproximadamente
25 $15.00 en herramientas para mi trabajo en el 2003.
26
27
28

                                                    4

DECLARATION OF ANGELA GARIBAY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION

1       9.    En la temporada de pizca del 2004, la compañía proveyó a algunos trabajadores de

2   la cuadrilla con un par de tijeras.  Si se rompieron las tijeras o se acabaron por el uso, nuestra

3   mayordoma no nos daba otras.  Mis compañeros de trabajo y yo tuvimos que comprar otras tijeras

4   si quisimos seguir trabajando.  En el fin de la temporada de pizca del 2004, nosotros trabajadores

5   tuvimos que devolver a la compañía las tijeras que compramos nosotros para reponer las tijeras

6   dadas por la compania.  No me reembolsaron para las tijeras que yo compre para reponer las

7   gastadas que me dio la compañía.

8

9       Yo declaro bajo pena de perjurio bajo las leyes de los Estados Unidos de America que lo

10  anterior es verdadero y correcto.

11

12  Ejecutado el __11__ de mayo 2011 en Delano, California.

13

14

15

16  _ANGELA GARIBAY_____

17

18

19

20

21

22

23

24

25

26

27

28

5

**DECLARATION OF ANGELA GARIBAY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

1   KINGSLEY & KINGSLEY, APC
    GEORGE R. KINGSLEY SBN – 38022
2   ERIC B. KINGSLEY SBN – 185123
    eric@kingsleykingsley.com
3   STEVE L. HERNANDEZ SBN-229065
    shernandez@kingsleykingsley.com
4   16133 VENTURA BL., SUITE 1200
    ENCINO, CA 91436
5   (818)990-8300; FAX (818) 990-2903

6   STAN S. MALLISON (Bar No. 184191)
        StanM@TheMMLawFirm.com
7   HECTOR R. MARTINEZ (Bar No. 206336)
        HectorM@TheMMLawFirm.com
8   MARCO A. PALAU (Bar. No. 242340)
        MPalau@TheMMLawFirm.com
9   JESSICA JUAREZ (Bar No. 269600)
        JJuarez@TheMMLawFirm.com
10  MALLISON & MARTINEZ
    1939 Harrison Street, Suite 730
11  Oakland, California 94612-3547
    Telephone: (510) 832-9999
12  Facsimile: (510) 832-1101

13
    ATTORNEYS FOR PLAINTIFFS
14  [ADDITIONAL PLAINTIFF COUNSEL, NEXT PAGE]

15                  UNITED STATES DISTRICT COURT

16                  EASTERN DISTRICT OF CALIFORNIA

17

18  SANTIAGO ROJAS, JOSEPHINO          CASE NO. 1:09-CV-00705-AWI-SMS
19  RAMIREZ, CATALINA ROBLES, JUAN
    MONTES; BENITO ESPINO,
20  GUILLERMINA PEREZ; ON BEHALF OF
    THEMSELVES AND A CLASS OF          DECLARATION OF LEOBARDO GOMEZ
21  OTHERS SIMILARLY SITUATED,         IN SUPPORT OF PLAINTIFFS' MOTION
                                       FOR CLASS CERTIFICATION
22              Plaintiffs,

23          v.

24  MARKO ZANINOVICH, INC. AND
    SUNVIEW VINEYARDS OF CALIFORNIA,
25  INC.; ET AL.,

26              Defendants.

27

28
                                       1
    DECLARATION OF LEOBARDO GOMEZ IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS ACTION
                                    CERTIFICATION

1  | Additional Counsel:
BUSH GOTTLIEB SINGER LÓPEZ KOHANSKI
2  | ADELSTEIN & DICKINSON
IRA L. GOTTLIEB (STATE BAR NO. 103236)
3  | E-MAIL: GOTTLIEB@BUSHGOTTLIEB.COM
DAVID S. ADELSTEIN (STATE BAR NO. 105250)
4  | 500 NORTH CENTRAL AVENUE, SUITE 800
GLENDALE, CA 91203
5  | (818) 973-3200; FAX (818)973-3201

6  | LAW OFFICES OF MARCOS CAMACHO
MARCOS CAMACHO (SBN 123501)
7  | THOMAS PATRICK LYNCH (SBN 159277)
MARIO G. MARTINEZ (SBN 200721)
8  | 1227 California Avenue
Bakersfield, CA 93304
9  | Telephone (661) 324-8100
Facsimile (661) 324-8103
10 | Email: mcamacho@mclawmail.com

11 | MCNICHOLAS & MCNICHOLAS, LLP
PATRICK MCNICHOLAS SBN-125868
12 | MATTHEW S. MCNICHOLAS SBN-190249
10866 WILSHIRE BL., SUITE 1400
13 | LOS ANGELES, CA 90024-4338
(310) 474-1582; FAX (310)475-7871
14 | EMAIL: MSM@MCNICHOLASLAW.COM

15 |

16 |

17 | I, Leobardo Gomez, declare as follows:

18 |     1.    I have personal knowledge of the facts that I state as follows, and if I were called to

19 | testify about them in court, I would competently do so.

20 |     2.    I worked for Sunview Vineyards for two full seasons approximately in the years

21 | 2002 and 2003. I worked in crew number 600 during the time I worked at Sunview. The

22 | forewoman for my crew was Foreman Felix Garcia. During picking season, I have worked as a

23 | picker. During the work seasons before the picking, I have performed different tasks including

24 | tipping, de-budding and thinning. I also worked during the pruning.

25 |     3.    During picking, they would pay by the hour plus a bonus per box of grapes picked

26 |

27 | and packed by my group. When the minimum salary went up to $6.75 per hour, they only paid me

28 |

2

---

DECLARATION OF LEOBARDO GOMEZ IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS ACTION
CERTIFICATION

1  $6.50 per hour.  That year, the Company did not raise my salary to match the minimum salary that

2  had gone up.

3       4.       During picking, we had to arrive at work approximately 15 to 20 minutes before the

4  official start time.  The foremen and supervisors would tell us that we had to arrive early in order

5  to prepare the materials, including tables, trays, boxes and the wheelbarrow.  I have heard the

6

7  foremen reprimanding workers that did not arrive early enough to prepare their materials before

8  the official start time.  Every morning during the picking, we also had to attend "school" before

9  the official start time.  "School" is the time during which the foreman talks to the entire crew

10  about work and the foreman would also reprimand the workers for not doing their job or doing it

11  incorrectly.  We were not paid for this time before the start time that we spent preparing work

12

13  areas for the workday or attending "school" before the official start time during picking.

14       5.       During the picking seasons of previous years, I had to go on packing grapes and

15  cleaning the work areas after the foreman notified us that the official shift was over.  I would

16  spend from 10-15 minutes working after the shift was over.  I would see that the foremen did not

17  stop the workers that went on working after the official shift.   I have personally heard foremen

18  pressuring people so they would go on working to pick and pack more boxes of grapes after the

19  official shift ended.  This time that was worked after the shift ended was not paid to me.

20

21       6.       During the work seasons before the picking in my crew, we had to arrive at work

22  around 20 minutes early.  The foremen would tell us that we had to arrive early so that we would

23  be ready to start working on time.  During the work seasons before the picking, we had to attend

24  "school" before the official start time.  We were not paid for this time that we had to be at work

25  before the official start time during the work seasons before the picking.

26       7.       During my employment with Sunview, I had to take home the trays every day and

27  we had to wash the trays at home.  I also had to take home the scale every day.  The foremen

28

DECLARATION OF LEOBARDO GOMEZ IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS ACTION
CERTIFICATION

would tell us that we had to wash the trays and they told us that we could not work if we had dirty trays.  Also, the foremen would tell us that we would be responsible for the trays and the scale if they broke or got lost.  They assigned me approximately 10 trays.  In general, I had to wash my trays at home daily.  I would spend about 30 minutes every day doing this work.  We were not paid for the time we spent washing the trays at our homes and we were not reimbursed either for the cost of the soap nor the chlorine we used to do this task.

7.       During my employment with Sunview, the Company did not give us all the necessary tools to perform our work.  When I started working, the Company gave me a pair of scissors used for picking.  However, these scissors wore down in one week and when I asked my foremen for more pairs, they refused to give me additional pairs.  I purchased approximately 2 pairs of picking scissors, spending approximately $15.00 for the two pairs.  We have also had to bring our own gloves to work.  I have had to spend about $10-15 in gloves every year I worked at Sunview.  The Company does not provide us with lenses or with the sheath for the scissors, however many wear the lenses and the sheath while they do the work.  I spent approximately $10 on a sheath for my scissors.  I also bought my own gloves for work.  I spent approximately $40 buying gloves every year.

I declare and affirm, under penalty of perjury according to the laws of the United States, that the foregoing is true and correct.

Signed this May 7, 2011 in Delano, California.

By: _____

LEOBARDO GOMEZ

4

DECLARATION OF LEOBARDO GOMEZ IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS ACTION CERTIFICATION

**Declaration of Reading**

I declare, under penalty of perjury under the laws of the United States, that this declaration was read to me aloud and that the content is true and correct. Executed in _____, California.

_____    Date:_____

I declare under penalty of perjury under the laws of the United States that I am able to read in Spanish and that I accurately read the foregoing declaration to the declarant in Spanish and that he affirmed that the contents of the declaration were true and correct.    Executed in _____, California.

_____Date:_____

6
DECLARATION OF LEOBARDO GOMEZ IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS ACTION CERTIFICATION

# CERTIFICATION

I, HEREBY CERTIFY THAT I AM FLUENT IN BOTH THE ENGLISH AND THE SPANISH LANGUAGES AND THAT I HAVE TRANSLATED FROM SPANISH INTO ENGLISH TO THE BEST OF MY ABILITY THE FOLLOWING DOCUMENT:

- Declaration of Leobardo Gomez, a Declaration in Support of Plaintiffs' Motion for Class Certification, Case No. 1:09-cv-00705.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration is executed on this May 16, 2011 in the City of San Rafael, County of Marin, California.

CONCHITA B. LOZANO
May 16, 2011
CERTIFIED COURT INTERPRETER TRANSLATOR
FOR THE STATE OF CALIFORNIA (#300552) AND THE
U.S. DISTRICT COURTS (#98-066)

1   KINGSLEY & KINGSLEY, APC
    GEORGE R. KINGSLEY SBN – 38022
2   ERIC B. KINGSLEY SBN – 185123
    eric@kingsleykingsley.com
3   STEVE L. HERNANDEZ SBN-229065
    shernandez@kingsleykingsley.com
4   16133 VENTURA BL., SUITE 1200
    ENCINO, CA 91436
5   (818)990-8300; FAX (818) 990-2903

6   STAN S. MALLISON (Bar No. 184191)
      StanM@TheMMLawFirm.com
7   HECTOR R. MARTINEZ (Bar No. 206336)
      HectorM@TheMMLawFirm.com
8   MARCO A. PALAU (Bar. No. 242340)
      MPalau@TheMMLawFirm.com
9   JESSICA JUAREZ (Bar No. 269600)
      JJuarez@TheMMLawFirm.com
10  MALLISON & MARTINEZ
    1939 Harrison Street, Suite 730
11  Oakland, California 94612-3547
    Telephone: (510) 832-9999
12  Facsimile: (510) 832-1101

13  ABOGADOS DE LOS DEMANDANTES
    [MÁS ABOGADOS DE LOS DEMANDANTES, PRÓXIMA PÁGINA]
14

15             CORTE DE DISTRITO DE LOS ESTADOS UNIDOS

16               DISTRITO DEL ESTE DE CALIFORNIA

17

18  SANTIAGO ROJAS, JOSEPHINO           CASO NO. 1:09-CV-00705-AWI-SMS
    RAMIREZ, CATALINA ROBLES, JUAN
19  MONTES; BENITO ESPINO,
    GUILLERMINA PEREZ; ON BEHALF OF
20  THEMSELVES AND A CLASS OF           DECLARACIÓN DE  LEOBARDO GOMEZ
    OTHERS SIMILARLY SITUATED,          EN APOYO AL MOCIÓN DE LOS
21                                      DEMANDANTES PARA  CERTIFICACIÓN
          Demandantes,                  DE CLASE
22

23        v.

24  MARKO ZANINOVICH, INC. AND
    SUNVIEW VINEYARDS OF CALIFORNIA,
25  INC.; ET AL.,

26        Demandados.

27

28                                  1
    ─────────────────────────────────────────────────────────────────
    DECLARACIÓN DE LEOBARDO GOMEZ EN APOYO AL MOCION DE LOS DEMANDANTES PARA
                        CERTIFICACIÓN DE CLASE

Abogados Adicionales:
1  BUSH GOTTLIEB SINGER LÓPEZ KOHANSKI
   ADELSTEIN & DICKINSON
2  IRA L. GOTTLIEB (STATE BAR NO. 103236)
   E-MAIL: GOTTLIEB@BUSHGOTTLIEB.COM
3  DAVID S. ADELSTEIN (STATE BAR NO. 105250)
   500 NORTH CENTRAL AVENUE, SUITE 800
4  GLENDALE, CA 91203
   (818) 973-3200; FAX (818)973-3201
5
   LAW OFFICES OF MARCOS CAMACHO
6  MARCOS CAMACHO (SBN  123501)
   THOMAS PATRICK LYNCH (SBN 159277)
7  MARIO G. MARTINEZ (SBN 200721)
   1227 California Avenue
8  Bakersfield, CA 93304
   Telephone (661) 324-8100
9  Facsimile (661) 324-8103
   Email: mcamacho@mclawmail.com
10
   MCNICHOLAS & MCNICHOLAS, LLP
11 PATRICK MCNICHOLAS SBN-125868
   MATTHEW S. MCNICHOLAS SBN-190249
12 10866 WILSHIRE BL., SUITE 1400
   LOS ANGELES, CA 90024-4338
13 (310) 474-1582; FAX (310)475-7871
   EMAIL: MSM@MCNICHOLASLAW.COM
14

15

16     Yo, Leobardo Gomez, declaro lo siguiente:

17     1.      Tengo conocimiento personal de los hechos que relato a continuación, y si fuera

18 llamado a dar testimonio sobre ellos en corte, lo haría competentemente.

19     2.      Yo trabaje en Sunview Vineyards por dos temporadas completas aproximadamente

20

21 en los años 2002 y 2003.  Trabajé en la cuadrilla número 600 durante el tiempo que trabaje en

22 Sunview.  El mayordomo de la cuadrilla era Mayordomo Felix García.  En la temporada de la

23 pizca, he trabajado como pizcador.  Durante las temporadas de trabajo antes de la pizca, he

24 realizado labores distintos incluyendo el tipeo, el desbrote, y el deshoje.  También trabaje durante

25 la poda.

26

27

28                                              2
   ────────────────────────────────────────────────────────────
   DECLARACIÓN DE LEOBARDO GOMEZ EN APOYO AL MOCION DE LOS DEMANDANTES PARA
                           CERTIFICACIÓN DE CLASE

3.      Durante la pizca, me pagaban por hora más un bono por caja de uvas que mi grupo piscó y empacó  Cuando el sueldo mínimo aumentó hasta $6.75 por hora, sólo me pagaban $6.50 por hora. Ese año, la Compañía no aumentó mi sueldo para coincidir con el sueldo mínimo que había aumentado.

4.      Durante la pizca, teníamos que llegar al trabajo aproximadamente 15 a 20 minutos antes de la hora de entrada oficial.  El mayordomo y los supervisores nos decían que teníamos que llegar temprano para preparar las materiales incluyendo las mesas, bandejas, cajas y la caretilla. He escuchado los mayordomos regañando a los trabajadores que no han llegado bastante temprano para preparar sus materiales antes de la hora de entrada oficial. Cada mañana durante la pizca, también teníamos que asistir a la "escuelita" antes de la hora de entrada oficial.  "Escuelita" es el tiempo durante lo cual el mayordomo nos habla a toda la cuadrilla acerca del trabajo y también el mayordomo regaña a los trabajadores por no hacer su tarea o haciéndolo mal.   No se nos pagaba por este tiempo antes de la hora de entrada que pasábamos preparando las áreas de trabajo para el día de trabajo o asistiendo a la "escuelita" antes de la hora de entrada oficial durante la pizca.

5.      Durante las temporadas de la pizca, yo tenía que seguir empacando uvas y limpiando las áreas del trabajo después de que el mayordomo nos avisaba que ya se había terminado el turno oficial.  Yo pasaba entre 10 a 15 minutos trabajando después de que terminara el turno.  Yo miraba que los mayordomos no paraban a los trabajadores que seguían trabajando después del turno oficial.   Yo personalmente he escuchado los mayordomos poniendo le presión a la gente para que sigan trabajando para pizcar y empacar más cajas de uvas después de que se termino el turno oficial.   Este tiempo trabajado después de que se terminara el turno no se me pagaba.

6.      Durante las temporadas de trabajo antes de la pizca en mi cuadrilla, teníamos que llegar al trabajo unos 20 minutos temprano.  Los mayordomos no decían que teníamos que llegar

3

DECLARACIÓN DE LEOBARDO GOMEZ EN APOYO AL MOCION DE LOS DEMANDANTES PARA CERTIFICACIÓN DE CLASE

1 temprano para que estuviéramos listos para comenzar trabajando a tiempo.   Durante las

2 temporadas de trabajo antes de la pizca, cada día teníamos que asistir a la "escuelita" antes de la

3 hora de la entrada oficial.   No se nos pagaba para este tiempo que teníamos que estar al trabajo

4 antes de la hora de entrada oficial durante las temporadas de trabajo antes de la pizca.

5    7.  Durante mi empleo con Sunview, yo tenía que llevar las bandejas a la casa cada día

6 y teníamos que lavar las bandejas en las casa.   También yo tenía que llevar la pesa a la casa cada

7 día.   Los mayordomos nos decían que teníamos que lavar las bandejas y nos dijeron que no

8

9 podíamos trabajar si teníamos bandejas sucias.   También, los mayordomos nos decían que

10 seríamos responsables por las bandejas y la pesa si se quebraban o se perdían.     Me asignaron

11 aproximadamente 10 bandejas.   Por lo general, tenía que lavar mis bandejas diariamente en la

12 casa.   Duraba unos 30 minutos cada día haciendo este trabajo.   No se nos pagaba para el tiempo

13 que pasábamos lavando las bandejas en nuestras casas y tampoco se nos reembolsaban el costo del

14 jabón ni el cloro que usábamos para hacer ese labor.

15    8.  Durante mi empleo con Sunview, la Compañía no nos daba todas las herramientas

16 necesarias para realizar nuestro trabajo.   Cuando empecé a trabajar, la Compañía me dio una par

17

18 de tijeras usadas para pizcar.   Sin embargo, estas tijeras se desgastaron en una semana y cuando

19 pedí más pares de mis mayordomos, ellos negaron darme pares adicionales.     Yo compré

20 aproximadamente 2 pares de tijeras para pizcar, gastando aproximadamente $15.00 por los dos

21 pares.   También hemos tenido que traer nuestros propios guantes al trabajo.   He tenido que gastar

22 unos $10-15 en guantes en cada ano que trabaje en Sunview.   La Compañía no se nos provee los

23

24 lentes ni la funda para las tijeras, sin embargo muchos usan los lentes y una funda mientras que

25 hacen el trabajo.   Yo gaste aproximadamente $10 en una funda para mis tijeras.   También compre

26 mis propios guantes para el trabajo.   Gaste aproximadamente $40 en comprar los guantes cada

27 ano.

28

4

Declaro y afirmo, bajo pena de perjurio bajo las leyes de los Estados Unidos, que lo anterior es correcto y verdadero.

Firmada este ___7___ de mayo del 2011 en ___*Delano*___, California.

Por: _____
LEOBARDO GOMEZ

5
DECLARACIÓN DE LEOBARDO GOMEZ EN APOYO AL MOCION DE LOS DEMANDANTES PARA CERTIFICACIÓN DE CLASE

1  KINGSLEY & KINGSLEY, APC
   GEORGE R. KINGSLEY SBN – 38022
2  ERIC B. KINGSLEY SBN – 185123
   eric@kingsleykingsley.com
3  STEVE L. HERNANDEZ SBN-229065
   shernandez@kingsleykingsley.com
4  16133 VENTURA BL., SUITE 1200
   ENCINO, CA 91436
5  (818)990-8300; FAX (818) 990-2903

6  STAN S. MALLISON (Bar No. 184191)
       StanM@TheMMLawFirm.com
7  HECTOR R. MARTINEZ (Bar No. 206336)
       HectorM@TheMMLawFirm.com
8  MARCO A. PALAU (Bar. No. 242340)
       MPalau@TheMMLawFirm.com
9  JESSICA JUAREZ (Bar No. 269600)
       JJuarez@TheMMLawFirm.com
10 MALLISON & MARTINEZ
   1939 Harrison Street, Suite 730
11 Oakland, California 94612-3547
   Telephone: (510) 832-9999
12 Facsimile: (510) 832-1101

13
   ATTORNEYS FOR PLAINTIFFS
14 [ADDITIONAL PLAINTIFF COUNSEL, NEXT PAGE]

15                    UNITED STATES DISTRICT COURT

16                    EASTERN DISTRICT OF CALIFORNIA

17

18 SANTIAGO ROJAS, JOSEPHINO          CASE NO. 1:09-CV-00705-AWI-SMS
19 RAMIREZ, CATALINA ROBLES, JUAN
   MONTES; BENITO ESPINO,
20 GUILLERMINA PEREZ; ON BEHALF OF    DECLARATION OF JAIME GONZALEZ IN
   THEMSELVES AND A CLASS OF          SUPPORT OF PLAINTIFFS' MOTION FOR
21 OTHERS SIMILARLY SITUATED,         CLASS CERTIFICATION

22            Plaintiffs,

23        v.

24 MARKO ZANINOVICH, INC. AND
   SUNVIEW VINEYARDS OF CALIFORNIA,
25 INC.; ET AL.,

26            Defendants.

27

28

                                    1

1  Additional Counsel:
   BUSH GOTTLIEB SINGER LÓPEZ KOHANSKI
2  ADELSTEIN & DICKINSON
   IRA L. GOTTLIEB (STATE BAR NO. 103236)
3  E-MAIL: GOTTLIEB@BUSHGOTTLIEB.COM
   DAVID S. ADELSTEIN (STATE BAR NO. 105250)
4  500 NORTH CENTRAL AVENUE, SUITE 800
   GLENDALE, CA 91203
5  (818) 973-3200; FAX (818)973-3201

6  LAW OFFICES OF MARCOS CAMACHO
   MARCOS CAMACHO (SBN  123501)
7  THOMAS PATRICK LYNCH (SBN 159277)
   MARIO G. MARTINEZ (SBN 200721)
8  1227 California Avenue
   Bakersfield, CA 93304
9  Telephone (661) 324-8100
   Facsimile (661) 324-8103
10 Email: mcamacho@mclawmail.com

11 MCNICHOLAS & MCNICHOLAS, LLP
   PATRICK MCNICHOLAS SBN-125868
12 MATTHEW S. MCNICHOLAS SBN-190249
   10866 WILSHIRE BL., SUITE 1400
13 LOS ANGELES, CA 90024-4338
   (310) 474-1582; FAX (310)475-7871
14 EMAIL: MSM@MCNICHOLASLAW.COM

15

16

17    I, Jaime Gonzalez, declare as follows:

18        1.    I have personal knowledge about the facts I state as follows, and if I were called to

19 testify about them in court, I would do so competently.

20        2.    I was an employee for Sunview Vineyards. I started working at Sunview in 2001

21 and I stopped working in 2002 approximately.

22        3.    During my employment with Sunview, I worked the grape harvest.  I don't

23 remember the number of my crew but I worked with approximately 70 workers.  The foreman for

24 my crew was Olagorio.

25        4.    In the harvest season I worked with two more persons.  The group consists of two

26 persons that generally do the picking and one that does the packing.

27

28        5.    During the harvest and at other times, they would pay me per hour and per piece.

                                    2

6.      At the beginning when I started working at Sunview, they promised me a salary below minimum wage. Supposedly, with what I was going to earn per piece my salary was going to be more than the minimum, but I think it did not amount to that all the time.

7.      During the harvest I had to arrive at work approximately 15 minutes before the start time in order to prepare the equipment and the work area.

8.      For example, when I arrived, I had to carry the trays and the scales and take them from the car to the field. I also had to prepare the table, bags and boxes that we used to pack, and place the labels on the boxes. Besides, daily or almost daily we were forced to attend a meeting they called "school." School would almost always begin before the start time.

9.      At the school, they would give us work instructions. For example, they would tell us how and how much to pick and pack that day-to say, they would give us the assignment for the day-and they would also use the school to reprimand us. For example, if any production goal had not been achieved, they would reprimand us at school and they would say we had to work faster.

10.     I was never paid for the work I did before the start time.

11.     At the end of the shift, we also had to do work without being compensated.

12.     The foreman would advise us that the shift had ended. But, we would generally go on working to comply with the assignment for the day and to put the table, the equipment and the grape boxes in order.

13.     I think the foreman did not write down the time we finished working, but instead the time when he gave notice that the shift had ended.

14.     Although we would generally finish working after the end of the shift, they would only pay up to the time when the shift ended.

15.     Besides this work that was done after the shift in the field, during harvest, each worker had to take home with him/her approximately 5 trays to wash them. This way, they would be ready for the harvest the following day.

16.     I and many of the workers I know at Sunview would wash the trays at our homes.

17.     The time we spent transporting trays from the field to the house and back was not paid, nor the time we spent washing the trays. Nor were we reimbursed for the cost of water and detergent that I used to wash the trays, or the use of my own car to transport the trays.

18.     To be able to do my work I had to purchase my own scissors, since Sunview did not provide them. I was never reimbursed for the cost of the scissors I bought.

19.     It was mandatory to show up at work even if it was raining or there was fog. When this happened, the foreman would make us wait until Sunview would take the decision to let us work or to send us home. I was never paid for waiting time. This happened several times during my employment with Sunvies.

I declare and affirm, under penalty of perjury, that the foregoing is true and correct.

Signed this May 11, 2011 in Wasco, California.

_____
Jaime Gonzalez

DECLARATION OF JAIME GONZALEZ IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

# CERTIFICATION

I, HEREBY CERTIFY THAT I AM FLUENT IN BOTH THE ENGLISH AND THE SPANISH LANGUAGES AND THAT I HAVE TRANSLATED FROM SPANISH INTO ENGLISH TO THE BEST OF MY ABILITY THE FOLLOWING DOCUMENT:

- Declaration of Jaime Gonzalez, a Declaration in Support of Plaintiffs' Motion for Class Certification, Case No. 1:09-cv-00705.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration is executed on this May 16, 2011 in the City of San Rafael, County of Marin, California.

CONCHITA B. LOZANO
May 16, 2011
CERTIFIED COURT INTERPRETER TRANSLATOR
FOR THE STATE OF CALIFORNIA (#300552) AND THE
U.S. DISTRICT COURTS (#98-066)

KINGSLEY & KINGSLEY, APC
GEORGE R. KINGSLEY SBN – 38022
ERIC B. KINGSLEY SBN – 185123
eric@kingsleykingsley.com
STEVE L. HERNANDEZ SBN-229065
shernandez@kingsleykingsley.com
16133 VENTURA BL., SUITE 1200
ENCINO, CA 91436
(818)990-8300; FAX (818) 990-2903

STAN S. MALLISON (Bar No. 184191)
   StanM@TheMMLawFirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
   HectorM@TheMMLawFirm.com
MARCO A. PALAU (Bar. No. 242340)
   MPalau@TheMMLawFirm.com
JESSICA JUAREZ (Bar No. 269600)
   JJuarez@TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

ATTORNEYS FOR PLAINTIFFS
[ADDITIONAL PLAINTIFF COUNSEL, NEXT PAGE]

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTIAGO ROJAS, JOSEPHINO RAMIREZ, CATALINA ROBLES, JUAN MONTES; BENITO ESPINO, GUILLERMINA PEREZ; ON BEHALF OF THEMSELVES AND A CLASS OF OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>MARKO ZANINOVICH, INC. AND SUNVIEW VINEYARDS OF CALIFORNIA, INC.; ET AL.,<br><br>Defendants. | CASE NO. 1:09-cv-00705<br><br>DECLARATION OF JAIME GONZALEZ IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION |

Additional Counsel:
1 | BUSH GOTTLIEB SINGER LÓPEZ KOHANSKI
ADELSTEIN & DICKINSON
2 | IRA L. GOTTLIEB (STATE BAR NO. 103236)
E-MAIL: GOTTLIEB@BUSHGOTTLIEB.COM
3 | DAVID S. ADELSTEIN (STATE BAR NO. 105250)
500 NORTH CENTRAL AVENUE, SUITE 800
4 | GLENDALE, CA 91203
(818) 973-3200; FAX (818)973-3201
5

LAW OFFICES OF MARCOS CAMACHO
6 | MARCOS CAMACHO (SBN  123501)
THOMAS PATRICK LYNCH (SBN 159277)
7 | MARIO G. MARTINEZ (SBN 200721)
1227 California Avenue
8 | Bakersfield, CA 93304
Telephone (661) 324-8100
9 | Facsimile (661) 324-8103
Email: mcamacho@mclawmail.com
10

MCNICHOLAS & MCNICHOLAS, LLP
11 | PATRICK MCNICHOLAS SBN-125868
MATTHEW S. MCNICHOLAS SBN-190249
12 | 10866 WILSHIRE BL., SUITE 1400
LOS ANGELES, CA 90024-4338
13 | (310) 474-1582; FAX (310)475-7871
EMAIL: MSM@MCNICHOLASLAW.COM
14

15

16
Yo, Jaime Gonzalez, declaro lo siguiente:
17
    1.    Tengo conocimiento personal de los hechos que relato a continuación, y si fuera
18
llamado a dar testimonio sobre ellos en corte, lo haría competentemente.
19
    2.    Fui empleado de Sunview Vineyards. Empecé a trabajar en Sunview en 2001
20
aproximadamente y dejé de trabajar en 2002 aproximadamente.
21
    3.    Durante mi empleo con Sunview trabajé en la cosecha de uva. No recuerdo el
22
número de mi cuadrilla pero yo trabajé junto con aproximadamente 70 trabajadores. El
23
mayordomo de la cuadrilla era Olagorio.
24
    4.    En la temporada de cosecha trabajaba con dos personas más. El grupo consiste de
25
dos personas que se dedican generalmente a la pisca y una que empaca.
26
    5.    Durante la cosecha y otras épocas me pagaban por hora y por pieza.
27

28
                                    2
DECLARATION OF JAIME GONZALEZ IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION

1       6.     Cuando recién empecé a trabajar en Sunview me prometieron sueldo por debajo del

2 mínimo. Supuestamente con lo que iba a ganar por pieza mis sueldo iba a ser más que el mínimo,

3 pero creo que no siempre resultaba de esa manera.

4       7.     Durante la cosecha tenía que llegar al trabajo aproximadamente 15 minutos antes

5 de la hora de entrada para preparar el equipo y el área de trabajo.

6       8.     Por ejemplo, cuando llegaba tenía que cargar las bandejas y básculas y llevarlas del

7 carro al campo.  También tenía que preparar la mesa, bolsas y cajas que utilizábamos para

8 empacar, y colocar etiquetas en las cajas. Además, diario o casi diario nos obligaban a asistir a una

9 reunión que llamaban "escuela." La escuela casi siempre comenzaba antes de la hora de entrada.

10      9.     En la escuela nos daban instrucciones de trabajo. Por ejemplo, nos decían como y

11 cuanto teníamos que piscar y empacar ese día—es decir, nos daban la tarea de ese día—y también

12 usaban la escuela para amonestarnos. Por ejemplo, si alguna meta de producción no se había

13 logrado, en la escuela nos regañaban y decían que teníamos que trabajar más rápido.

14     10.     Nunca se me pagó por el trabajo que hice antes de la hora de entrada.

15     11.     Al final del turno también teníamos que hacer trabajo sin ser recompensados.

16     12.     El mayordomo daba el aviso de que el turno había concluido. Pero generalmente

17 seguíamos trabajando para cumplir con la tarea del día y para ordenar la mesa, el equipo y las

18 cajas de uva.

19     13.     Pienso que el mayordomo no apuntaba la hora que terminábamos de trabajar, sino

20 la hora cuando daba aviso de que el turno había concluido.

21     14.     Aunque generalmente terminábamos de trabajar después del final del turno,

22 solamente se me pagaba hasta la hora en que terminaba el turno.

23     15.     Además de este trabajo que se hacía después del turno en el campo, durante la

24 cosecha cada trabajador se tenía que llevar aproximadamente 5 bandejas consigo para lavarlas. De

25 esta manera, estarían listas para la cosecha el siguiente día.

26     16.     Yo y muchos de los trabajadores de Sunview que conozco lavábamos las bandejas

27 en nuestras casas.

28

17.     El tiempo que demorábamos transportando las bandejas del campo hasta la casa y de regreso no se pagaba, ni el tiempo que demorábamos lavando las bandejas. Tampoco se me reembolsó el costo del agua y detergente que usaba para lavar las bandejas, ni el uso de auto propio para el transporte de las bandejas.

18.     Para poder hacer mi trabajo tenía que comprar mis propias tijeras, ya que Sunview no las proveía. Nunca se me reembolsó el costo de las tijeras que compré.

19.     Era obligatorio presentarse al trabajo aunque estuviera lloviendo o hubiera neblina. Cuando ocurría eso, el mayordomo no hacía esperar hasta que Sunview tomara la decisión de dejarnos trabajar o mandarnos a la casa. Nunca se me pagó por el tiempo que esperaba. Esto ocurrió varias veces durante mi empleo en Sunview.

Declaro y afirmo, bajo pena de perjurio, que lo anterior es correcto y verdadero. Firmada este 11 de Mayo del 2011 en Wasco, California.

*Jaime González*
Jaime Gonzalez

4
DECLARATION OF JAIME GONZALEZ IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION