```
KINGSLEY & KINGSLEY, APC
GEORGE R. KINGSLEY SBN – 38022
ERIC B. KINGSLEY SBN – 185123
eric@kingsleykingsley.com
STEVE L. HERNANDEZ SBN-229065
shernandez@kingsleykingsley.com
16133 VENTURA BL., SUITE 1200
ENCINO, CA 91436
(818)990-8300; FAX (818) 990-2903

STAN S. MALLISON (Bar No. 184191)
   StanM@TheMMLawFirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
   HectorM@TheMMLawFirm.com
MARCO A. PALAU (Bar. No. 242340)
   MPalau@TheMMLawFirm.com
JESSICA JUAREZ (Bar No. 269600)
   JJuarez@TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101
```

ATTORNEYS FOR PLAINTIFFS
[ADDITIONAL PLAINTIFF COUNSEL, NEXT PAGE]

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTIAGO ROJAS, JOSEPHINO RAMIREZ, CATALINA ROBLES, JUAN MONTES; BENITO ESPINO, GUILLERMINA PEREZ; ON BEHALF OF THEMSELVES AND A CLASS OF OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>MARKO ZANINOVICH, INC. AND SUNVIEW VINEYARDS OF CALIFORNIA, INC.; ET AL.,<br><br>Defendants. | CASE NO. 1:09-cv-00705<br><br>DECLARATION OF SARA GONZALEZ IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION |

1
DECLARATION OF SARA GONZALEZ IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Additional Counsel:
BUSH GOTTLIEB SINGER LÓPEZ KOHANSKI
ADELSTEIN & DICKINSON
IRA L. GOTTLIEB (STATE BAR NO. 103236)
E-MAIL: GOTTLIEB@BUSHGOTTLIEB.COM
DAVID S. ADELSTEIN (STATE BAR NO. 105250)
500 NORTH CENTRAL AVENUE, SUITE 800
GLENDALE, CA 91203
(818) 973-3200; FAX (818)973-3201

LAW OFFICES OF MARCOS CAMACHO
MARCOS CAMACHO (SBN 123501)
THOMAS PATRICK LYNCH (SBN 159277)
MARIO G. MARTINEZ (SBN 200721)
1227 California Avenue
Bakersfield, CA 93304
Telephone (661) 324-8100
Facsimile (661) 324-8103
Email: mcamacho@mclawmail.com

MCNICHOLAS & MCNICHOLAS, LLP
PATRICK MCNICHOLAS SBN-125868
MATTHEW S. MCNICHOLAS SBN-190249
10866 WILSHIRE BL., SUITE 1400
LOS ANGELES, CA 90024-4338
(310) 474-1582; FAX (310)475-7871
EMAIL: MSM@MCNICHOLASLAW.COM

I, Sara Gonzalez, declare as follows:

1.  I have personal knowledge of the facts that I state as follows and if I were called to testify about them in court, I would competently do so.

2.  I was an employee of Sunview Vineyards. I started working at Sunview in 1999 approximately and stopped working in 2003 approximately.

3.  During my employment with Sunview I worked the grape harvest. I don't remember the number of my crew but I worked with approximately 70 workers. The foreman for the crew was Olagorio.

4.  During the harvesting season, I used to work with two more persons. The group consists of two persons that generally do the picking and one packs.

2
DECLARATION OF SARA GONZALEZ IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

5.	During the harvesting seasons and other times, I was paid by the hour and per piece.

6.	When I had just started to work at Sunview, they promised me a salary under the minimum wage. Supposedly with what I was going to earn per piece plus salary it would be more than the minimum, but I think it never amounted to that.

7.	During harvesting, I had to arrive at work approximately 15 minutes before start time in order to prepare the equipment and the work area.

8.	For example, when I arrived I had to carry the trays and the scales and take them from the car to the field. I also had to prepare the table, bags and the boxes we used to pack, and place labels on the boxes. Also, daily or almost daily, they would make us attend a meeting they called "school." Often the school almost always started before start time.

9.	At the school they would give us work instructions. For example, they would tell us how and when to pick and pack that day-to say, they would give us that day's assignment-and they also used the school to reprimand us. For example, if any production goal had not been achieved, they would reprimand us at the school and tell us that we had to work faster.

10.	I was never paid for the work I did before start time.

11.	At the end of the shift, we also had to do work without being compensated.

12.	The foreman would give notice that the shift had ended. But, we would generally continue working in order to fulfill the day's assignment and to put the table, the equipment and the grape boxes in order.

13.	I think the foreman would not write down the time when we finished working, but the time when he gave notice that the shift had ended.

14.	Although we would generally finish working after the end of the shift, they would only pay me up to the time that the shift ended.

15. Besides this work that was done after the shift in the field, during harvesting, each worker had to take along approximately 5 trays to wash them. This way, they would be ready for the harvest the following day.

16. Myself and many of the coworkers I know from Sunview would wash the trays at our homes.

17. The time it took us transporting the trays from the field to the house and back was not paid, nor the time we took washing the trays. I was not reimbursed either for the cost of water and detergent that I used to wash the trays, nor for the use of my own car for the transportation of the trays.

18. To be able to do my work I had to purchase my own scissors, since Sunview would not provide them. I was never reimbursed for the cost of the scissors I bought.

19. It was mandatory to show up at work even if it was raining or there was fog. When this occurred, the foreman would make us wait until Sunview would make the decision to let us work or send us home. I was never paid for my waiting time. This occurred several times during my employment at Sunview.

I declare and affirm, under penalty of perjury, that the foregoing is true and correct.

Signed this May 11, 2011, in Wasco, California.

Sara Gonzalez

# CERTIFICATION

I, HEREBY CERTIFY THAT I AM FLUENT IN BOTH THE ENGLISH AND THE SPANISH LANGUAGES AND THAT I HAVE TRANSLATED FROM SPANISH INTO ENGLISH TO THE BEST OF MY ABILITY THE FOLLOWING DOCUMENT:

- Declaration of Sara Gonzalez, a Declaration in Support of Plaintiffs' Motion for Class Certification, Case No. 1:09-cv-00705.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration is executed on this May 16, 2011 in the City of San Rafael, County of Marin, California.

CONCHITA B. LOZANO
May 16, 2011
CERTIFIED COURT INTERPRETER TRANSLATOR
FOR THE STATE OF CALIFORNIA (#300552) AND THE
U.S. DISTRICT COURTS (#98-066)

KINGSLEY & KINGSLEY, APC
GEORGE R. KINGSLEY SBN – 38022
ERIC B. KINGSLEY SBN – 185123
eric@kingsleykingsley.com
STEVE L. HERNANDEZ SBN-229065
shernandez@kingsleykingsley.com
16133 VENTURA BL., SUITE 1200
ENCINO, CA 91436
(818)990-8300; FAX (818) 990-2903

STAN S. MALLISON (Bar No. 184191)
   StanM@TheMMLawFirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
   HectorM@TheMMLawFirm.com
MARCO A. PALAU (Bar. No. 242340)
   MPalau@TheMMLawFirm.com
JESSICA JUAREZ (Bar No. 269600)
   JJuarez@TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

ATTORNEYS FOR PLAINTIFFS
[ADDITIONAL PLAINTIFF COUNSEL, NEXT PAGE]

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTIAGO ROJAS, JOSEPHINO RAMIREZ, CATALINA ROBLES, JUAN MONTES; BENITO ESPINO, GUILLERMINA PEREZ; ON BEHALF OF THEMSELVES AND A CLASS OF OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>MARKO ZANINOVICH, INC. AND SUNVIEW VINEYARDS OF CALIFORNIA, INC.; ET AL.,<br><br>Defendants. | CASE NO. 1:09-cv-00705<br><br>DECLARATION OF SARA GONZALEZ IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION |

Additional Counsel:
BUSH GOTTLIEB SINGER LÓPEZ KOHANSKI
ADELSTEIN & DICKINSON
IRA L. GOTTLIEB (STATE BAR NO. 103236)
E-MAIL: GOTTLIEB@BUSHGOTTLIEB.COM
DAVID S. ADELSTEIN (STATE BAR NO. 105250)
500 NORTH CENTRAL AVENUE, SUITE 800
GLENDALE, CA 91203
(818) 973-3200; FAX (818)973-3201

LAW OFFICES OF MARCOS CAMACHO
MARCOS CAMACHO (SBN 123501)
THOMAS PATRICK LYNCH (SBN 159277)
MARIO G. MARTINEZ (SBN 200721)
1227 California Avenue
Bakersfield, CA 93304
Telephone (661) 324-8100
Facsimile (661) 324-8103
Email: mcamacho@mclawmail.com

MCNICHOLAS & MCNICHOLAS, LLP
PATRICK MCNICHOLAS SBN-125868
MATTHEW S. MCNICHOLAS SBN-190249
10866 WILSHIRE BL., SUITE 1400
LOS ANGELES, CA 90024-4338
(310) 474-1582; FAX (310)475-7871
EMAIL: MSM@MCNICHOLASLAW.COM

Yo, Sara Gonzalez, declaro lo siguiente:

1.   Tengo conocimiento personal de los hechos que relato a continuación, y si fuera llamado a dar testimonio sobre ellos en corte, lo haría competentemente.

2.   Fui empleado de Sunview Vineyards. Empecé a trabajar en Sunview en 1999, aproximadamente y dejé de trabajar en 2003 aproximadamente.

3.   Durante mi empleo con Sunview trabajé en la cosecha de uva. No recuerdo el número de mi cuadrilla pero yo trabajé junto con aproximadamente 70 trabajadores. El mayordomo de la cuadrilla era Olagorio.

4.   En la temporada de cosecha trabajaba con dos personas más. El grupo consiste de dos personas que se dedican generalmente a la pisca y una que empaca.

5.   Durante la cosecha y otras épocas me pagaban por hora y por pieza.

2
DECLARATION OF SARA GONZALEZ IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

1  6. Cuando recién empecé a trabajar en Sunview me prometieron sueldo por debajo del mínimo. Supuestamente con lo que iba a ganar por pieza mis sueldo iba a ser más que el mínimo, pero creo que no siempre resultaba de esa manera.

7. Durante la cosecha tenía que llegar al trabajo aproximadamente 15 minutos antes de la hora de entrada para preparar el equipo y el área de trabajo.

8. Por ejemplo, cuando llegaba tenía que cargar las bandejas y básculas y llevarlas del carro al campo. También tenía que preparar la mesa, bolsas y cajas que utilizábamos para empacar, y colocar etiquetas en las cajas. Además, diario o casi diario nos obligaban a asistir a una reunión que llamaban "escuela." La escuela frecuentemente casi siempre comenzaba antes de la hora de entrada.

9. En la escuela nos daban instrucciones de trabajo. Por ejemplo, nos decían como y cuanto teníamos que piscar y empacar ese día—es decir, nos daban la tarea de ese día—y también usaban la escuela para amonestarnos. Por ejemplo, si alguna meta de producción no se había logrado, en la escuela nos regañaban y decían que teníamos que trabajar más rápido.

10. Nunca se me pagó por el trabajo que hice antes de la hora de entrada.

11. Al final del turno también teníamos que hacer trabajo sin ser recompensados.

12. El mayordomo daba el aviso de que el turno había concluido. Pero generalmente seguíamos trabajando para cumplir con la tarea del día y para ordenar la mesa, el equipo y las cajas de uva.

13. Pienso que el mayordomo no apuntaba la hora que terminábamos de trabajar, sino la hora cuando daba aviso de que el turno había concluido.

14. Aunque generalmente terminábamos de trabajar después del final del turno, solamente se me pagaba hasta la hora en que terminaba el turno.

15. Además de este trabajo que se hacía después del turno en el campo, durante la cosecha cada trabajador se tenía que llevar aproximadamente 5 bandejas consigo para lavarlas. De esta manera, estarían listas para la cosecha al día siguiente.

3
DECLARATION OF SARA GONZALEZ IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

16. Yo y muchos de los trabajadores de Sunview que conozco lavábamos las bandejas en nuestras casas.

17. El tiempo que demorábamos transportando las bandejas del campo hasta la casa y de regreso no se pagaba, ni el tiempo que demorábamos lavando las bandejas. Tampoco se me reembolsó el costo del agua y detergente que usaba para lavar las bandejas, ni el uso de auto propio para el transporte de las bandejas.

18. Para poder hacer mi trabajo tenía que comprar mis propias tijeras, ya que Sunview no las proveía. Nunca se me reembolsó el costo de las tijeras que compré.

19. Era obligatorio presentarse al trabajo aunque estuviera lloviendo o hubiera neblina. Cuando ocurría eso, el mayordomo nos hacía esperar hasta que Sunview tomara la decisión de dejarnos trabajar o mandarnos a la casa. Nunca se me pagó por el tiempo que esperaba. Esto ocurrió varias veces durante mi empleo en Sunview.]

Declaro y afirmo, bajo pena de perjurio, que lo anterior es correcto y verdadero. Firmada este 11 de Mayo del 2011 en Wasco, California.

*Sara González*
Sara Gonzalez

4
DECLARATION OF SARA GONZALEZ IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION