**TABLE OF EXHIBITS**

| Exhibit No. | Description |
|---|---|

Exh. 1......................................................**Proposed Class Representative Declarations**
                                 Guillermina Perez Arreola
                                 Benito Espino Gomez
                                 Juan Gustavo Montes
                                 Josefino Ramirez
                                 Catalina Robles
                                 Santiago Rojas

Exh. 2......................................................**Class Member Declarations**
                                 Justina Bautista
                                 Martha Bautista
                                 Jose H. Campos
                                 Maria De Jesus M. Campos
                                 Martina Ceballos
                                 Breyda Chavez
                                 Miguel Chavez
                                 Zenen Aguilar Cruz
                                 Angelica Esparza
                                 Macario Fernandez
                                 Patricia Fernandez
                                 Ramona Macias Garcia
                                 Vicenta Perez de Garcia
                                 Angela Garibay
                                 Jose Alfredo Garibay
                                 Leobardo Gomez
                                 Jaime Gonzalez
                                 Margarita Gonzalez
                                 Sara Gonzalez
                                 Maria Dolores Hernandez
                                 Faustino Jauregui
                                 Miguel Jimenez
                                 Rosa Lazos
                                 Camila L. Lemus
                                 Maria Dolores Santibañez Leon
                                 Jose Lopez
                                 Evangelina Maduña
                                 Meliton Martinez
                                 Victor Martinez
                                 Leobardo Meza
                                 Roberto Garcia Meza
                                 Cecilia Mojarro

                                      Rebecca Montalvo
                                      Javier L. Muñoz
                                      Delfina Najar
                                      Michael Nieto
                                      Maria Nuñez
                                      Yolanda Medina Perez
                                      Sandra M. Mata Ponce
                                      Hector Jose Reynaga
                                      Hector Manuel Reynaga
                                      Maria Amada Reynaga
                                      Jose Rivera
                                      Ramon Ruiz
                                      Felipa Santiago
                                      Anajulia Sarabie
                                      Adrian Solis
                                      Josefa Fernandez Tamayo
                                      Lucilla Villarreal

Exh. 3 .................................................. Excerpts and Exhibits from the Deposition of Sunview's Person Most Knowledgeable, Daniel Gallegos

Exh. 4 .................................................. Excerpts and Exhibits From the Deposition of Plaintiff Catalina Robles

Exh. 5 .................................................. Plaintiffs Proposed Class Notice