1  STAN S. MALLISON (Bar No. 184191)
       StanM@TheMMLawFirm.com
2  HECTOR R. MARTINEZ (Bar No. 206336)
       HectorM@TheMMLawFirm.com
3  MARCO A. PALAU (Bar. No. 242340)
       MPalau@TheMMLawFirm.com
4  JESSICA JUAREZ (Bar No. 269600)
       JJuarez@TheMMLawFirm.com
5  MALLISON & MARTINEZ
   1939 Harrison Street, Suite 730
6  Oakland, California 94612-3547
   Telephone: (510) 832-9999
7  Facsimile: (510) 832-1101

8  KINGSLEY & KINGSLEY, APC
   ERIC B. KINGSLEY SBN – 185123
9  eric@kingsleykingsley.com
   STEVE L. HERNANDEZ SBN-229065
10 shernandez@kingsleykingsley.com
   16133 VENTURA BL., SUITE 1200
11 ENCINO, CA 91436
   (818)990-8300; FAX (818) 990-2903

12
   ATTORNEYS FOR PLAINTIFFS
13 [ADDITIONAL PLAINTIFF COUNSEL, NEXT PAGE]

14
                    **UNITED STATES DISTRICT COURT**
15
                    **EASTERN DISTRICT OF CALIFORNIA**
16

17
18 SANTIAGO ROJAS, JOSEPHINO            CASE NO. 1:09-cv-00705-AWI-JLT
   RAMIREZ, CATALINA ROBLES, JUAN
   MONTES; BENITO ESPINO,
19 GUILLERMINA PEREZ; ON BEHALF         **CLASS ACTION**
   OF THEMSELVES AND A CLASS OF
20 OTHERS SIMILARLY SITUATED,

21          Plaintiffs,                 **DECLARATION OF STAN S. MALLISON
                                        IN SUPPORT OF MOTION FOR CLASS
22          v.                          CERTIFICATION AND APPOINTMENT
                                        OF CLASS COUNSEL**
23 MARKO ZANINOVICH, INC. AND
   SUNVIEW VINEYARDS OF
24 CALIFORNIA, INC.; ET AL.,

25          Defendants.

26

27

28 Additional Counsel:

DECLARATION OF STAN MALLISON IN SUPPORT OF
MOTION FOR CLASS CERT & APPOINTMENT OF CLASS COUNSEL        CASE NO. 1:09-CV-00705-AWI-JLT

BUSH GOTTLIEB SINGER LÓPEZ KOHANSKI
ADELSTEIN & DICKINSON
IRA L. GOTTLIEB (STATE BAR NO. 103236)
E-MAIL: GOTTLIEB@BUSHGOTTLIEB.COM
DAVID S. ADELSTEIN (STATE BAR NO. 105250)
500 NORTH CENTRAL AVENUE, SUITE 800
GLENDALE, CA 91203
(818) 973-3200; FAX (818)973-3201

LAW OFFICES OF MARCOS CAMACHO
MARCOS CAMACHO (SBN  123501)
THOMAS PATRICK LYNCH (SBN 159277)
MARIO G. MARTINEZ (SBN 200721)
1227 California Avenue
Bakersfield, CA 93304
Telephone (661) 324-8100
Facsimile (661) 324-8103
Email: mcamacho@mclawmail.com


MCNICHOLAS & MCNICHOLAS, LLP
PATRICK MCNICHOLAS SBN-125868
MATTHEW S. MCNICHOLAS SBN-190249
10866 WILSHIRE BL., SUITE 1400
LOS ANGELES, CA 90024-4338
(310) 474-1582; FAX (310)475-7871
EMAIL: MSM@MCNICHOLASLAW.COM

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
David A. Rosenfeld (State Bar No.  058163)
E-mail: drosenfeld@unioncounsel.net
Christian L. Raisner (133839)
E-mail: craisner@unioncounsel.net
William A. Sokol (State Bar No.  072740)
E-mail: bsokol@unioncounsel.net
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
Telephone: (510) 337-1001; Facsimile: (510) 337-1023

MILBERG LLP
Jeff S. Westerman (State Bar No.  94559)
E-mail: jwesterman@milberg.com
Sabrina Kim (State Bar No.  186242)
E-mail: skim@milberg.com
Nicole Duckett (State Bar No.  198168)
300 South Grand Ave., Suite 3900
Los Angeles, CA 90071

Telephone: (213) 617-1200; Facsimile: (213) 617-1975

DECLARATION OF STAN MALLISON IN SUPPORT OF
MOTION FOR CLASS CERT & APPOINTMENT OF CLASS COUNSEL         CASE NO. 1:09-CV-00705-AWI-JLT

1

2

3

**CONTINUED EXHIBITS TO MALLISON DECLARATION**

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF STAN MALLISON IN SUPPORT OF
MOTION FOR CLASS CERT & APPOINTMENT OF CLASS COUNSEL        CASE NO. 1:09-CV-00705-AWI-JLT