STAN S. MALLISON (Bar No. 184191)
  StanM@TheMMLawFirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
  HectorM@TheMMLawFirm.com
MARCO A. PALAU (Bar. No. 242340)
  MPalau@TheMMLawFirm.com
JESSICA JUAREZ (Bar No. 269600)
  JJuarez@TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

KINGSLEY & KINGSLEY, APC
ERIC B. KINGSLEY SBN – 185123
eric@kingsleykingsley.com
STEVE L. HERNANDEZ SBN-229065
shernandez@kingsleykingsley.com
16133 VENTURA BL., SUITE 1200
ENCINO, CA 91436
(818)990-8300; FAX (818) 990-2903

ATTORNEYS FOR PLAINTIFFS
[ADDITIONAL PLAINTIFF COUNSEL, NEXT PAGE]

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SANTIAGO ROJAS, JOSEPHINO RAMIREZ, CATALINA ROBLES, JUAN MONTES; BENITO ESPINO, GUILLERMINA PEREZ; ON BEHALF OF THEMSELVES AND A CLASS OF OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>MARKO ZANINOVICH, INC. AND SUNVIEW VINEYARDS OF CALIFORNIA, INC.; ET AL.,<br><br>Defendants. | CASE NO. 1:09-cv-00705-AWI-JLT<br><br>**CLASS ACTION**<br><br>**DECLARATION OF STAN S. MALLISON IN SUPPORT OF MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL** |

Additional Counsel:

BUSH GOTTLIEB SINGER LÓPEZ KOHANSKI
ADELSTEIN & DICKINSON
IRA L. GOTTLIEB (STATE BAR NO. 103236)
E-MAIL: GOTTLIEB@BUSHGOTTLIEB.COM
DAVID S. ADELSTEIN (STATE BAR NO. 105250)
500 NORTH CENTRAL AVENUE, SUITE 800
GLENDALE, CA 91203
(818) 973-3200; FAX (818)973-3201

LAW OFFICES OF MARCOS CAMACHO
MARCOS CAMACHO (SBN  123501)
THOMAS PATRICK LYNCH (SBN 159277)
MARIO G. MARTINEZ (SBN 200721)
1227 California Avenue
Bakersfield, CA 93304
Telephone (661) 324-8100
Facsimile (661) 324-8103
Email: mcamacho@mclawmail.com


MCNICHOLAS & MCNICHOLAS, LLP
PATRICK MCNICHOLAS SBN-125868
MATTHEW S. MCNICHOLAS SBN-190249
10866 WILSHIRE BL., SUITE 1400
LOS ANGELES, CA 90024-4338
(310) 474-1582; FAX (310)475-7871
EMAIL: MSM@MCNICHOLASLAW.COM

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
David A. Rosenfeld (State Bar No.  058163)
E-mail: drosenfeld@unioncounsel.net
Christian L. Raisner (133839)
E-mail: craisner@unioncounsel.net
William A. Sokol (State Bar No.  072740)
E-mail: bsokol@unioncounsel.net
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
Telephone: (510) 337-1001; Facsimile: (510) 337-1023

MILBERG LLP
Jeff S. Westerman (State Bar No.  94559)
E-mail: jwesterman@milberg.com
Sabrina Kim (State Bar No.  186242)
E-mail: skim@milberg.com
Nicole Duckett (State Bar No.  198168)
300 South Grand Ave., Suite 3900
Los Angeles, CA 90071

Telephone: (213) 617-1200; Facsimile: (213) 617-1975

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CONTINUED EXHIBITS TO MALLISON DECLARATION**