STAN S. MALLISON (Bar No. 184191)
    StanM@TheMMLawFirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
    HectorM@TheMMLawFirm.com
MARCO A. PALAU (Bar. No. 242340)
    MPalau@TheMMLawFirm.com
JESSICA JUAREZ (Bar No. 269600)
    JJuarez@TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

KINGSLEY & KINGSLEY, APC
ERIC B. KINGSLEY SBN – 185123
eric@kingsleykingsley.com
STEVE L. HERNANDEZ SBN-229065
shernandez@kingsleykingsley.com
16133 VENTURA BL., SUITE 1200
ENCINO, CA 91436
(818)990-8300; FAX (818) 990-2903

ATTORNEYS FOR PLAINTIFFS
[ADDITIONAL PLAINTIFF COUNSEL, NEXT PAGE]

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SANTIAGO ROJAS, JOSEPHINO RAMIREZ, CATALINA ROBLES, JUAN MONTES; BENITO ESPINO, GUILLERMINA PEREZ; ON BEHALF OF THEMSELVES AND A CLASS OF OTHERS SIMILARLY SITUATED,<br><br>    Plaintiffs,<br><br>    v.<br><br>MARKO ZANINOVICH, INC. AND SUNVIEW VINEYARDS OF CALIFORNIA, INC.; ET AL.,<br><br>    Defendants. | CASE NO. 1:09-cv-00705<br><br>**DECLARATION OF STAN S. MALLISON FILED IN OPPOSITION TO SUMMARY JUDGMENT** |

Additional Counsel:
BUSH GOTTLIEB SINGER LÓPEZ KOHANSKI ADELSTEIN & DICKINSON
IRA L. GOTTLIEB (STATE BAR NO. 103236)
E-MAIL: GOTTLIEB@BUSHGOTTLIEB.COM
DAVID S. ADELSTEIN (STATE BAR NO. 105250)
500 NORTH CENTRAL AVENUE, SUITE 800
GLENDALE, CA 91203
(818) 973-3200; FAX (818)973-3201

LAW OFFICES OF MARCOS CAMACHO
MARCOS CAMACHO (SBN 123501)
THOMAS PATRICK LYNCH (SBN 159277)
MARIO G. MARTINEZ (SBN 200721)
1227 California Avenue
Bakersfield, CA 93304
Telephone (661) 324-8100
Facsimile (661) 324-8103
Email: mcamacho@mclawmail.com

MCNICHOLAS & MCNICHOLAS, LLP
PATRICK MCNICHOLAS SBN-125868
MATTHEW S. MCNICHOLAS SBN-190249
10866 WILSHIRE BL., SUITE 1400
LOS ANGELES, CA 90024-4338
(310) 474-1582; FAX (310)475-7871
EMAIL: MSM@MCNICHOLASLAW.COM

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
David A. Rosenfeld (State Bar No. 058163)
E-mail: drosenfeld@unioncounsel.net
Christian L. Raisner (133839)
E-mail: craisner@unioncounsel.net
William A. Sokol (State Bar No. 072740)
E-mail: bsokol@unioncounsel.net
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
Telephone: (510) 337-1001; Facsimile: (510) 337-1023

MILBERG LLP
Jeff S. Westerman (State Bar No. 94559)
E-mail: jwesterman@milberg.com
Sabrina Kim (State Bar No. 186242)
E-mail: skim@milberg.com
Nicole Duckett (State Bar No. 198168)
300 South Grand Ave., Suite 3900
Los Angeles, CA 90071
Telephone: (213) 617-1200; Facsimile: (213) 617-1975

I, Stan Mallison, declare the following:

1. I am a lawyer licensed to practice in the State of California and before this Court. I am a founding partner of Mallison & Martinez and one of the attorneys for Plaintiffs in this case. All statements made herein are based on personal knowledge unless otherwise stated. If called as a witness, I could competently testify as to matters stated herein.

2. Attached hereto is a true and correct copy of Exhibit 1, which is the declarations of Giullermina Perez Arreola, Declaration of Benito Espino Gomez, Declaration of Juan Gustavo Montes, Declaration of Josefino Ramirez, Declaration of Catalina Robles, and Declaration of Santiago Rojas

3. Attached hereto is a true and correct copy of Exhibit 2, which are excerpts from the deposition of Josefino Ramirez.

4. Attached hereto is a true and correct copy of Exhibit 3, which are excerpts from the deposition of Juan Gustavo Montes.

5. Attached hereto is a true and correct copy of Exhibit 4, which are excerpts from the deposition of Catalina Rivera Robles.

6. Attached hereto is a true and correct copy of Exhibit 5, which are excerpts from the deposition of Benito Espino Gomez.

7. Attached hereto is a true and correct copy of Exhibit 6, which are excerpts from the deposition of Guillermina Perez Arreola.

8. Attached hereto is a true and correct copy of Exhibit 7, which are excerpts from the deposition of Santiago Esteban Rojas Herenandez.

9. Attached hereto is a true and correct copy of Exhibit 8, which constitutes the deposition transcript of Peter Nickerson, Defendants' expert.

I declare and affirm, that the foregoing is true and correct. Executed on this 13th day of June 2011 in Oakland, California.

DATED: May 16, 2011

By: /s/ Stan Mallison
Attorneys for Plaintiffs