KINGSLEY & KINGSLEY, APC
ERIC B. KINGSLEY SBN – 185123
eric@kingsleykingsley.com
STEVE L. HERNANDEZ SBN-229065
shernandez@kingsleykingsley.com
16133 VENTURA BL., SUITE 1200
ENCINO, CA 91436
(818)990-8300; FAX (818) 990-2903

STAN S. MALLISON (Bar No. 184191)
   StanM@TheMMLawFirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
   HectorM@TheMMLawFirm.com
MARCO A. PALAU (Bar. No. 242340)
   MPalau@TheMMLawFirm.com
JESSICA JUAREZ (Bar No. 269600)
   JJuarez@TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

ATTORNEYS FOR PLAINTIFFS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SANTIAGO ROJAS, JOSEPHINO RAMIREZ, CATALINA ROBLES, JUAN MONTES; BENITO ESPINO, GUILLERMINA PEREZ; ON BEHALF OF THEMSELVES AND A CLASS OF OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>MARKO ZANINOVICH, INC. AND SUNVIEW VINEYARDS OF CALIFORNIA, INC.; ET AL.,<br><br>Defendants. | CASE NO. 1:09-cv-00705<br><br>**STIPULATED DISMISSAL OF DEFENDANT MARKO ZANINOVICH, INC.**<br><br>[F<small>ED</small>. R. C<small>IV</small>. P. 41(a)(1)(A)] |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to the above-entitled action, through their respective counsel of record, hereby stipulate to the dismissal with prejudice of Defendant Marko Zaninovich, Inc. from this action. The parties agree to bear their own fees and costs with respect to the dismissal of Defendant Marko Zaninovich, Inc. from this action.

DATED: June 6, 2011               **KINGSLEY & KINGSLEY, APC**


By:  /s/ Steve L. Hernandez
     Attorneys for Plaintiffs

DATED: June 6, 2011               **MORGAN, LEWIS & BOCKIUS**


By:  /s/ Shannon B. Nakabayashi
     Attorneys for Defendants
Sunview Vineyards of California, Inc. and Marko Zaninovich, Inc.

**ORDER**

IT IS SO ORDERED.

Dated:  June 15, 2011            _____
                                  CHIEF UNITED STATES DISTRICT JUDGE