```
1  JAMES N. PENROD, State Bar No. 43030
   MICHAEL MOLLAND, State Bar No. 111830
2  ERIC MECKLEY, State Bar No. 168181
   SHANNON B. NAKABAYASHI, State Bar No. 215469
3  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
4  San Francisco, California 94105
   Tel:   415.442.1000
5  Fax:   415.442.1001
   jpenrod@morganlewis.com
6  mmolland@morganlewis.com
   emeckley@morganlewis.com
7  snakabayashi@morganlewis.com

8  Attorneys for Defendants
   MARKO ZANINOVICH, INC. and SUNVIEW
9  VINEYARDS OF CALIFORNIA, INC.
```

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| SANTIAGO ROJAS, JOSEPHINO RAMIREZ, CATALINA ROBLES; JUAN MONTES; BENITO ESPINO; GUILLERMINA PEREZ; on behalf of themselves and a class of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MARKO ZANINOVICH, INC., SUNVIEW VINEYARDS OF CALIFORNIA, INC., a California corporation; and DOES 1 to 20, inclusive<br><br>Defendants. | Case No. 1:09-CV-00705-AWI-JLT<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO STRIKE PLAINTIFF JOSEPHINO RAMIREZ AS CLASS REPRESENTATIVE OR, ALTERNATIVELY, MOTION TO COMPEL ATTENDANCE AT DEPOSITION**<br><br>Judge: Hon. Jennifer L. Thurston<br>Courtroom: 1300 18th Street, Bakersfield<br>Date: July 14, 2011<br>Time: 10:00 a.m. |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/22504884.1                                                                    Case No. 1:09-CV-00705-AWI-JLT
NOTICE OF DEFENDANT'S MOTION TO STRIKE JOSEPHINO RAMIREZ AS CLASS REPRESENTATIVE OR, ALTERNATIVELY,
MOTION TO COMPEL APPEARANCE AT DEPOSITION
DB2/ 22504884.1

1  PLEASE TAKE NOTICE that on July 14, 2011, at 10:00 a.m., or sooner, if the Court
2  deems it appropriate, in the above above-entitled court, located at 1300 18th Street, Bakersfield,
3  CA, Defendant Sunview Vineyards of California, Inc. ("Sunview") will, and hereby does, move
4  this Court for an order (1) striking Josephino Ramirez as a class representative and (2) striking the
5  declaration that he signed and that Plaintiffs submitted in support of their pending Motion for
6  Class Certification.  Alternatively, Sunview respectfully requests an order compelling Mr.
7  Ramirez to appear, within ten days of said order, for a continued session of his deposition before
8  a court-certified or court-registered interpreter.

   This motion is brought pursuant to Federal Rules of Civil Procedure 23 and 37.

   This Motion is based upon this Notice of Motion and Motion, the accompanying
Memorandum of Points and Authorities, the Declaration of Michael Molland and all of the
attached exhibits thereto, the pleadings and the Court's record on file herein, and on such other
and further argument and evidence as may be presented at or prior to the time of the hearing and
all matters of which this Court may properly take notice.

Dated:  June 16, 2011                    MORGAN, LEWIS & BOCKIUS LLP

                                         By _____/s/Michael Molland_____

                                         Michael Molland
                                         Eric Meckley
                                         Shannon Nakabayashi
                                         Attorney for Defendants
                                         MARKO ZANINOVICH, INC. and
                                         SUNVIEW VINEYARDS OF
                                         CALIFORNIA, INC.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/22504884.1                          1                       Case No. 1:09-CV-00705-AWI-JLT
NOTICE OF DEFENDANT'S MOTION TO STRIKE JOSEPHINO RAMIREZ AS CLASS REPRESENTATIVE OR, ALTERNATIVELY,
                          MOTION TO COMPEL APPEARANCE AT DEPOSITION
DB2/ 22504884.1