**EXHIBIT A**

# EXHIBIT A

## MATERIAL DISCREPANCIES BETWEEN PUTATIVE CLASS MEMBER DECLARATIONS AND DEPOSITIONS TESTIMONY

**MELITON MARTINEZ**

| SWORN DECLARATION | SWORN DEPOSITION TESTIMONY |
|---|---|
| **Evidence going to the veracity of the entire declaration** | Q. You have Exhibit 1 before you do you see the Spanish version of your declaration, sir. THE WITNESS:  I don't know how to read it. Q.  Can you read Spanish? A.  Very little. 5:3-8.

Q.  When the woman came to your house, did she read to you the declaration that you signed? A.  Yes. Q.  How do you know how did the words that are in this declaration get there?  Did you put them there? A.  Yes. Q.  Do you write Spanish, sir? A.  No. Q.  So somebody else wrote the Spanish in your declaration; right? A.  Yes. 21:5-15.

Do you understand now, sir that your declaration was untrue? MS. JUAREZ:  Objection.  Misstates the record misstates the declaration misstates his testimony. THE WITNESS:  I understand that it's not correct. 38:7-12. |
| **Paragraph 2**

"I was an employee for Sunview vineyards. I started working at Sunview in 1985, approximately and stopped working approximately in 2004." | Q.  Are all the facts that are in the declaration that you gave to your understanding; true? A.  All the facts? Q.  All the facts. A.  There's only one that it's not because I was remembering this morning.  The day when I stopped working is wrong because I was |

remembering.  It was like around 2002 or so
and I was trying to remember the date.
Q.  In fact, sir you never worked for Sunview
after October 2001 correct?
A.  I don't remember that well that's what I
was trying to remember.
20:18-21:4.

Q:  You know now that you never worked for
Sunview in 2004; right?
A.  Yes.
Q.  And if you said you worked for Sunview
in 2004, that's untrue; right?
A.  Yes.
Q.  And you know you never worked for
Sunview in 2003; right?
A.  Yes.
Q.  And if you said in the past you worked for
Sunview in 2003, that's wrong; correct?
A.  That's incorrect.
Q.  You did not work for Sunview in 2003, did
you?
A.  No.
Q.  And you never worked during the harvest
season for Sunview in 2002, did you?
MS. JUAREZ:  Objection misstates testimony.
THE WITNESS:  What was /-TDZ question.
BY MR. MOLLAND:
Q.  You did not work for Sunview during the
harvest season in 2002; correct?
A.  That's what I was trying to remember in
the morning if I had worked for them for
Sunview either in 2001 or 2002 that's what I
could not remember.
Q.  Sir, do you have any basis any facts that
would support a belief you worked for
Sunview at any time in 2002?
A.  No.
30:6-31:8.

MR. MOLLAND:  Let me ask the question
again. Sir you have no basis to believe you
worked at Sunview after November 1, 2001
correct.
MS. JUAREZ:  Objection asked and answered
and misstates prior testimony.

|  | BY MR. MOLLAND: |
|--|----------------|
|  | Q.  That's correct? |
|  | MS. JUAREZ:  Objection misstates testimony |
|  | asked and answered. |
|  | THE WITNESS:  No that is correct. |
|  | 46:16-25. |

## HECTOR MANUEL REYNAGA

| SWORN DECLARATION | SWORN DEPOSITION TESTIMONY |
|---|---|
| **Evidence going to the veracity of the entire declaration** | Q. Did you meet with a lawyer to help you write your declaration?<br>A. Yes.<br>Q. Okay. Do you know the name of the lawyer you met with to help you write your<br>A. Her name is Nayada? I don't know the name exactly because it's an American name. 39:18-24.<br><br>Q. Where did you meet with the lawyer to write your declaration?<br>A. At the union's office.<br>Q. What union are you referring to when you say union office?<br>A. The farmer's union<br><br>Q. How did you learn about this lawsuit?<br>A. I heard it on the radio.<br>Q. And what did you do after you heard about it on the radio?<br>A. I went to investigate.<br>Q. Where did you go to investigate?<br>A. At the farmers union.<br>Q. And did the farmers union give you help in signing the declaration?<br>MS. NUNCIO: Objection. Asked and answered.<br>THE WITNESS: I was told there that they that the lady attorneys were going to be.<br>BY MR. MOLLAND:<br>Q. All right and you came back to the union hall when the lady attorneys were going to be there to assist in this lawsuit is that the way it worked?<br>A. Yes.<br>Q. How long did it take you to tell the lady attorneys whatever they needed to complete your declaration?<br>A. Like an hour and a half.<br>Q. Okay and at the end of the hour and a half after you talked to the lady attorneys did you then sign the declaration on May ten? |

| | |
|---|---|
| | A. Yes.<br>Q. So all told it took about an hour and a half to go to the union hall talk to the lady attorneys have them prepare the declaration and you sign it is that the way it worked?<br>A. Yes.<br>Q. Before you signed your declaration, did you look at any records to help you remember what you did or when you did it at Sunview?<br>A. No.<br>Q. Did you show any of the lady attorneys any of the papers or documents that you had from Sunview before you signed your declaration?<br>A. Yes.<br>Q. What did you show them?<br>A. One check stub.<br>Q. Anything else?<br>A. The tax returns.<br>Q. Okay.  When you say tax returns, you mean W-2 forms; right? Did the lady attorneys that you talked to have any reason to think that you worked in 2004 before you signed the declaration?<br>MS. NUNCIO:  Objection.  Asked and answered.<br>THE WITNESS:  What I told the lady attorney that I more or less remembered the time that I had worked but in my mind it had been in 2001 to 2004 but that I was not sure.<br>40:1-2, 40:9-10, 41:9-10, 42:9-44:8. |
| **Paragraph 2**<br><br>"I was an employee of Sunview Vineyards since approximately June, 2001 until approximately November 2004"<br><br>During the picking season, I worked in a group of three people - typically, I would be the one to weigh the boxes, but sometimes I would pick grapes. Before the picking, the work included tying, de-budding, de-leafing and tying. | "Okay.  What is false on Page 2?"<br>. . .<br>"Because what I remember was that I had started around 2001 and I had ended around 2004."<br>"Okay.  Is that false?"<br>. . .<br>"Afterwards, I saw the papers and it was around 2002 to 2003."  11:4-16<br><br>MR. MOLLAND:  So when you signed your declaration on May ten, you had check stubs?  Correct?<br>THE WITNESS:  Very little of them.<br>BY MR. MOLLAND:<br>Q.  And the check stubs you had when you |

<table>
<tr><td></td><td>
signed your declaration on May ten were from Sunview; right?<br>
A. Yes.<br>
Q. Did any of those check stubs say that you worked in 2004?<br>
A. No.<br>
14:14-24.<br>
<br>
Q. Did you work with any persons at Sunview who would back up your story that you worked during the spring seasons at Sunview at any time?<br>
A. Yes. I know people.<br>
Q. Who?<br>
A. I wouldn't be able to tell you because – I can mention names to you, but maybe that person's not going to want to corroborate the information that I'm going to give you.<br>
Q. I'm asking whether you know of anybody that would corroborate the information that you gave me that you did de-budding and de-leafing at Sunview at any time?<br>
MS. NUNCIO: Objection. Asked and answered.<br>
BY MR. MOLLAND:<br>
Q. Do you know the names of any persons who would so corroborate your testimony?<br>
MS. NUNCIO: Again asked and answered.<br>
THE WITNESS: No.<br>
29:7-25.
</td></tr>
</table>

| | |
|---|---|
| **Paragraph 3**<br>"Foreman Ontiveros told us that we had to arrive early to prepare the materials, including the trays, boxes and the wheelbarrows."<br><br><br><br>"We were not paid for the time before the start t me that we had to spend 9 preparing the work areas and attending school daily during the picking."<br>. | "Would you agree with me that that statement that Mr. Ontiveros told you to arrive early in order to prepare materials is not true he didn't tell you that was a reason the reason was because you might have to change location?"<br>. . .<br>"Yes." 17:16-24<br><br>Q. Okay. Sir when you were at Sunview, who kept track of the hours that you worked?<br>A. Miguel Ontiveros.<br>Q. Did you also keep track of the hours that you worked at Sunview?<br>A. No. (emphasis added)<br>22:4-8. |

| | |
|---|---|
| "During the picking, we had to attend school which would begin before the official time of start. Foreman Ontiveros was present while we we e doing this work before the official start time." | Q. When you were at Sunview, you thought the official start time was whenever the foreman, Mr. Ontiveros -- Ontiveros, told you each day it was start time; correct?<br><br>…<br>THE WITNESS: Yes.<br>26:19-24.<br><br>Q. Did you ever complain to anybody at Sunview while you worked there that you didn't think you were being paid for work you were doing before start time?<br>A. No.<br>32:7-12. |
| **Paragraph 4**<br><br>"During the work seasons before the picking in my crew, the workers arrived at about 15 minutes before the official start time in order to prepare the materials including the tables, covers, pads, trays, and boxes." | "Okay. Is there anything else in your declaration that you read yesterday that is incorrect?"<br>"The arrival time that it shows there."<br>"Tell me where the part of it that's incorrect is?"<br>" It's right here."<br>"Okay read me the part of it that you think is now incorrect?"<br>"The one that I read yesterday it had minutes but hear it shows 15 it's been corrected."<br><br>. . .<br><br>"[S]o you're saying that you recall saying something different in your declaration when you wrote it than is on Exhibit 1 now."<br>"No. The part that I'm referring to is right here."<br>"Would you read the part that you're referring to?"<br>"Yes. During each picking season my crew had to arrive to work approximately 30 minutes before the official start time. <u>That's where it is wrong.</u>" (emphasis added)<br>"Okay. What's the truth?<br>"That we were told to arrive 10 to 15 minutes before the official start time <u>in case we needed to change from location.</u>" (emphasis added)<br>"Okay. And that's what you're saying is that during each picking season when you worked at Sunview, your crew was told arrive 10 to 15 |

| | |
|---|---|
| | minutes early in case you had to change locates before the start time is that a true statement?" "Yes." -14:18-16:2.<br><br>Q. Now, Crew Boss Ontiveros told you you shouldcome 10 to 15 minutes for work to be sure that you would be on time for start time, didn't he?<br>A. Yes.<br>Q. And you understood one of the reasons you were supposed to come ten minutes before work was to make sure that you would be on time right?<br>A. Yes.<br>Q. And you understood and Mr. Ontiveros told you that one of the reasons he was asking you to come 10 to 15 minutes early was because you might have to change a location; correct?<br>A. True.<br>Q. <u>And those were the only reasons that Mr. Ontiveros told you to come 10 to 15 minutes early before start time would you agree?</u><br>…<br>THE WITNESS: <u>Yes.</u> (emphasis added)<br>60:15-61:8 |
| **Paragraph 5**.<br>"During the picking season until approximately August 2004, we had to take home our trays and wash them there." | "And you know now that the practice of Sunview with respect to trailers and trays changed in 2003; right?"<br>"Yes." 36:20-23<br><br>Q. Perfect. Thank you very much. But you didn't take the trays home during your final harvest season at Sunview; right?<br>A. No.<br>35:4-7.<br><br><u>Do you know of anybody at Sunview who washed trays after August 2003 at home?</u><br>A. <u>No.</u> (emphasis added)<br>37: 23-25. |
| **Paragraph 6**<br><br>"Around August, 2004, this practice changed and the company began to bring a trailer to the ranches so that the workers could keep our | Q. Around August 2004 you say the company began to bring in trailers to ranches that's not true you have the wrong date don't you in your declaration?<br>A. Let's say yes. |

| | |
|---|---|
| trays and scales in the trailer every day. Then, we didn't have to take home our trays and scales every day." | Q.  And that's because when you wrote your declaration you thought you worked during the harvest season of 2004; right?<br>A.  That's right.<br>Q.  And actually, you only worked during the - the last harvest season you worked was in 2003; right?<br>A.  That's right.<br>Q.  So when you wrote your declaration you were confused about the last year you worked during harvest season, weren't you?<br>A.  That's right.<br>Q.  And you know now that the practice of Sunview with respect to trailers and trays changed in 2003; right?<br>A.  Yes.<br>36:4-23. |
| **Paragraph 7**<br><br>"While I worked at Sunview, the Company did not provide me the necessary tools to perform my job.  "Until approximately the picking season of 2004, the Company did not provide picking scissors, so we had to purchase our own scissors."<br><br>"During the 2004 picking scissors [sic], the Company gave each worker a pair of scissors. But when the scissors wore down, we had to purchase our own scissors."<br><br>. | "Did Foreman Miguel Ontiveros ever refuse to give you a pair of scissors?"<br>"No."<br>"Did Sunview ever refuse to give you a pair of scissors when you asked for them?"<br>"Okay.  I remember that at one time the company offered to all the employees a pair of scissors."<br>"Did Sunview ever refuse a request from you to obtain a pair of scissors from Sunview?"<br>"Through me?  No."<br>"Did any of the scissors that Sunview gave you ever wear out or wear down?"<br>"Mine, no."  (emphasis added)<br>"Could you turn to paragraph seven Mr. Reynaga it says until approximately the picking season of 2004 the company did not provide picking seasons so we had to purchase our own scissors now the date's wrong in that statement isn't it?"<br>"That's right."<br>"Sunview did provide you picking scissors; correct?"<br>"Yes."  (emphasis added)<br>57:2-24<br><br>Q.  During the picking season some workers in your crew wore gloves and some didn't isn't that right? |

A. Yes.
58:3-6.

During the picking season some
wanted to wear gloves and other workers didn't
want to wear gloves would you agree?
A. Yes.
Q. There were many jobs at Sunview where
Sunview did not want you to wear gloves
because they interfered with the work would
you agree with that?
…
A. That's true.
Q. Besides scissors and gloves along the lines
that you've just testified about, what did you
believe were the necessary tools to perform
your job at Sunview?  Anything else?
A. No.
58:15 -59:6

 MR. MOLLAND:  Sure I understand but
before you bought the scissors any scissors you
didn't ask Sunview beforehand to give you
some.
…
THE WITNESS:  Before no.
62:6-12

Q. I understand.  When you first started to work
for Sunview you thought you might have to
use scissors; right?  (emphasis added)
A. Yes.
Q. And so before you started work, you
bought your own; right?
A. Yes.
63:21-64:2.

**JOSE RIVERA**

| SWORN DECLARATION | SWORN DEPOSITION TESTIMONY |
|---|---|
| **Evidence going to the veracity of the entire declaration** | Q. I'm going to ask you about Paragraph 1. Do you see Paragraph 1 in your declaration? Do you see the number 1, Paragraph 1, in your declaration? MS. NUNCIO: I'll remind counsel that my client can't read. 58:23-59:3 |
| | Q. Did you how did you know that the declaration you signed was an accurate statement of what you told the lawyers at the office when you talked to them about the declaration? A. I don't -- I don't know. 12:1-6. |
| | Q: "Sir you really don't know the dates that you were employed by Sunview, do you?" |
| | A: "No, I don't remember"  46:7-12 … Q. Can you tell me why in your declaration you said you worked for Sunview in 2009 when the truth is you don't remember? A. No I don't remember if it was in 2008 or 2009 I don't remember.  46:7-22 |
| | Q. When's the first time you became aware that you did not know when you worked at Sunview? A. When I was doing that when I was giving the declaration. Q. Okay so when you gave the declaration you understood you really didn't remember when you worked at Sunview correct? … THE WITNESS: I did not remember. Q. Did you tell that to the lawyer who took your declaration? MS. NUNCIO: Objection attorney-client privilege. I'll instruct my client not to answer. 47:5-19. |

| | |
|---|---|
| | Q. Sir, isn't it true you were fired as a crew boss by Sunview?<br>…<br>MR. MOLLAND:  Was there an answer?<br>THE INTERPRETER:  The answer was no.<br>Q. Sir, don't you recall that you -- do you recall when you were fired from any job?<br>MS. NUNCIO:  Objection.  This goes far outside the scope of this declaration, counsel.  Asked and answered.  I'll instruct my client not to answer.<br>41:10-42:7. |
| **Paragraph 2**<br><br>"I worked for Sunview until August, 2009"<br><br>My responsibilities as foreman were to supervise the workers, including showing them how to do the job, informing them about the official start and ending time, and explaining to them the responsibilities of work. | <u>"When is the first time you became aware that you did not know when you worked at Sunview?"</u><br><u>"When I was doing that when I was giving the declaration."</u>  (emphasis added)<br>47:5-8.<br><br>"Okay.  Does the termination form showing that you were terminated as an employee at Sunview in 2005 refresh your recollection so that now you know that you quit working at Sunview in 2005?"<br>. . .<br>"Oh, okay.  Yes.  Yes."  51:13-20<br><br>Q. All right.  When you were at Sunview, sir, when you were a crew boss, did Sunview train you to follow their work policies?<br>MS. NUNCIO:  I'm going to object that that's outside the scope of the declaration and instruct my client not to answer.<br><br>Q. And as a crew boss, you were responsible for the work practices of your crew; isn't that true?<br>A. Yes.<br>Q. You told your crew how to perform their work; correct?<br>A. Yes.<br>Q. And you're the one who was responsible to make sure they did their work correctly; correct?<br>A. Yes. |

Q. And Sunview taught you how to teach your crew to do their work correctly isn't that true?
A. Yes.
Q. When you were at Sunview, when you were a crew boss, you attended training meetings where Sunview management taught you how to follow their work rules so you could train your crew to do their job right?
MS. NUNCIO: Objection. Asked and answered and restate my objection that that's outside the scope of the declaration and instruct my client not to answer.
13:25-16:5.

Q. Sir we've established that you have or excuse me you testified I believe that you instructed your crew how to do their work correctly according to the rules at Sunview while you were a crew boss; right?
A. Yes.
Q. How did you know how to instruct your crew so they would follow the rules at Sunview when you were a crew boss?
A. The supervisor.
Q. What did the supervisor do that helped you know what to tell your workers so you would instruct your you would instruct your crew correctly?
A. Yes yes.
Q. What did what did the supervisor do to help you instruct your crew correctly?
A. They meet in the morning.
Q. Okay. You would meet with your supervisors in the morning; is that correct?
A. Yes.
Q. Okay. Did you meet with your supervisors in a big meeting that happened before harvest time every year?
A. Yes.
Q. Okay. And during these meetings did your supervisors tell you how to instruct your crew so you would follow Sunview's rules?
A. Yes.
16:12-18:3.

| | BY MR. MOLLAND:<br>Q. Were you the only one who filled out the time sheets for your crew to record the time they worked when you were a crew boss at Sunview?<br>A. Yes.<br>Q. <u>Okay. When you worked at Sunview, your supervisors told you that you should write down all the time that the workers in your crew worked didn't they?</u><br>A. <u>Yes.</u> (emphasis added)<br>18:24-23:3. |
|---|---|
| **Paragraph 4**<br><br>Sunview did not pay for the time the workers spent preparing the work areas for the workday during picking. | Q. The second or excuse me the last paragraph the last sentence in Paragraph 4 says Sunview did not pay for the time before the start time that the workers spent preparing the work areas for the workday during picking. Why do you believe that, sir?<br>A. I don't know.<br>63:11-17.<br><br>Q. Sir can you remember the time periods that you ever saw people working before official start time at Sunview? Can you remember any specific time period?<br>A. No.<br>85:2-8<br><br>Q. You did fill out all the time sheets for all your workers in your crew every day, didn't you, sir?<br>MS. NUNCIO: That's asked and answered. Again this is not in this declaration. My objection is it's outside the scope and I'll instruct my client not to answer.<br>Q. Sir, when you were a crew boss at Sunview, why do you think that Sunview did not pay your workers when the workers attended school before the official start time?<br>A. I don't know.<br>26:7--27:7<br><br>Q. All right. Every day at Sunview there was an official start time for your crew; right?<br>A. Yes. |

| | |
|---|---|
| | Q.  And your supervisors would tell you what the official start time was every day correct? <br><br> … <br> THE WITNESS:  Yes. <br> BY MR. MOLLAND: <br> Q.  All right.  And you would tell the start time to the workers in your crew every day; right? <br> A.  Yes. <br> Q.  Now do you think that any worker in your crew worked before start time and was not paid for it? <br> A.  Yes. <br> Q.  Okay why do you think that?  Do you have any knowledge about that any knowledge about the facts that would make you think that? <br><br> … <br> THE WITNESS:  No <br> 27:20-28:15 <br><br> Q. It says the workers would arrive early in order to prepare the materials including tables trays boxes and the wheelbarrow. <br> THE WITNESS:  Yes. <br> Q.  Sunview supervisors never told you that you should tell people to arrive early in order to prepare materials including the tables trays boxes and wheelbarrow did they? <br><br> … <br> THE WITNESS:  They would not tell me anything. <br> 62:1-16. |
| **Paragraph 5** <br><br> During picking season, each day the workers in my crew had to clean the work area after official ending time. It would take approximately 15 minutes to clean the area. | Q.  And they would start cleaning then; right? <br> Q.  Okay. When you were at Sunview you told your crew who was picking during the harvest season to quit work 15 minutes before stop time right? <br> MS. NUNCIO:  I'll object that that misstates his testimony and assumes facts not established. <br> MR. MOLLAND:  Answer. <br> THE WITNESS:  It's true. <br> MR. MOLLAND:  True okay and after you told the workers they had 15 minutes before stop time the workers would stop working; right. |

<table>
<tr><td></td><td>

THE WITNESS: Yes to start cleaning.
31:15-25

A. Yes.
Q. <u>And that would take about 15 minutes, wouldn't it?</u>
<u>A. You could not tell sometimes more sometimes less.</u>
32:1-6.

   Q. Okay. What supervisor ever told you that workers in your crew had to clean the work area after the official ending time? Name them, please.
MS. NUNCIO: Objection. Asked and answered.
THE WITNESS: Once in a while, yes.
BY MR. MOLLAND:
Q. Can you name -- can you identify --
MS. NUNCIO: Objection.
BY MR. MOLLAND:
Q. -- any supervisor who ever told you that?
MS. NUNCIO: Counsel, asked and answered. You're harassing him now.
THE WITNESS: No I don't remember who it was.
BY MR. MOLLAND:
Q. Did you yourself you ever tell any worker they had to work after the official ending time?
A. No.
64:7-24

</td></tr>
</table>

| **Paragraph 6**

"During the work seasons before the picking in my crew, the workers arrived at about 15 minutes before the official start time in order to prepare the materials including the tables, covers, pads, trays, and boxes."

"Most of the time, every morning during the season before the picking, the workers also had to attend 'school' before the official start time. Sunview did not pay for this time before the start time when the workers attended 'school' during the season before the picking." . | "Did they have to go to school before official start time in the pruning de-budding and tipping season?"
. . .
"Yes the school yes."
"But do you have any information that the workers were not paid for school time?"
"No I don't have any information."
<u>"Do you have any idea why your declaration would say that workers weren't paid for school time do you know why it says that?"</u>
. . .
<u>"I don't know."</u> 71:4-17 (emphasis added) |
|---|---|

"In the pruning, de-budding, and tipping season, the workers did not use pads did they in your crew?"

"No"

"And during the pruning, de-budding, and tipping seasons before picking, the workers did not use trays did they?"

"No"

"And during the pruning, de-budding and tipping seasons before the picking the workers did not use boxes, did they?"

"No".

"And so if your declaration says they did you were just wrong weren't you?"

"I was wrong but they're not used during that time." 68:24-69:13

"You say in your declaration in the work seasons before the picking the workers moved tables and prepared materials before the official start time. Did workers in the seasons before picking like pruning, de-budding and tipping move tables and prepare materials before official start time?"

. . .

"No, during the pruning they would not move anything."

"Do you know why how it could be that in your declaration you said it was true?"

"No, during the pruning we don't move any tables."

70:1-13

Q. It goes on to say most of the time every morning during the season before the picking the workers also had to attend school before official start time. Do you see that, sir?

A. Oh before the picking. In the grapes.

Q. I see that. But it's true isn't it true, sir that the workers didn't attend school before official start time in the pruning de-budding and tipping season that never happened did it?

…

THE WITNESS: No they did not need any trays nor tables or anything.

Q. Did they have to go to school before

|  | official start time in the pruning de-budding and tipping season?<br><br>…<br>THE WITNESS:  Yes the school yes.<br>BY MR. MOLLAND:<br>Q.  But do you have any information that the workers were not paid for school time?<br>A.  No I don't have any information.<br>Q.  Do you have any idea why your declaration would say that workers weren't paid for school time do you know why it says that?<br>…<br>THE WITNESS:  I don't know.  (emphasis added)<br>70:14-71:17 |
|---|---|
| **Paragraph 7**<br><br>"During the seasons before the picking, every day the workers in my crew had to clean the work area after the ending time.  It took approximately 15 minutes to clean the area." . | "Was there any work to clean the work area after ending time in the pruning de-budding and tipping season when you were crew boss?"<br>. . .<br>"No." 72:18-22<br><br>Q.  And during the seasons before picking which were pruning de-budding and tipping, did the workers have to clean the work area after ending time in your crew when you were crew boss?<br>A.  What work?<br>Q.  Was there any work to clean the work area after ending time in the pruning de-budding and tipping season when you were crew boss?<br>…<br>THE WITNESS:  No.<br>Q.  Okay so, sir to make it a clean record I know we're communicating but it's a little difficult with the translation I want to ask you whether what I say is true Oklahoma is it true that during the seasons before picking workers in your crew were not required to clean the work area after ending time?<br>…<br>THE WITNESS:  It was not required.<br>Q.  Do you know why your declaration says that it was required?<br>A.  No.  I never put that in.<br>Q.  Did you put that in your declaration, sir? |

<table>
<tr><td></td><td>

MS. NUNCIO:  Objection.  Asked and answered.
THE WITNESS:  No.  I put it that it was during the grapes.

Q.  <u>Do you know why the person who came to your house put in your declaration that during the seasons before picking workers in your crew had to clean the work area after ending time?</u>
<u>THE WITNESS:  No.</u>  (emphasis)
75:4-8.

</td></tr>
<tr><td>

**Paragraph 9**

"Afterward, around the year 2005 or 2006, more or less, the Company began bringing a trailer to the site so that workers could keep the trays and the scale inside the trailer every night. Since then, they are no longer forced to take the trays or scale home."

</td><td>

Q. In your declaration you said that up until 2005 or 2006 Sunview would force the workers in your crew to take home the trays every night do you recall that, sir?
A.  Yes.
Q.  Okay.  But at some time Sunview stopped doing that and they began bringing trailers to your crew so the workers would keep their trays at the work site; correct?
A.  Yes.
Q.  And at that time when the company began bringing the trailers to the site so the workers could keep the trays there the workers no longer took the trays home is that true?
A.  Yes.
Q.  Now you recall, sir that you worked up until about 2008 or 2009; right?
A.  Yes.
Q.  So it was about what three or four years before you left Sunview the company began keeping their trays on site; right?
A.  Yes.
23:11-24:7.

BY MR. MOLLAND:
Q.  And you actually left the employ of Sunview in 2005; correct?
...
THE WITNESS:  Yes.
59:24-60:16.

Q. Sometime -- some years before you left Sunview, Sunview brought in trailers to wash

</td></tr>
</table>

| | |
|---|---|
| | the trays the workers used during the picking season; correct?<br>A.  Yes, before.<br>Q.  And once they brought in the trailers did any workers take trays home?<br>A.  No.<br>75:18-25. |
| **Paragraph 10**<br><br>While I worked for Sunview, the Company did not provide the workers with all the necessary tools to perform the work. Sunview provided one pair of scissors only. | Q. When you worked at Sunview the supervisors told you to supply all necessary tools to the people in your crew right?<br>…<br>THE WITNESS:  Yes.<br>BY MR. MOLLAND:<br>Q.  And you supplied your crew with scissors when you were a crew boss at Sunview, didn't you?<br>A.  Yes.<br>Q.  Can you think of anybody at Sunview who told you you could not have gloves from Sunview to give to your workers in your crew when you were a crew boss?<br>MS. NUNCIO:  And I'll object that that's outside the scope of declaration I'll instruct him not to answer.<br>32:7-23<br><br>Q.  Would it be true, sir that sometimes under Sunview's rules gloves were required and sometimes gloves were not required and sometimes gloves were forbidden is that true?<br>…<br>THE WITNESS:  Yes.<br>Q.  During the picking season some workers wore gloves and some workers didn't; right?<br>A.  Yes.<br>Q.  Gloves were not required to be worn by Sunview during the picking season correct?<br>…<br>WITNESS:  That's right.<br>MR. MOLLAND:  It was up to the worker whether they wanted to wear gloves or not during the picking season.<br>THE WITNESS:  Oh, yes yes.<br>77:21 -78:20 |

|  | Q.  It was up to the worker 18 whether they wanted to wear gloves or not during the picking season.<br>THE WITNESS:  Oh, yes yes.<br>79:17-20. |
| --- | --- |

**RAMON RUIZ**

| SWORN DECLARATION | SWORN DEPOSITION TESTIMONY |
|---|---|
| **Paragraph 3**<br><br>"During each picking season, my crew had to arrive to work approximately 15 to 30 minutes before the official start time … We were not paid for this started time that we had to spend preparing the work areas and attending school daily during the picking." | Q. How do you know when start time comes for crew 100 when you work at Sunview does the crew boss tell when you start time comes?<br>MS. NUNCIO:  Objection.  Asked and answered.<br>THE WITNESS:  Yes.<br>Q. What does he what does the crew boss say to tell you start time has come?<br><br>A. He yelled out that that there's schooling for the schooling.<br>Q. Okay.  And that tells you start time has come when the crew boss says time for school?<br>A. Yes.<br>Q. And has that been the way it's always been at Sunview since you've worked there?<br>A. Yes.<br>60:19-61:8<br><br>Q. Okay.  All the time that a you have worked at Sunview have you ever kept track of the hours that you worked at Sunview?<br>A. That I have had it recorded?<br>Q. Yes?<br>A. Like written it down at home?  No.  On the checks that's where it shows right.<br>Q. On the checks that Sunview gives you it shows there; right?<br>A. Yes.<br>Q. Have you yourself personally ever kept track of the number of hours that you have worked at Sunview?<br>A. No.<br>34:16-35:4 |
| **Paragraph 4**<br><br>"Often, during the picking seasons, my crew's workers and I would have to continue packing grapes and cleaning the work areas after the foreman notified us that the official shift was already over." | Q. Can you ever think of a time when you were at Sunview where you packed any grapes?<br>MS. NUNCIO:  Asked and answered.<br>THE WITNESS:  No.  (emphasis added)<br>Q. Okay so that's 80 [si ] wanted to ask you about Paragraph 4 can you turn to Paragraph 4 of your declaration it says often during the |

| | |
|---|---|
| | picking seasons my crews workers and I would have to continue packinggrapes do you see that now that's not true is it? <br> … <br> THE WITNESS: Packing grapes. <br> Q. You never packed grapes did you? <br> … <br> THE WITNESS: No. <br> 51:1-16 |
| **Paragraph 6** <br><br> "In the past years, we had to take the trays home every night and we had to wash the trays at home.  The foremen would tell us that our trays had to be washed regularly and we were told that we would be financially responsible for the trays if they got lost, broken or stolen.  I had 5 trays assigned to me.  During that time, I had to wash my trays every day.  This work would last approximately 15 to 30 minutes to complete per week  We were not paid for the time we took cleaning the trays, nor were we reimbursed for the chlorine and the soap we sued to complete this work." | Q.  So in your declaration when you say in past years, we had to take trays home every night and we had to wash the trays at home, that's not true you never did that did you? <br> A.  No that's not true.  (emphasis added) <br> Q.  And when you said in your declaration the foreman would tell us that our trays had to be washed regularly, the foreman never told you that at any time when you worked for Sunview did they? <br> … <br> MR. MOLLAND:  The foreman never told that you right. <br> THE WITNESS:  No not to me. <br><br> BY MR. MOLLAND: <br> Q.  Sure.  Preserving the objection, I'll ask the same question. <br> In your declaration you say we were told we could not work if we had dirty trays.  No one told you that; right? <br> A.  No. <br> Q..  And, in fact, when you said that in your declaration, that was incorrect would you agree with me that was incorrect right? <br> A.  It was incorrect mm-hmm. <br> 8:15-9:23 <br><br> Q.  When you were at since a worked at Sunview, the foreman never told that you if you took trays home, you would be responsible for them did they? <br> … <br> THE WITNESS:  To me?  No. <br> 10:7-11 <br><br> Q.  No.  I think it's pretty clear that you |

|  | never took trays home, sir did you?<br>A. No.<br>Q. You never washed trays every day at Sunview did you?<br><br>…<br>THE WITNESS: At the house? No.<br>12:8-14<br><br>Q. So when you say this work meaning the tray washing at home would last approximately 15 to 30 minutes to complete per week you don't really know whether that's true or not right?<br>MS. NUNCIO: Objection misstates testimony assumes facts not established.<br>THE WITNESS: No.<br>15:13-19 |
|---|---|
| **Paragraph 7**<br><br>"Afterward, in approximately 2004 or 2005, this practice changed and the Company began to bring a trailer to the ranches so that the workers could keep our trays and scales in the trailer every day." | Q. <u>But, sir you don't know when the practices changed do you?</u><br>MS. NUNCIO: Asked and answered.<br>THE WITNESS: <u>Not exactly no.</u><br>Q. So everything you know about when the practice of the companies to bring trailers to ranches so the workers could keep trays in the trailer is something that somebody else has told you right?<br>…<br>THE WITNESS: Yes.<br>BY MR. MOLLAND:<br>Q. And you weren't there in 2004 and you don't know right?<br>MS. NUNCIO: Asked and answered.<br>THE WITNESS: No.<br>44:6-22<br><br>Q. Do you have any knowledge about the company's work practices in 2004?<br>A. No.<br>45:6-8 |
| **Paragraph 8**<br><br>"Every year, the pruning scissors have worn down and I have had to purchase pruning scissors for approximately $50." | Q. Sir, after considering this would you agree that you have not purchased yourself pruning scissors the big ones that cut while you've worked at Sunview?<br>THE WITNESS: A. Yes, I have bought some.<br>Q. How many have you bought? |

| | |
|---|---|
| "During picking, the Company gives picking scissors to each worker. But, this pair of pruning [sic] scissors also wears down before the picking is over, and the foremen have refused to provide more when I have requested them. In general, the pair of picking scissors is worn down and every year I've had to spend approximately $25 for additional pairs." | A. One pair of scissors every season yes but not all the years like one year I will and another year I won't and it goes that way. 69:10-17.<br><br>…<br><br>Q. And some years you don't buy any; right?<br>A. Yes.<br>73:3-4.<br><br>*******<br>Okay the way it works at Sunview for tools like scissors for picking is this: <u>At the beginning of the year, Sunview gives you a brand new pair of picking season -- of picking scissors at the beginning of picking season; correct?</u><br><u>A. Yes.</u> (emphasis added)<br>Q. Sometimes during the picking season, you say that these either get broken at the tip or become loose; right?<br>A. Yes.<br>Q. When that happens you tell the crew boss; right?<br>A. Yes.<br>Q. <u>And when you tell the crew boss the crew boss will give you a pair of replacement scissors but they are in your opinion also loose because they're not new; is that correct?</u><br><u>A. Yes.</u> (emphasis added)<br>Q. And when that happens then you feel that you have to buy a pair of new scissors is that the way it works?<br>A. Yes.<br>79:2-23.<br><br>Q. So and I want to make sure I'm putting it it your words here I guess what you're saying is your objection to the picking scissor practices at Sunview is that you do get replacement scissors but the replacement scissors aren't up to the same standard as the new scissors?<br><br>…<br>THE WITNESS: <u>Yes that's right</u>. (emphasis added)<br>80:7-17. |

## CECILIA MOJARRO

| SWORN DECLARATION TESTIMONY | SWORN DEPOSITION TESTIMONY |
|---|---|
| **Evidence going to the veracity of the entire declaration** | Q.  When's the last time you had good glasses to read?<br>A.  Just barely like five years or six, like four years or five.<br>Q.  So for the last four years, it's been difficult for you to read documents.  Would that be fair to say?<br>A.  Yes.<br>16:11-17.<br><br>Q.  I understand all I'm trying to say is:  Your lady attorney read to you what was on the declaration when you signed it; right?<br>A.  Yes.<br>18:22-25. |
| **Paragraph 2**<br><br>I was an employee of Sunview Vineyards since June, 1974 until approximately November, 2006. | In the last -- you worked for Sunview between 2002 and 2006; correct?<br>A.  Approximately around there I don't remember the last year that I stopped right now I don't remember.<br>52:23-53:1. |
| **Paragraph 3**<br><br>During the picking season, my crew had to arrive at work approximately 15 to 30 minutes before the official start time. The foremen would tell us that we had to arrive early in order to prepare the materials, including tables, trays, boxes and wheelbarrows. During picking, we had to attend school that would begin before the official start time. School was the time when the foreman would talk to the crew about work and would reprimand certain workers for delaying work or for doing the work incorrectly. We would not get paid for this time before the official start time that we had to spend preparing the work areas and attending school. | BY MR. MOLLAND:<br>Q. When you worked for Sunview you understood it was Sunview's employment policy to pay you for all the hours you worked between reporting time and quitting time; correct?<br>A.  Sometimes we would have to arrive earlier because the foreman would tell us that we had to arrive earlier to arrange the things.  Like, ten minutes or 15 minutes before, he would tell us in order for us to be ready.<br>27:3-12. (emphasis added)<br><br>Q. Did you ever keep track of the time that you worked at Sunview?<br>A.  No.<br>38:16-18.<br><br>Q. If you kept track of the hours you worked at Sunview when you worked there how did you do it did you write it down? |

|  | A.  I would not write it down I would just look at my check stubs.<br>Q.  Would it be fair to say then the only way you knew how many hours you worked at Sunview was by looking at the hours that were on your check stubs is that true?<br>MS. JUAREZ:  Objection misstates testimony argumentative.<br>THE WITNESS:  Well, we would more or less see how many hours we had worked and more or less how much we were going to make.<br>38:25-39:12 |
|---|---|
| **Paragraph 4**<br><br>During each picking season, we had to continue packing grapes and cleaning our work areas after the foreman notified us that the official shift was over. But, in general, most days I had to stay 10-15 minutes after the shift in order to be able to finish the work. I know the foremen knew that we stayed late because they were always rushing us to finish so they could go home. The company did not pay for the time we worked after the end of the official shift during the picking season. | How do you know that you weren't paid for the time that you the 10 to 15 minutes you stayed after the shift in order to finish your work?<br>MS. JUAREZ:  Objection.  Asked and answered.<br>THE WITNESS:  Because I heard coworkers there saying that they that we would not get paid for that.<br>BY MR. MOLLAND:<br>Q.  I see.  <u>Any other reason?</u><br>A.  <u>Well, no.</u> (emphasis added)<br>45:25-49:9 |
| **Paragraph 8**<br><br>While I worked at Sunview, the company did not provide us with all the necessary tools to perform my work. The company would give us one pair of scissors to each worker. This pair of scissors would usually break or wear down before the end of the picking season and when I would ask him for more scissors, the foreman would refuse to give me additional pairs. In general, I would purchase 2-3 pairs of scissors every year at $7 to $10 per scissors. We were not provided either with gloves or sheaths for the scissors, so the workers had to provide these materials every year. I would have to spend every year approximately $12 for a scissors' sheath and $12 for gloves. One year, my husband and I had to purchase a wheelbarrow to be able to work. This one cost us from $80 to $90. | Q.  Your declaration says that one time you and your husband had to buy a wheelbarrow, doesn't it?<br>A.  Oh, yes.  Yes.<br>Q.  But you don't know when that happened, do you?<br>A.  Well, approximately somewhere around the middle of the years that I had been working there.<br>Q.  So sometime around 1980s or early 1990s? Would that be correct?<br>A.  Approximately around there.<br>29:7-15.<br><br>Q.  During the time between 2002 and 2006 you don't know whether you bought your scissors or not during that time wouldn't that be true?<br>MS. JUAREZ:  Objection misstates evidence.<br>THE WITNESS:  <u>I don't remember right now.</u><br>53:20-24.  (emphasis added) |