**EXHIBIT B**

# INSTRUCTIONS NOT TO ANSWER

| Deposition of... | Depo Cite | Quoted Text from Transcript |
|---|---|---|
| Ramon Ruiz - Rough | 13:21-13:1 | Q. Okay. And when you did you tell that to the person who was helping you with your declaration that someone you knew took trays home but you yourself did not?<br>MS. NUNCIO: Objection attorney-client privilege I'll instruct my client not to answer. |
| | 17:6-18:9 | Q. Okay. Can you tell me the connection between Forty Acres and the Farmworkers Union.<br>MS. NUNCIO: Objection. That goes outside the scope of this declaration. I'll instruct my client not to answer.<br>MR. MOLLAND: Okay. Now I'm -- I -- I don't want to mislead you. We're probably going to be asking for the Court to resume his deposition on some of these instructions you've been giving.<br>MS. NUNCIO: Sure.<br>MR. MOLLAND: I'm going to ask you to consider the instructions because we're probably going to be bringing them up with the Court. I don't want to do so unfairly without giving you some warning.<br>MS. NUNCIO: You've given me your warning. My objection stands.<br>MR. MOLLAND: Okay. Fine. But, you know, I'm just -- I'm doing that for the record because we'll --<br>MS. NUNCIO: I understand.<br>MR. MOLLAND: -- probably be bringing this transcript in front of the Court and I just don't want you to misled that there may or may not be scrutiny as to --<br>MS. NUNCIO: Counsel, his -- any connection with the union, it's nowhere in his declaration. It's outside the scope. My objection stands. Please proceed. |
| | 22:16-19 | Q. Did she tell you who she was or who she worked for?<br>MS. NUNCIO: Objection. Attorney-client privilege able ask my client not to answer. |
| | 23:18-23 | Q. How long -- so was the person who took your declaration, she's an Americano or was she Hispanic? Do you know?<br>MS. NUNCIO: Objection relevance that's outside the scope of this declaration. I'm going to instruct my client not to answer. |
| | 23:25-24:3 | Q. Can you describe the way the person who took your declaration looked?<br>MS. NUNCIO: Same objection I'll instruct my client not to answer. |
| | 29:10-12 | Q. Did the lady tell you who she worked for?<br>MS. NUNCIO: Objection. Attorney-client privilege I'll instruct my client not to answer. |
| | 29:20-30:1 | Q. Did the lady tell you anything about why she --<br>MS. NUNCIO: Objection.<br>BY MR. MOLLAND:<br>Q. -- was working on your declaration?<br>MS. NUNCIO: Attorney-client privilege. I'll instruct my client not to answer. |

| | | |
|---|---|---|
| | 29:4-8 | Q. What color hair did she have?<br>MS. NUNCIO: Relevance counsel this is outside the scope of this declaration I'll instruct my client not to answer this has nothing to do with the statements that he made in his declaration. |
| | 35:17-20 | Q. Did she ask for any documents which you had at Sunview?<br>MS. NUNCIO: Objection attorney-client privilege I'll instruct my client not to answer. |
| | 36:21-37:3 | Q. As far as you know, she just took your word for it?<br>MS. NUNCIO: Objection.<br>BY MR. MOLLAND:<br>Q. Is that right?<br>MS. NUNCIO: Misstates his testimony. This is going into attorney-client privilege. I'll instruct my client not to answer. |
| | 41:3-6 | Q. Okay and then did you tell anybody that your declaration was untrue or incorrect in any way?<br>MS. NUNCIO: Objection. Attorney-client privilege I'll instruct my client not to answer. |
| | 46:18-24 | Q. Well, but let's turn to your declaration, sir. I think that it's pretty clear. It's in Paragraph 2. It says I am currently an employee of Sunview Vineyards. I started working for Sunview around May of 2005 is that what you told the lady.<br>MS. NUNCIO: Objection attorney-client privilege. I'll instruct my client not to answer |
| | 48:16-20 | Q. So before you signed your declaration you told the lady the right month and year that you started working didn't you?<br>MS. NUNCIO: Objection attorney-client privilege don't answer please. |
| | 49:4-7 | Q. After she wrote that you worked and didn't start until may 2005?<br>MS. NUNCIO: Objection. Asked and answered attorney-client privilege do not answer the question. |
| Cecilia Mojarro - Rough | 14:6-9 | Q. Your husband works for Sunview, doesn't he?<br>MS. JUAREZ: Objection. Outside the scope of the declaration against the judge's order I instruct my client not to answer. |
| | 38:5-9 | Q. And your husband worked with you in that crew didn't he?<br>MS. JUAREZ: Objection sorry objection again outside the scope of this declaration instruct my client not to answer questions relating to her husband. |
| Hector Manual Reynaga - Rough | 14:20-24 | Q. And do you think you have substantially all the W-2 forms that you've ever received from Sunview?<br>MS. NUNCIO: I'm going to object, Counsel. That's outside the scope of this declaration. I'll instruct my client not to answer. |
| | 41:8-15 | What union are you referring to when you say union office?<br>A. The farmer's union.<br>Q. Where is that?<br>MS. NUNCIO: Counsel the location union location et cetera is outside the scope of this declaration I'll go ahead and instruct him not to answer. |

EXHIBIT B
Case 1:09-cv-00705-AWI-JLT Document 82-2 Filed 06/21/11 Page 4 of 11
INSTRUCTIONS NOT TO ANSWER

| | | |
|---|---|---|
| | 42:3-11 | Q. You said you came out of the place and went to the place where she was at I need to know what place did you go out to go to the place where she was at I don't understand?<br>MS. NUNCIO: I'll object here where he completed this declaration it's irrelevant you're asking questions that are outside the scope of the declaration I'll instruct him not to answer and it's asked and answered multiple times. |
| | 46:1-12 | Q. Did the lady attorneys that you talked to have any reason to think that you worked in 2004 before you signed the declaration?<br>MS. NUNCIO: Objection. Asked and answered.<br>THE WITNESS: What I told the lady attorney that I more or less remembered the time that I had worked but in my mind it had been in 2001 to 2004 but that I was not sure.<br>Q. Okay. So you told them you weren't sure when you worked right I I'm going to object as to that as attorney-client privilege what he told his attorney so I'll instruct him not to answer? |
| | 8:12-18 | Q. Do you have any questions about the deposition you would like to ask me before we -- I begin to ask you more questions?<br>MS. NUNCIO: And I'm going to instruct my client not to answer that question. That goes outside of the scope of this. I will allow you to ask -- ask your questions, Counsel. |
| | 8:5-10 | Q. How many conferences or meetings you had with Marissa were over the phone as opposed to meetings in person?<br>MS. NUNCIO: I'm going to object that this is now outside the scope of this declaration I'm going to instruct my client not to answer. |
| Jose Isabel Rivera - Rough | 13:25-14:5 | Q. All right. When you were at Sunview, sir, when you were a crew boss, did Sunview train you to follow their work policies?<br>MS. NUNCIO: I'm going to object that that's outside the scope of the declaration and instruct my client not to answer. |
| | 16:22-17:5 | Q. When you were at Sunview, when you were a crew boss, you attended training meetings where Sunview management taught you how to follow their work rules so you could train your crew to do their job right?<br>MS. NUNCIO: Objection. Asked and answered and restate my objection that that's outside the scope of the declaration and instruct my client not to answer. |
| | 22:10-17 | Q. Okay. Then would you give the notebook to Sunview or how did it work how would Sunview know how many hours to pay your workers that were in your crew when you were a crew boss?<br>MS. NUNCIO: So I'm going to object you're allowed a little bit but you've gone far beyond the scope of the declaration so I'm going to instruct my client not to answer. |
| | 23:13-18 | Q. Okay. Did Maria Barajas help you fill out your time sheets for the crew when she was an assistant crew boss for you at Sunview?<br>MS. NUNCIO: I'll object here again Maria Barajas is outside the scope of this declaration instruct my client not to answer. |

| | |
|---|---|
| 25:7-17 | Q. Sure I'm going to make a couple of short questions, sir. At Sunview your supervisors told you the workers should be paid for the time they spent in school when you were a crew boss?<br>MS. NUNCIO: And I'll object.<br>MR. MOLLAND: Correct.<br>MS. NUNCIO: And I'll object that that's outside the scope of this declaration Mr. Rivera did not declare in his declaration what his supervisors told him and I'll instruct him not to answer. |
| 26:21-27:1 | Q. You did fill out all the time sheets for all your workers in your crew every day, didn't you, sir?<br>MS. NUNCIO: That's asked and answered. Again this is not in this declaration. My objection is it's outside the scope and I'll instruct my client not to answer. |
| 27:6-14 | Q. And the way it worked is that every day when you were a crew boss, you would decide how many hours each person in your crew worked --<br>MS. NUNCIO: Objection. That --<br>MR. MOLLAND: -- right?<br>MS. NUNCIO: -- misstates testimony, it assumes facts not established, and it's outside the scope of this declaration, and I'll instruct my client not to answer. |
| 34:17-23 | Q. Can you think of anybody at Sunview who told you you could not have gloves from Sunview to give to your workers in your crew when you you were a crew boss?<br>MS. NUNCIO: And I'll object that that's outside the scope of declaration I'll instruct him not to answer. |
| 36:12-17 | Q. I want to ask you how that worked. The more hours your crew worked at Sunview the more you were paid right?<br>MS. NUNCIO: Objection. That goes outside the scope of his declaration and I'll instruct him not to answer. |
| 37:16-20 | Q. Sir when you were a crew boss Sunview paid you extra if your crew worked extra hours right?<br>MS. NUNCIO: Same objection that's outside the scope of this declaration I'll instruct him not to answer. |
| 37:6-14 | Q. So when you were at Sunview you wanted to write down and make sure all the workers were paid for the hours they worked in your crew?<br>MS. NUNCIO: Objection.<br>MR. MOLLAND: Correct.<br>MS. NUNCIO: That misstates this testimony assumes facts not established it's outside the scope of this declaration and I'll instruct him not to answer. |
| 38:6-10 | Q. -- when you were the assistant -- when she was your assistant crew boss?<br>MS. NUNCIO: Objection. That's outside the scope of his declaration. I'll instruct my client not to answer. |

| | |
|---|---|
| 40:22-41:2 | Q. Sir you were told at Sunview by your supervisors you've testified to follow Sunview's rules to meet their expectations correct?<br>MS. NUNCIO: Objection that misstates his testimony it's outside the scope of his declaration I'll instruct him not to answer. |
| 40:2-9 | Q. But the truth, sir is that when Maria Barajas was your assistant crew boss, she wrote down most of the hours that your crew worked when you were the crew boss, didn't she?<br>MS. NUNCIO: Objection. Misstates his testimony and assumes facts not established it's outside the scope of his declaration. I'll instruct him not to answer. |
| 41:1-5 | Q. Okay so Maria would help you write down the hours for your crew is that your testimony?<br>MS. NUNCIO: Objection. This goes outside the scope of his declaration. Please wait for my objection. I'll instruct him not to answer. |
| 41:15-20 | Q. Sir, when you were a crew boss at Sunview did your crew ever complain about the way you were performing your job?<br>MS. NUNCIO: Objection. That goes outside the scope of this declaration I'll instruct my client not to answer. |
| 42:4-8 | Q. Sir were you given job performance evaluations when you were at Sunview?<br>MS. NUNCIO: Objection that goes outside the scope of this declaration I'll instruct him not to answer. |
| 43:2-7 | Q. Sir, don't you recall that you -- do you recall when you were fired from any job?<br>MS. NUNCIO: Objection. This goes far outside the scope of this declaration, counsel. Asked and answered. I'll instruct my client not to answer. |
| 47:23-48:3 | Q. Did your lawyers ever check to see when you really worked at Sunview?<br>MS. NUNCIO: Objection. That assumes facts not established that calls for speculation attorney-client privilege attorney work product I'll instruct my client not to answer. |
| 47:2-5 | Q. Sir have you ever been fired from any job?<br>MS. NUNCIO: Objection that's outside the scope of this declaration I'll instruct my client not to answer. |
| 48:16-19 | Q. Did you tell that to the lawyer who took your declaration?<br>MS. NUNCIO: Objection attorney-client privilege. I'll instruct my client not to answer. |
| 49:18-23 | Q. Sir, would you look at the employee handbook which is Exhibit 3. Do you recognize that as an employee handbook you received at Sunview?<br>MS. NUNCIO: I'm going to object. This is outside the scope of this declaration. I'll instruct my client not to answer. |

| | |
|---|---|
| | Q. Sir, isn't it true that the work practices that you followed as a crew boss are included in that employee handbook? |
| 49:25-50:6 | MS. NUNCIO: Misstates his testimony; assumes facts not established; it's outside the scope of this declaration. I'll instruct my client not to answer. |
| | Q. And that says that you received a copy of the employee handbook at Sunview when you went to work there; correct? |
| 49:8-14 | MS. NUNCIO: I'm going to object to this question. Employee handbook is outside the scope of this declaration. I'll instruct my client not to answer. |
| | Q. Do you ever recall whether you were told by Sunview management that you were not following the rules at Sunview when it came to instructing or supervising your crew? |
| 50:17-23 | MS. NUNCIO: I'm going to object that's outside the scope of this declaration and instruct him not to answer. |
| | Q. Next will be a disciplinary notice dated July 30 2001. Sir when you were a crew boss at Sunview you were put on probation for not following Sunview's work orders, weren't you? |
| 50:8-15 | MS. NUNCIO: I'm going to object. This is outside the scope of this declaration. I'll instruct my client not to answer. |
| | Q. Could you please look at the -- what's marked as Exhibit 6, sir do you see that in front of you? Do you see the date of January 14, 2005, on the top? |
| | A. Uh-huh. |
| | Q. And do you see the signature of Carmen Garza at the bottom? |
| | A. Yes. |
| 53:20-54:10 | Q. And, sir you don't read English do you? |
| | A. No. |
| | Q. So I'm going to -- I'm going to read this to you and have the translator translate it. |
| | MS. NUNCIO: I'm going to object to this document. It's outside the scope of this declaration. I'm going to instruct my client not to answer any questions as to it. |
| | Q. It says Maria Castillo reported to Ruben and me that Chabelo was not taking charge of his crew. Your nickname was Chabelo; right? |
| 54:15-24 | MS. NUNCIO: I'm going to -- I'm going to object to this question. |
| | THE WITNESS: Yes. |
| | MS. NUNCIO: I instruct my client not to answer any question as to this document. It's outside the scope of this declaration. Please wait for my objections. |
| | Q. It goes on to say that Chabelo didn't do the time for his crew. |
| 55:12-15 | MS. NUNCIO: I'm going to instruct my client not to answer a question as to that statement. |
| | Q. Do you have the question in mind, sir? Was your nickname Chabelo when you worked at Sunview? |
| 55:1-5 | MS. NUNCIO: I'll instruct my client not to answer, and that's asked and answered. Counsel, this -- this document is outside of this declaration. |

| | |
|---|---|
| 55:22-56:8 | Q. So my question is: This document says Chabelo didn't do the time for his crew. Does that refresh your recollection, sir that when Marie -- excuse me -- Maria Barajas was your assistant crew boss, you did not write down the 2 hours that your crew worked? Right?<br>MS. NUNCIO: I'm going to -- objection. I'm going to instruct my client not to answer. This notice that counsel is reading from is outside the scope of this declaration. Any directive or comment by Ms. Barajas is outside the scope of this declaration. I'll instruct my client not to answer. |
| 56:10-20 | Q. Does this refresh your recollection, sir? Does my -- does this document as I've read it to you refresh your recollection that you did not write down the hours that your crew worked when Maria Barajas --<br>MS. NUNCIO: Asked and answered.<br>BY MR. MOLLAND:<br>Q. -- was your assistant crew boss?<br>MS. NUNCIO: Asked and answered. Same objection as to the scope of this declaration. I'll instruct my client not to answer. |
| 56:22-57:5 | Q. It goes on to say -- the document says Chabelo left when the crew went home. Does that refresh your recollection, sir, that you did not stay as you've testified after the crew -- your crew went home when you were a crew boss?<br>MS. NUNCIO: Objection. Outside the scope of this declaration. I'll instruct my client not to answer. |
| 57:16-24 | Q. Is it true, sir does this is it true, sir when you were a crew boss at Sunview that Maria Barbara was actually the person that turned in the time sheets that recorded hours that your crew worked?<br>MS. NUNCIO: Same objection you're harassing my client now a made my objection I've instructed him not to answer he's not answered I'll instruct him again not to answer. |
| 57:7-14 | Q. The document also says Maria Barajas stayed to finish the time sheets is it true, sir when you worked as an assistant excuse me is it true when you worked as a crew boss at Sunview it was Maria Barajas that finished the time sheets which put down the hours that your crew worked?<br>MS. NUNCIO: Objection same objection as to scope I'll instruct my client not to answer. |
| 59:6-12 | Q. Okay, sir how do you know that the right time was written down for your crew when you were a crew boss at Sunview?<br>MS. NUNCIO: Objection. That assumes calls for speculation it assumes facts not established goes outside the scope of this declaration I'll ask him not to answer. |
| 62:2-8 | Q. And Sunview would also pay you during the time you were a crew boss of Crew 240 a nickel for every hour that your crew members worked during the day right?<br>MS. NUNCIO: Objection. Asked and answered goes outside the scope of this declaration I'll instruct my client not to answer. |

| | | |
|---|---|---|
| | 83:21-84:1 | Q. Are -- are they your signatures?<br>MS. NUNCIO: And I'll object and instruct my client not to answer. This document is not mentioned in his declaration. It goes outside the scope of this declaration. I'll instruct my client not to answer. |
| Meliton Martinez Duran - Rough | 11:7-13 | MR. MOLLAND: The question is what did Mr. What did Paulino tell you to get you to write your declaration or to state your declaration preserving your objection.<br>MS. JUAREZ: Objection. Same objections and I'm going to advise my client not to answer that question. |
| | 12:19-23 | Q. What did Paulino tell you in that conversation?<br>MS. JUAREZ: Objection please don't reveal any conversations that you've had with my assistants or anybody else at Mallison and Martinez. Instruct you not to answer. |
| | 12:25-13:6 | Q. What did you say to Paulino when you talked to him on the phone?<br>MS. JUAREZ: Objection. Attorney-client privilege attorney-client privilege protects any and all of the anticipates at Mallison and Martinez including Paulino Cruz who is our assistant. Please do not answer that question. |
| | 16:16-21 | Q. And what did Mr. Paulino or anybody else at Mallison and Martinez say when you showed them all the documents that you had that showed when you worked for Sunview?<br>MS. JUAREZ: Objection I'm going to instruct my client not to answer attorney-client privilege. |
| | 27:22-28:3 | Q. Who called you you said somebody called you were they from Mallison and Martinez's offices?<br>A. Yes.<br>Q. And what did they say when they called you?<br>MS. JUAREZ: Objection instruct my client not to answer delving into attorney-client privileges which are prohibited please do not answer. |
| | 32:14-21 | Q. Did you have any friends that also talked to Mallison and Martinez about the lawsuit against Sunview?<br>MS. JUAREZ: I'm going to object here this deposition is only supposed to go to the deck /RAEUGS that Mr. Melton Martinez signed whether or not any friends quote-unquote have talked to the offices of Mallison and Martinez is irrelevant for pushes of this deposition. Instruct my client not to answer. |
| | 32:5-12 | Q. Sir, do you have any basis any facts that would support a belief you worked for Sunview at any time in 2002?<br>A. No.<br>Q. Did you tell that to Mallison and Martinez?<br>MS. JUAREZ: Objection. Instruct my client not to answer attorney-client privilege attorney work product attorney investigation. |

| | |
|---|---|
| 34:21-24 | MR. MOLLAND: Do you sometimes write down the names of people you talk to.<br>MS. JUAREZ: And again I'm going to instruct my client not to answer. |
| 35:1-6 | Q. Sir do you carry a pencil with you to write down the names of people?<br>MS. JUAREZ: Objection irrelevant beyond the scope of the declaration again instruct my client not to answer. |
| 35:22-36:2 | Q. Sir did you tell Mallison and Martinez that your were ill literate before you signed your declaration?<br>MS. JUAREZ: Objection attorney work product attorney investigation attorney-client privilege instruct my client not to answer. |
| 42:11-14 | MR. MOLLAND: Have you ever been taught to read, sir.<br>MS. JUAREZ: Again instruct my client not to answer. |
| 42:23-43:2 | Q. But did you go to school, didn't you?<br>MS. JUAREZ: Objection. Asked and answered again instruct my client not to answer this is outside the scope of the declaration and outside the judge's order. |
| 42:2-6 | Q. Have you heard of the school rancho Rosas /PWHROFRPBG castles minute /TPHEUS pee a bass co Guanajuato (Sp)?<br>MS. JUAREZ: Again instruct my client ^ aunt ^ ant to answer outside the scope. |
| 42:7-10 | MR. MOLLAND: Did you go to school, sir.<br>MS. JUAREZ: Again objection outside the scope has nothing to do with the declaration instruct my client not to answer. |
| 43:11-13 | Q. Go ahead, sir?<br>MS. JUAREZ: I have instruct my client not to answer. |
| 43:15-17 | Q.<br>MS. JUAREZ: I instruct my client not to answer. |
| 45:20-25 | Q. Sir is there anybody in your family that thinks you can read or write?<br>MS. JUAREZ: Objection irrelevance outside the scope calls for speculation this is also a waste of time Mr. Molland and, again, I instruct my client not to answer. |
| 45:5-17 | MR. MOLLAND: Sir you're under oath you have to answer the question preserving these objections do you see your address on that page look at the page please, sir do you see your address where you live in Bakersfield on that page.<br>MS. JUAREZ: I'm going to instruct my client not to answer and instruct my witness not to work.<br>MR. MOLLAND: Grounds being.<br>MS. JUAREZ: Outside the scope. He's illiterate. This is harassing and this is not permitted per the judge's order. If you want, we can pull it up. We can call the judge. Whatever you would like Mr. Molland. |

| | |
|---|---|
| 49:21-50:1 | Q. Did someone at Martinez at the law firm your lawyers Martinez or Mallison and part in /TPHEZ did they ever ask you whether you worked after October 2001?<br>MS. JUAREZ: Objection. Attorney-client privilege attorney work product attorney investigate instruct my client not to answer. |
| 50:15-51:6 | Q. Did Jessica ever ask you about the documents that you gave to Mallison and Martinez that showed your work ended in October of 2001?<br>MS. JUAREZ: Objection. Attorney-client privilege.<br>BY MR. MOLLAND:<br>Q. Go ahead.<br>MS. JUAREZ: Instruct my client not to answer.<br>MR. MOLLAND: You waived that privilege by going into your examination.<br>Q. Go ahead sir.<br>MS. JUAREZ: I haven't waived the entirety of the attorney-client communications that have been happening between my client and I. Again, I'd instruct my client not to answer. |
| 51:22-52:2 | Q. Did your wife accompany you at any time when you talked to Mallison and part in /TPHEZ or the lawyers there?<br>MS. JUAREZ: Objection I'm going to /TRUBGT my client not to answer attorney-client privilege also marital privilege as between his wife and himself. |