KINGSLEY & KINGSLEY, APC
ERIC B. KINGSLEY SBN – 185123
eric@kingsleykingsley.com
STEVE L. HERNANDEZ SBN-229065
shernandez@kingsleykingsley.com
16133 VENTURA BL., SUITE 1200
ENCINO, CA 91436
(818)990-8300; FAX (818) 990-2903

STAN S. MALLISON (Bar No. 184191)
   StanM@TheMMLawFirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
   HectorM@TheMMLawFirm.com
MARCO A. PALAU (Bar. No. 242340)
   MPalau@TheMMLawFirm.com
JESSICA JUAREZ (Bar No. 269600)
   JJuarez@TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

ATTORNEYS FOR PLAINTIFFS

[cont. on next page]

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTIAGO ROJAS, JOSEPHINO RAMIREZ, CATALINA ROBLES, JUAN MONTES; BENITO ESPINO, GUILLERMINA PEREZ; ON BEHALF OF THEMSELVES AND A CLASS OF OTHERS SIMILARLY SITUATED,<br><br>    Plaintiffs,<br><br>    v.<br><br>MARKO ZANINOVICH, INC. AND SUNVIEW VINEYARDS OF CALIFORNIA, INC.; ET AL.,<br><br>    Defendants. | CASE NO. 1:09-cv-00705<br><br>**STIPULATION AND ORDER DISMISSING DEFENDANT MARKO ZANINOVICH, INC. WITHOUT PREJUDICE**<br><br>[FED. R. CIV. P. 41(a)(1)(A)] |

JAMES N. PENROD, State Bar No. 43030
MICHAEL MOLLAND, State Bar No. 111830
ERIC MECKLEY, State Bar No. 168181
SHANNON B. NAKABAYASHI, State Bar No. 215469
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, California  94105
Telephone:     415.442.1000
Facsimile:     415.442.1001
jpenrod@morganlewis.com
mmolland@morganlewis.com
emeckley@morganlewis.com
snakabayashi@morganlewis.com

Attorneys for Defendants

MARKO ZANINOVICH, INC., and SUNVIEW VINEYARDS OF CALIFORNIA, INC.


     WHEREAS on June 10, 2011, the parties to the above-entitled action filed a Stipulated Dismissal of Defendant Marko Zaninovich, Inc. ("MZI") *without* prejudice.  *See* Docket No. 66;

     WHEREAS due to a clerical error, an incorrect version of the Stipulation was sent to the Court in Word format, causing the Court to sign an Order Dismissing MZI *with* prejudice.  *See* Docket No. 74;

     WHEREAS counsel for Defendants contacted the Court on June 22, 2011 and informed the Clerk of the error; and

     WHEREAS the Clerk of the Court thereafter requested that the parties re-file their Stipulated Dismissal of MZI;

     THE PARTIES HEREBY STIPULATE AND REQUEST AS FOLLOWS:

     Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to the above-entitled action, respectfully request that the Court vacate its prior order dismissing MZI with prejudice and enter an Order dismissing MZI *without* prejudice from this action. The parties will to bear their own fees and costs with respect to the dismissal of Defendant Marko Zaninovich, Inc. from this action.

DB2/22481836.1     1
**STIPULATED DISMISSAL OF MARKO ZANINOVICH, INC.—Case No. 1:09-cv-00705**

1 | DATED: June 29, 2011      **KINGSLEY & KINGSLEY, APC**

2

3 | By: */s/ Steve L. Hernandez*
      Attorneys for Plaintiffs

4

5 | DATED: June 29, 2011      **MORGAN, LEWIS & BOCKIUS**

6

7 | By: */s/ Shannon Nakabayashi*
      Attorneys for Defendants
      Sunview Vineyards of California, Inc. and Marko
8     Zaninovich, Inc.

9 | **ORDER**

10

11 | IT IS SO ORDERED.

12 | Dated:  July 8, 2011

13 | CHIEF UNITED STATES DISTRICT JUDGE