JAMES N. PENROD, State Bar No. 43030
MICHAEL MOLLAND, State Bar No. 111830
ERIC MECKLEY, State Bar No. 168181
SHANNON B. NAKABAYASHI, State Bar No. 215469
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, California  94105
Telephone:     415.442.1000
Facsimile:      415.442.1001
jpenrod@morganlewis.com
mmolland@morganlewis.com
emeckley@morganlewis.com
snakabayashi@morganlewis.com

Attorneys for Defendants
SUNVIEW VINEYARDS OF CALIFORNIA, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| SANTIAGO ROJAS, JOSEPHINO RAMIREZ, CATALINA ROBLES, JUAN MONTES, BENITO ESPINO, and GUILLERMINA PEREZ, on behalf of themselves and a class of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MARKO ZANINOVICH, INC., SUNVIEW VINEYARDS OF CALIFORNIA, INC., a California corporation; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 1:09-CV-00705-AWI-JLT<br><br>**DECLARATION OF CHRIS BEAGLE IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Judge:        Hon. Jennifer L. Thurston<br>Courtroom: 1300 18th Street, Bakersfield<br>Date:         September 1, 2011<br>Time:         9:30 a.m. |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 22622108.1

1

## DECLARATION OF CHRIS BEAGLE

2

I, Chris Beagle, declare as follows:

3

1.     I am employed by Sunview Vineyards of California, Inc. ("Sunview"), Defendant

4

in this action, as Sunview's Farm Manager.  I have worked for Sunview for approximately 35

5

years.  The following statements, unless otherwise indicated, apply to Sunview's objectives and

6

practices since November 2001, to the present time, and are made of my own personal knowledge

7

and if called upon as a witness in this action, I could and would testify competently to these facts.

8

2.     As Farm Manager, I help oversee all aspects of Sunview's relevant table grape

9

farming operations.  These operations are divided into two relevant geographical locations:

10

Sunview South (Kern County) and Sunview North (Kern and Tulare County).  In my position for

11

the past ten years, I directly supervise most Field Hand Laborers employed by Sunview in both

12

locations.  I also supervise Sunview's Field Hand Labor Crew Managers:  Ruben Menchaca

13

(Sunview North); Carmen Garza (Sunview North); America Soto (Sunview South); and Miguel

14

Sandoval (Sunview South).  These Managers, in turn, supervise all Field Crew Supervisors.  The

15

Field Crew Supervisors supervise all Crew Bosses and Assistant Crew Bosses in their respective

16

locations.

17

## Equipment Sunview Provides to Field Hand Laborers

18

3.     Generally, Field Hand Laborers perform two kinds of work at Sunview – harvest

19

work and non-harvest work.  Harvest work consists of picking table grapes from the vines and

20

packing grapes in boxes.  Non-harvest work consists of other work.  Harvest work begins in late

21

June or early July when the first quantities of table grapes are ready to pick and continues until

22

November or December.  Non-harvest work is done before harvest season starts but continues

23

throughout the year, even during harvest season.

24

4.     During the entire time I have worked at Sunview, the Company has provided Field

25

Hand Laborers with all tools necessary to do their job for both harvest and non-harvest work.  To

26

my knowledge, the Company never asked or required Field Hand Laborers to purchase tools

27

necessary to perform their assigned jobs.

28

5.     Each year for at least the past ten years, Sunview has purchased hundreds and

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 22622108.1

1

DECLARATION OF CHRIS BEAGLE IN SUPPORT OF
DEFENDANT'S OPPOSITION TO PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION

often thousands of new scissors (small hand clippers) for both harvest and non-harvest work for use in handling grapes.  At the start of each harvest season—usually late June or early July—every Field Hand Laborer receives a new pair of hand scissors purchased by Sunview.  During harvest, these scissors are used to cut grapes off the vines and to trim undesirable berries from clusters.  In non-harvest periods, they are used for tipping.  In my experience, the scissors Sunview purchases are high quality and last for many years.  At the end of harvest season, Field Hand Laborers return the scissors so supplied by Sunview.  Sunview reconditions these used scissors, and they then become part of Sunview's supply of reconditioned scissors.  In my experience these reconditioned scissors are fully capable of performing all necessary clipping work.  When scissors are required for work the next Spring, Field Hand Laborers are issued scissors that have been used in prior years during harvest season.  If an employee's scissors, whether new or reconditioned, break or are lost at any time, Sunview provides the employee with a new or reconditioned pair.

6.    Scissors are the only tool necessary for harvesting grapes.  During the harvest season Sunview also provides scales, trays, hooks for baggies, and any other equipment necessary for picking and packing the grapes.  I have observed that some employees like to buy holsters or leather holders for their clippers.  A holster is not necessary, is not required, and I personally don't use one.

7.    When doing non-harvest work, such as pruning, Field Hand Laborers are issued loppers or large pruning shears.  They are also given folding saws, if needed.  Whetstones are provided to sharpen the cutting blade of the pruning shears.  Along with protective glasses (which are also provided to all employees during the pruning season) these are the only tools necessary for pruning.

8.    Employees are given appropriate tools for other special assignments throughout the year as needed.  For example, employees are provided with girdling knives or curved parallel knives to carve rings around the trunk of the vines during the non-harvest work.

9.    It is rarely necessary or required for Field Hand Laborers to use gloves to perform

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 22622108.1

2

DECLARATION OF CHRIS BEAGLE IN SUPPORT OF
DEFENDANT'S OPPOSITION TO PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION

their tasks.  Workers are asked to wear cotton gloves during a short period of Spring time work with a grape varietal called "Red Globe."  These gloves prevent employees from "scarring" the grapes with their bare hands.  Sunview provides each employee who works with Red Globe grapes in the Spring with a pair of these gloves and will provide replacement gloves as necessary.

10.     Gloves are not a necessary piece of equipment for harvesting grapes.  During the harvest, it is actually counter-productive for employees to wear gloves because, without bare fingers pickers cannot feel berries that are too soft. At times, it is necessary to remove a leaf, a petiole, a cobweb, or a previously clipped berry from within the cluster of grapes. Packers cannot wear gloves because they also have the same needs as the pickers and in addition must pick up and handle packing materials including paper, adhesive labels, plastic bubble wrap, and other packing supplies. Therefore, Sunview discourages the use of gloves during harvest.  For the past ten years, Sunview has not, and does not now, permit workers to use full gloves during the harvest season.  However, workers are allowed to use their own gloves if the gloves are modified by cutting the fingers off them so workers can touch and feel the grapes appropriately.  During harvest season some Field Hand Laborers wear gloves modified in this way; but based upon my observations, most do not.

11.     Field Hand Laborers are also given proper safety equipment for their assigned tasks.  For example, employees who are tasked with pruning are issued protective eye glasses or goggles.  Any employee may ask for protective glasses and will be provided the glasses if he or she would like to use them but they are not necessary for most tasks.  To my knowledge, no request for such equipment has ever been denied.

12.     Picking trays are used only for harvest work.  Prior to the 2003 harvest season, many Field Hand Laborers took their picking trays home with them at the end of the work day and returned with them the following day.  Based upon my observations, however, some Field Hand Laborers did not take their trays home.  To the best of my knowledge, in 2002 and in prior years, Crew Bosses in the North and South did not direct employees to wash trays at home.  Between 2001 and the end of 2002, I am not aware of any Crew Boss telling employees they had

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 22622108.1

3

DECLARATION OF CHRIS BEAGLE IN SUPPORT OF
DEFENDANT'S OPPOSITION TO PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION

to wash trays at home.

13.     In 2003, Sunview instituted a policy that employees were <u>not</u> allowed to take any trays home.  Prior to and during the 2003 harvest season, Sunview commissioned and then built special picking tray trailers to house and move all trays to and from the field on a daily basis. Sunview also used its existing bin trailers to move all trays to and from the field on a daily basis. In 2003, Sunview also built a tray washing machine to wash all trays and began the practice of washing all trays 2 to 3 times each week at Sunview North.  By at least 2003, Sunview South had implemented a practice to wash trays in the field during working hours.  Since the 2002 harvest season ended, Sunview has not permitted any field laborer to take the trays from Sunview's fields or off company property.

14.     At the beginning of 2003 harvest, during our 2003 pre-harvest meeting with Managers, Supervisors and Crew-Bosses, I read them a statement the Company prepared in both English and Spanish instructing them that employees were not permitted to take trays home.  In addition, I personally read the statement to many Crews.  A true and correct copy of the statement I read is attached as **Exhibit 1**.  The building of additional tray storage trailers and compartments continued in subsequent years.

15.     Based on my own experience, the actual time it takes to wash trays is negligible and *de minimis.*  A tray can be cleaned in a minute or less by hosing it down and wiping it off.

### Sunview's Implementation of the Wage and Hour Policies

16.     Since at least November 2001, all supervisory employees, including Crew Bosses and Assistant Crew Bosses have been and are repeatedly trained and instructed that employees must be paid for all hours worked.  Crew Bosses and Assistant Crew Bosses have been and are trained and instructed that they must write down all the hours that Field Hand Laborers work and send them to Sunview's payroll department so all Field Hand Laborers can be paid for such hours.

17.     For the past ten years, Sunview's Field Labor Crews have been and are scheduled

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 22622108.1

4

DECLARATION OF CHRIS BEAGLE IN SUPPORT OF
DEFENDANT'S OPPOSITION TO PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION

to work in shifts, which usually start and end at predetermined times each day.  For the past ten years, the lengths of these shifts have been and are set by me and other management employees on either a weekly or sometimes daily basis.  Management then communicates the scheduled start time for each shift to the Crew Bosses who communicate it to the members of the Crew.  The start of each shift is the official reporting time for each employee.  Since at least November 1, 2001, Crew Bosses and Assistant Crew Bosses have been and are now instructed that all Field Hand Laborers in their Crews must not start work before the start or beginning time of their shift and must not do any work after the scheduled stop or quitting time of the shift.  If there is an exception to this rule, Sunview's instructions are that the workers are to be paid for any such hours worked before or after the scheduled start or stop time of the shift.

18.     The method by which Sunview has scheduled the start and stop times for the daily shifts during at least the past ten years is as follows:  Sunview's management team, including me, determines the length of the shifts for each Crew based upon the amount of work which we believe will be necessary to complete at that time.  Generally, we try to make the shifts eight hours long, but they can and do vary in length.  The length of each shift and the scheduled start and stop time is then communicated to the Crew Bosses who communicate these times to the Crews.

19.     Generally for the past ten years, all Crews start at the same time and start times range between 6:00 a.m. and 7:00 a.m. in the morning, depending upon the time of sunrise.  Stop times are generally based on start times and are between 2:30 p.m. and 4:30 p.m. in the afternoon.  Typically in July, the start time is 6:00 a.m.  As the sunrise becomes later, start time will move forward in half hour intervals, from 6:30 a.m. or 7:00 a.m.

20.     Because of the many agricultural operations surrounding the Bakersfield area, which all start early in the morning, traffic congestion has been and is a problem especially during harvest season.  Many workers are traveling to the fields at or about sunrise or shortly thereafter.  Accordingly, for at least the past ten years, the Crew Bosses and Assistant Crew Bosses are instructed to tell their Crews to take precautions and try to allow for traffic so they can be present

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 22622108.1

5

DECLARATION OF CHRIS BEAGLE IN SUPPORT OF
DEFENDANT'S OPPOSITION TO PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION

at the start of their shift.  Crew Bosses and Assistant Crew Bosses have been and are instructed, however, that no field laborer is to be reprimanded or penalized in any way as long as they arrive at the start of their scheduled shift in the morning.

21.    During harvest season, Crew Bosses and Supervisors generally conduct a school (or *escuela*) at the start of each shift.  All Crew Bosses are instructed that school is to take place only after the start of the shift.  All workers are to be paid for the time spent receiving instruction in this school.  This has been true for the past ten years.

22.    For at least the past ten years, employees have not been and are not now allowed to start work before the official start time of their shift.  If any supervisory employee sees a Hand Field Laborer performing work prior to start time (including setting up tables or gathering trays), they are instructed to tell the employee to stop immediately.  Failing to stop the employee could result in a disciplinary warning to the Crew Boss.  Similarly, if a Crew Boss or Supervisor observes a Field Hand Laborer working during a scheduled meal or rest period, the Crew Boss or Supervisor will give the employee a verbal warning and instruct him or her to stop working during the meal or rest period.  This has been Sunview's practice for at least the past ten years.

23.    While performing non-harvest work, Field Hand Laborers typically work on an individual basis. When a Crew is harvesting, employees typically work in teams of three, one packer and two pickers.

24.    During non-harvest work, the Crew Bosses will tell their Crews when stop time occurs at the end of their shifts, generally by yelling out the words "stop time" or "quit time."  All workers are expected to cease their work at that time.  When Crews are harvesting, in order to ensure Crews stop work at the scheduled stop time of their shifts, the Crew Bosses and Assistant Crew Bosses are instructed to call out "stop picking" or "bring out the grape" to their Crew generally about fifteen minutes before the designated stop time for their shift.  This is so that the pickers will cease picking grapes and return any unpacked grapes to the packing station and perform any necessary housekeeping so they can cease work at the scheduled stop time. The packer will then pack the remaining picked grapes before the end of the shift.  This call-out time

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 22622108.1

6

DECLARATION OF CHRIS BEAGLE IN SUPPORT OF
DEFENDANT'S OPPOSITION TO PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION

will vary depending on how much fruit is left to pack in the interval between the call-out and the designated stop time.  During harvest, before the end of the shift, one picker from each team will take the picking trays and clippers for their team to a trailer that moves the trays to the washing area.  Also before the end of the shift, pickers and packers may clean the avenue and packing area and straighten up boxes or packing materials.  Employees are paid for all time worked throughout the day including all of the work referred to in this Paragraph.  Crew Bosses are instructed that no worker in the Crew should be permitted to work after the scheduled quitting time for their shifts.  Sometimes the quitting times are staggered from crew to crew to allow for the heavy traffic departing the fields.  All this has been true for at least the past ten years.

25.     For at least the past ten years, all Field Hand Laborers get at least a ten-minute rest break every morning between the second and third hours of work.  In practice, most crews take fifteen-minute rest breaks.  The Crew Boss or Assistant Crew Boss is required to call out to everyone that it is time to stop working.  All Crews typically break for lunch at the same time on or before the fifth hour of work.  Lunch is unpaid and lasts one-half hour.  If employees are scheduled to work more than 6 hours, they take a second break of at least ten minutes.  Employees work an average of eight and one-half hours a day depending on the time of year.  During the Summer, the work day is shortened when temperatures are extreme.

26.     For at least the past ten years, Crew Bosses record all hours worked by each member of their Crews on their Crews' "Daily Sheet."  All Crew members are paid for all hours between the start of the designated shift and the stop time.  While the number of hours in a shift varies depending on the season and the work needed to be done, Sunview tries to arrange at least eight hours in each shift for laborers to work at Sunview.  Employees are always paid for the time that they individually work, which depending on the circumstances, could be more or less than the time worked by other members of the Crew.  For example, an employee could leave early one day because he or she has a doctor's appointment.  Another employee, such as a Crew Boss or Assistant Crew Boss, could work half an hour longer than everyone else because he or she is doing paperwork.  Supervisors, Managers, Crew Bosses and Assistant Crew Bosses are

repeatedly trained to make sure all employees are paid for all hours worked.

     I declare under penalty of perjury under the laws of the State of California and the United States of America that the forgoing is true and correct.

     Executed this 18th day of August 2011, at Delano, California.


_____
Chris Beagle

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 22622108.1

8

DECLARATION OF CHRIS BEAGLE IN SUPPORT OF
DEFENDANT'S OPPOSITION TO PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION

EXHIBIT 1

### 2003 Statement to Employees
### July 5, 2003

Good morning and thank you for coming today. We are glad to have you back and are glad to start picking. Before we start working, I have a few items that I want to share with you. These are items that are very important to us and the managers of the company. These items are important because they came from you and your coworkers over the past two weeks with the help of communication specialist that visited with you.

Thank you to those that spoke to them. A number of important issues were raised along with many helpful suggestions. We are reviewing these matters very carefully and are considering changes. There were also many positive comments that were most appreciated.

To ensure your comments are heard, we are setting up a toll free direct phone line. You can leave a recorded message about any matters of importance to you, such as your job, work rules, safety, benefits, or insurance or problems with co-workers or supervisors. You are free to leave you name if you would like to. If you want to be contacted by the company, you should leave your name. Whether or not you leave your name, your concerns will be heard and will be taken seriously. The number is 1-888-786-6726.

Wages and benefits are important to each of you and your family. We want you to be paid fairly. We want to be competitive with other grape companies in the area. Our method of payment has always complied with the law. We heard some comments about our base wage and incentives and have decided to make a change. Effective today, our base wage rate will be $6.75 per hour plus incentives where appropriate. The harvest incentive will be the same as last year. We expect that you will continue your high level of performance and we will continue to review your comments about wages, benefits, and incentives.

**Exhibit**

*1 1*

We heard several comments about pick boxes. We started using plastic picking trays a number of years ago as a part of our food safety program. You will be asked not to take the picking trays home. We are working on methods to keeping them clean so that we continue to meet our food safety needs.

We head comments about the Union and authorization cards. We want to make sure there is no misunderstanding of our philosophy to remain Union free. We should be able to deal directly one on one. We should be able to work with you without the interference of a Union. You should able to work here without paying dues to a Union. We will do whatever is legally possible to protect our right to work directly together without the interference of an adversarial third party, such as a Union. Some of you said you were being pressured to sign Union authorization cards, and the Union was coming to your home and you felt threatened. No one may legally force you to sign an authorization card. You are not required to talk to the Union at your home or anywhere else. If you are threatened, please let someone know. Please be careful of any document you sign.

There were also comments about how employees were treated. All employees must be treated with respect and dignity. Supervisors respect employees, and employees respect supervisors. Employees and supervisors respect coworkers and company property. We want the workplace to be harassment-free. Our policy prohibits harassment of any type. It is especially important that no employee is subjected to any inappropriate or harassing conduct of a sexual nature. We take any complaints about such matters very seriously. Any such complaints will be investigated. Any one found to have engaged in such conduct will be severely disciplined. If you have been subjected to any kind of harassment, including inappropriate or harassing conduct of a sexual nature, please report it immediately. You can report it to your supervisor, to the

employee relations supervisor, to the human resources department, or any to any other member of management.  You may also report it on the toll free telephone number.  We will maintain a positive and professional workplace.

We appreciate the work of all employees; this includes the difficult work of crew bosses and supervisors.  Sunview will continue to conduct training for crew bosses and supervisors to make sure that they are well trained in their responsibilities and our expectations of all employees – that everyone be treated with dignity and respect.

We appreciate your comments and we are striving to make this company stronger and a better place for all to work.  It is imperative that we maintain open communications while we work together.  We will continue to emphasize worker safety, and food safety and fair treatment in our positive, union free work environment.