# EXHIBIT 29

1    de-leafing or removing the sprout, they would tell us we

2    had to do so many vines per hour.  If not, they would

3    not allow us to go back in to work.

4        Q.    Who told you that?

5        A.    The lady foreperson.

6        Q.    Ms. Murillo told you that?

7        A.    Yes.

8        Q.    And Ms. Del Real told you that?

9        A.    Yes, sir.

10        Q.    Do you know anybody who was disciplined or

11    issued a warning or warned in any way by a crew boss for

12    not doing that?

13        A.    I don't remember at this time who, but there

14    were some.

15        Q.    Were you ever warned or given a warning or

16    issued a ticket or any sort of thing like that during

17    the springtime season?

18        A.    No.  The lady foreperson would simply tell me

19    for me to hurry up so that the other people could follow

20    me.  Usually they would give me the first row.

21        Q.    During the springtime season -- not the picking

22    season but the springtime season -- did you ever observe

23    any person besides you who failed to take their morning

24    or afternoon rest breaks in Crew 150?

25        A.    During the spring season, no.

```
1        Q.   And during --

2        A.   I did not see.

3        Q.   And during the spring season, did you ever

4    observe any person who failed to take their half-hour,

5    assigned lunch break in Crew 150?

6        A.   Probably.

7        Q.   Can you recall anybody?

8        A.   No, I don't remember anyone,

9        Q.   During the spring season, did you take all of

10   your rest breaks?

11       A.   Yes,

12       Q.   And during the spring season, did you take your

13   lunch hour?

14       A.   Yes,

15       Q.   For half hour?

16       A.   Yes.  During the spring season, yes,

17       Q.   So the only season that you observed workers

18   not taking their assigned ten-minute rest breaks during

19   the morning and the afternoon was during the harvest

20   season; is that right?

21       A.   Also during the springtime.  Also during the

22   pruning.  I would take it myself during the spring

23   season because sometimes one has to protect one's self

24   from the sun as well.

25       Q.   Maybe I don't understand.  Let me go over it
```

1    again.

2         You worked at Sunview in the springtime,

3    summertime, and harvest season, those three times;

4    right?

5    A.   Yes.

6    Q.   And those were the only times you worked at

7    Sunview, because after the harvest season, generally,

8    you took a little time off; right?

9    A.   Yes.

10   Q.   So let's take those three seasons that you

11   worked at Sunview -- springtime; summer; and harvest,

12   during the fall/early winter.  Okay?  You've already

13   testified about the breaks and the lunch breaks during

14   the harvest season.

15        During the springtime now, in Crew 150, as a

16   general rule, did the employees in Crew 150 take their

17   assigned rest breaks and rest during the morning and the

18   afternoon in the springtime when they worked?

19   A.   Yes.

20   Q.   And during the springtime, did the workers in

21   Crew 150 take their full thirty-minute lunch break and

22   rest?

23   A.   Yes.

24   Q.   Now, during the summertime, when you worked at

25   Sunview, did the workers in Crew 150 take their

1    ten-minute breaks in the morning and the afternoon and

2    rest?

3         A.   Yes, sometimes.

4         Q.   Did you ever observe in the summertime anyone

5    in Crew 150 who did not take their assigned ten-minute

6    break in the morning and the afternoon, in the

7    summertime?

8         A.   Yes.   Sometimes the people that they wanted to

9    look good to the foreman,

10        Q.   Did this happen during the summertime

11   frequently or infrequently?

12        A.   Frequently,

13        Q.   How many people in the summertime, to your

14   recollection, in Crew 150 would not take their assigned

15   ten-minute rest breaks in the morning and the afternoon?

16        A.   More or less about three or four people.

17        Q.   Each day?

18        A.   Yes,

19        Q.   And how about in the summertime at Sunview?

20   Did people take their full assigned half-hour lunch

21   breaks in the summertime?

22        A.   Some people, we would not take it.   But it was

23   usually during the summertime and during the harvest

24   season that we would do that.

25        Q.   During the summertime, did you take a half-hour

1      A.    Yes.

2      Q.    So there was no requirement in Del Real's crew

3      that you show up for work before the announced start

4      time; right?

5      A.    Yes.   One had to show up before.

6      Q.    Did Ms. Del Real tell you that you -- that even

7      though she gave you a start time, that the crew had to

8      show up before then if they wanted to stay employees at

9      Sunview?

10     A.    Yes.

11     Q.    Did she tell you -- so when she gave you --

12     when Del Real gave you a start time, did she also tell

13     you that you had to start before the start time?

14     A.    Sometimes, yes.  She indicated to us that we

15     would start before the starting time.

16     Q.    How often did she indicate that you had to

17     start before the starting time when you worked for

18     Ms. Del Real?

19     A.    Every day.

20     Q.    So the start time Ms. Del Real gave you wasn't

21     the real start time?  Is that what you're telling me?

22     A.    That's right.  That's true.

23     Q.    So did Ms. Del Real tell you that there were

24     two start times, a real one and a fake one?

25     A.    She would give us a time, a start time, but we

1    would always start before.  I mean, we knew we had to

2    start at 6:30 or 7:00, but we would always start before.

3    She was the one that was breaking the rules, not us.

4        Q.   So you understood that Sunview's policy was

5    that workers didn't have to begin work until the start

6    time; right?

7        A.   Yes.

8        Q.   But Ms. Del Real broke that rule by making

9    people in Crew 150 show up early, before the start time?

10   Is that what you're saying?

11       A.   Yes.

12       Q.   What about Ms. Murillo?  Was she also breaking

13   the company rules by making you start before the start

14   time?

15       A.   Also.  Just like all the other foremen.

16       Q.   Do you know why they did that?  Do you have any

17   idea why they were breaking the company rules by making

18   you show up early?

19       A.   Well, because it was good for them for their

20   crew to be Crew Number 1.  If we did not accept it, if

21   we did not like it, they would say, "If you don't like

22   it, then you people can go home."

23       Q.   What was your understanding of how early you

24   would have to show up for the start time when you worked

25   for Ms. Del Real?

1    time?

2    A.  Yes, there were.  I just don't remember the

3    name.  They would call this young man.  They would call

4    him.  And I don't remember, but, yes.  He was fired.  He

5    lived at Earlimart, but I don't remember the name.

6    Q.  All the time you worked at Sunview, from 1985

7    to 2005, can you identify any person who was ever

8    disciplined, harmed, warned, issued a ticket, or talked

9    to because they didn't show up for work 15 to 30 minutes

10    before the announced start time?

11    A.  No.  I cannot identify them at this time.  I

12    don't remember the names.

13    Q.  Let's just take the time that you worked for

14    Crew Boss Del Real.

15    Did you perform any work in the 15 to 30

16    minutes that you are talking about, before the start

17    time?

18    A.  Yes.

19    Q.  And can you describe what -- customarily what

20    type of work you would perform.

21    A.  For example, when we had to pull the tables,

22    move the tables, that is: when we would have to bring

23    the materials closer for it to be ready when they would

24    call out for us to start working: opening the tables;

25    bringing the pans over from one place to another.  And

1   <u>sometimes, because we had them in the car and the cars</u>

2   <u>were left at a long distance from where we were at, we</u>

3   <u>would have to go get them from there.  And we would be</u>

4   <u>basically doing strenuous work, carrying them all the</u>

5   <u>way over to where we were going to work.</u>

6       Q.   Starting in 2003 or 2004, the workers in

7   Crew 150 didn't take the trays with them in their cars;

8   they kept them in trailers.

9       Right?

10      A.   On the trailers, yes.

11      Q.   So when the pans were in the trailers, they

12  weren't in the cars; right?

13      A.   No.   If they were in the trailers, they could

14  not be in the cars.  However, one had to bring them from

15  wherever the trailer was at.  Sometimes the trailer was

16  far away.  We had to be ready.

17      Q.   Did you have to get ready when you worked in

18  the same field that you had worked in the day before?

19      A.   Can you repeat the question, please.

20      Q.   As field-workers at Sunview, field-workers

21  would work in the same field for many days before they

22  would move to a different field; correct?

23      A.   Yes.

24      Q.   And when you worked in the same field, the

25  tables were already set up in that field, weren't they?

127

1    can go."

2         Q.    How did you know when start time came?

3         A.    When the lady foreperson would tell us,

4    "Everything's going to be the same."  Or sometimes they

5    would call us for the schooling, to see if there was any

6    change.

7         Q.    So starting time happened whenever the crew

8    boss told you it started or when you would get training

9    or schooling.  That was start time; right?

10        A.    Yes.

11        Q.    Now, did the practice of working after quitting

12   time, as you have mentioned, where you picked up tables,

13   took pans to car, cleaned up trash, or finished packing,

14   did that happen when you worked for Crew Boss Del Real?

15        A.    Yes.  Otherwise, how would I know?

16        Q.    Did it happen when you worked for Crew Boss

17   Murillo?

18        A.    Yes.  Of course.

19        Q.    How did you know when it was time to take your

20   assigned rest break at Sunview?

21        A.    When the lady foreperson would yell it out.

22        Q.    And did the lady foreperson yell out a break

23   time every morning?

24        A.    Sometimes.

25        Q.    Was there ever a time when the lady foreperson

1    would not yell out a break time, that you can recall?

2        A.    Maybe she would yell it out, but sometimes we

3    would be so far away that maybe we would not hear her.

4    Most of the forepersons are into a habit of yelling it

5    inside so that all of us could hear it and come out.

6        Q.    How would you know when it is time to take your

7    assigned lunch break when you worked at Sunview?

8        A.    When the foreman would tell or say it.

9        Q.    When the crew boss would say it?

10       A.    Yes.

11       Q.    And they would do that every day; right?

12       A.    Yes.

13       Q.    Did you ever sign a form or a ticket saying

14   that Sunview had given you tools to use?  Do you recall

15   that?

16       A.    I think so.

17       Q.    And you mentioned before that you'd purchased

18   either goggles or safety glasses.

19            Do you recall that testimony?

20       A.    Yes, sir.

21       Q.    Were they a different type of glasses or

22   goggles, depending upon the season, or were they the

23   same type of goggles or glasses?

24       A.    On some occasions, they were protective

25   goggles.  But other times, they were different, because

1    during the pruning season, during wintertime, during the

2    fog, it gets dark, and one cannot use dark shades, dark

3    glasses, because it burns your eyes, the clear ones.

4         But once the sun would come out, some people

5    that would not buy them or something; they would use the

6    same ones.  But I would use dark ones.

7         Q.   You have a pair of glasses that are in front of

8    you.

9         Are those your glasses?

10        A.   For reading.

11        Q.   The glasses that you bought at Sunview when you

12   were there, did they look like those glasses?

13        A.   No.  They're bigger.  They're big.  They

14   protect here, and they protect this area so that the

15   branch won't hit you (indicating).  On one occasion, I

16   almost lost an eye.

17        Q.   Now, did Sunview ever provide glasses or

18   goggles to you when you worked there?

19        A.   No.

20        Q.   Do you know whether Sunview ever supplied

21   glasses or goggles to anybody?

22        A.   No.  Not to me.

23        Q.   So, as far as you know, Sunview never made

24   glasses available or goggles or safety eyewear available

25   to anybody at Sunview; is that correct?

1          A.    Probably.

2          Q.    Do you know of any person that Sunview supplied

3     goggles or protective eyewear to when you worked at

4     Sunview?

5          A.    No.

6          Q.    Did you ever sharpen --

7                THE INTERPRETER:  Counsel, hold on.  I think

8     the witness is addressing the interpreter, saying, "I

9     need to use the restroom."

10               MR. MOLLAND:  Of course.  Let's take a break.

11    I'm sorry, Ms. Robles.  If you want to take a break at

12    any time, tell me, and we'll do that.

13               (Recess taken.)

14    BY MR. MOLLAND:

15         Q.    When you worked for Crew Boss Del Real, how do

16    you know that she did not write down -- stop.  Bad

17    question.  Let me start over.

18               When you worked with Supervisor or Crew Boss

19    Del Real, she kept track of your time; right?

20         A.    Yes.

21         Q.    And no one else did; right?

22         A.    I believe so.  No.

23         Q.    How do you know that she didn't write down all

24    the time you worked?

25         A.    Maybe she would write all the time that I

1      Q.    And was that insufficient?

2      A.    No.

3      Q.    Did you need to buy any other sharpening

4    stones?

5      A.    Yes, sir.

6      Q.    Why was that?  Why would you need to buy more

7    than one?

8      A.    Because the sharpening stone would lose its

9    capability to sharpen.  It would become smooth, and it

10    wouldn't be any good anymore.

11      Q.    When you worked there with crew bosses Murillo

12    and Del Real, how much would you buy sharpening stones a

13    year?  More than once?

14      A.    Yes.

15      Q.    How many times?

16      A.    About three times, two or three times.

17      Q.    Would you ever ask people at Sunview, then, to

18    give you a new sharpening stone when yours got dull?

19      A.    Yes.

20      Q.    And what would they say?

21      A.    That they didn't have one.

22      Q.    Did you ever ask Sunview to supply you with

23    pruning shears?

24      A.    Yes.

25      Q.    And did Sunview ever supply you with pruning

1    shears?

2         A.    Only one time, when the season would start.

3         Q.    So every year, at the start of the pruning

4    season, Sunview would supply you with new pruning

5    shears; is that right?

6         A.    Yes.

7         Q.    And why would you have to buy more pruning

8    shears during the season?

9         A.    Because as you are sharpening the blade, it

10   begins to wear out.

11        Q.    What did you do with the pruning shears that

12   you were supplied at the beginning of the year by

13   Sunview after it wore out?

14        A.    I would give it back to the foreperson.

15        Q.    And did you ever ask for new pruning shears?

16        A.    Yes.

17        Q.    And what were you told?

18        A.    That they didn't have any more.

19        Q.    And there were also picking -- picking

20   scissors?  Is that the term you used, "picking

21   scissors"?

22        A.    Yes.

23        Q.    And they were used during the harvest season?

24        A.    Yes.

25        Q.    And Sunview would supply you with picking

1     scissors at the beginning, at least one pair; right?

2       A.   Yes.  And in exchange, we would have to give

3     the old ones.

4       Q.   There would be old picking shears that you

5     would have left over from the preceding year?  Is that

6     the way it worked?

7       A.   Yes.

8       Q.   So at the beginning of the year, the way it

9     worked, customarily, was that when picking season

10    started, you would turn in your old picking shears to

11    Sunview, and they would give you new ones?  Is that

12    correct?  Is that the customary procedure?

13      A.   Yes.

14      Q.   And how long would the picking shears that

15    Sunview issued during the harvest season last you?

16      A.   At most, one month.

17      Q.   And then what would you do?

18      A.   I'd have to buy my own.

19      Q.   Did you ever ask Sunview to give you new or

20    sharpened picking shears before buying your own?

21      A.   Yes.

22      Q.   And what were you told?

23      A.   That they didn't have one.

24      Q.   So would you keep your old picking shears that

25    Sunview gave you?

1    A.   No.  It was the ones that I would buy,

2    Q.   What would you do with the shears that you were

3    issued at the start of the picking season each year that

4    Sunview gave you?

5    A.   I would give it to the lady foreperson,

6    Q.   During the harvest season?

7    A.   Yes.

8    Q.   And then at the start of the new harvest season

9    the next year, would you give Sunview the shears that

10   you bought -- picking shears that you bought in return

11   for new ones?

12   A.   Yes.

13   Q.   Did you ever buy your own pans?

14   A.   No.

15   Q.   Did you ever buy your own umbrellas?

16   A.   No.

17   Q.   Did you ever buy your own wheelbarrows?

18   A.   No.

19   Q.   Did you ever buy your own tables?

20   A.   No, sir.

21   Q.   Where did you buy pruning shears or picking

22   scissors?

23   A.   There was a store called Surplus City.

24   Q.   Did you ever keep any receipts to show that you

25   bought them?

1      A.    No.

2      Q.    How much did they cost?

3      A.    $35.

4      Q.    $35 apiece?

5      A.    Yes, sir.

6      Q.    Do you know the brand that you bought of either

7    the picking scissors or the pruning shears?

8      A.    Corona.

9      Q.    What type of brand of picking shears or

10   pruning -- excuse me -- picking scissors or pruning

11   shears did Sunview supply you with at the beginning of

12   the year?

13     A.    Sometimes they were also Coronas.

14     Q.    Did the picking scissors that you bought look

15   exactly like the picking scissors that Sunview issued

16   you at the beginning of the picking season?

17     A.    They looked similar.

18     Q.    And did you keep the picking scissors until --

19   that you bought until the beginning of the next harvest

20   season before returning them to Sunview?

21     A.    I would keep the ones that were mine.  I would

22   have to change them at the beginning of the season.  I

23   mean, it was an exchange.

24     Q.    And you would turn them back in to Sunview at

25   the beginning of the harvest season the next year?  Is

1              Would that be fair to say?

2         A.    I don't know.

3              THE INTERPRETER:  Counsel, the interpreter has

4    to take about one minute to make one quick phone call.

5    It's after 4:00.  I forgot to do this.  Is that okay?

6              MR. MOLLAND:  Take your time.

7              THE INTERPRETER:  Thank you.  It's going to be

8    really quick.

9              MR. MOLLAND:  Sure.

10              (The interpreter not present.)

11              MR. MOLLAND:  Go ahead and read that,

12   Ms. Robles, the parts of it that are in Spanish.

13              (Recess taken.)

14              (The interpreter now present.)

15              (Defendants' Exhibit Number 5

16              marked for identification.)

17   BY MR. MOLLAND:

18        Q.    Do you know that the United Farm Workers of

19   America filed a charge against Sunview for terminating

20   you for engaging in union activity?

21        A.    No, I did not know that.

22        Q.    Is this the first time you've learned that the

23   farmworkers union filed a charge against Sunview that

24   you were terminated because of your union activity?

25        A.    Yes.

148

1     Q.   You do believe you were terminated, because of

2     your union activity, from Sunview, don't you?

3       A.   Probably.

4       Q.   And you told that to the United Farm Workers of

5     America union, didn't you?

6       A.   I commented that to them.

7       Q.   Do you know Mr. Roman -- either "Piral" or

8     "Pinal"?

9            THE INTERPRETER:  What is it?

10           MR. MOLLAND:  It's either -- it's -- it looks

11    like "Pinal" or "Piral."

12           THE WITNESS:  "Pinal."

13    BY MR. MOLLAND:

14      Q.   Do you know Mr. Roman Pinal?

15      A.   Yes.

16      Q.   Is he a lawyer that you know?

17      A.   I don't know.

18      Q.   Who is --

19      A.   I don't know if he's an attorney or not.

20      Q.   Who is Mr. Pinal?

21      A.   I don't know.  One occasion, I had a press

22    conference with him.

23      Q.   Can you tell me what the press conference was

24    about.

25      A.   Something related to this.

1  Q. Did you have a press conference with the press

2 to talk about how you were unfairly terminated from

3 Sunview?

4  A. Yes.

5  Q. And who was there at the press conference?

6  A. I don't remember the names.

7  Q. How many other people were at the press

8 conference with you?

9  A. Only Mr. Pinal.

10  Q. Was this right after you were terminated from

11 Sunview for reckless driving?

12  A. Yes.

13  Q. Do you know who called the press conference?

14 Did you call the press conference?

15  A. Yes.

16  Q. And you wanted the newspapers to report how you

17 were unfairly treated by Sunview, didn't you?

18  A. Probably.

19  Q. You wanted everybody to know about it, didn't

20 you?

21  A. Yes.

22  Q. And you did your best to make sure everybody

23 did know that Sunview treated you unfairly; right?

24  A. Yes.

25  Q. And Mr. Pinal helped you do that, didn't he?

1    foreman.

2            MR. MOLLAND:  Okay.  Exhibit 8, please.

3            (Defendants' Exhibit Number 8

4            marked for identification.)

5            THE WITNESS:  This person wasn't even following

6    behind me.  How could -- how was she able to see me?

7    BY MR. MOLLAND:

8        Q.   That's a statement signed by --

9            MR. LYNCH:  Do you have an extra copy?

10           THE WITNESS:  Jose L. Ruiz.  Jose L. Ruiz.

11   That is her husband.

12   BY MR. MOLLAND:

13       Q.   And could you read that statement and have the

14   translator translate it into English for the record.

15       A.   "July 18th of 2005, Jose L. Ruiz.

16            "On Monday, July 11th of 2005, after coming out

17   of work, I saw Mrs. Catalina R. Robles getting off-road

18   and passing with her automobile the truck of

19   Mr. Tomas Moreno on the left side.  She drove in a

20   manner that is not careful in the property of the

21   company, lifting lots of dust on the left side of the

22   truck of Tomas Moreno.  When I saw, they were playing

23   races, and I said, 'They should not be playing like

24   that.  The company has rules about driving recklessly.'

25   That is the truth from my point of view," signed

1    "Jose L. Ruiz," dated "07/18 of 2005."

2       Q.   Do you have any reason to think that Mr. Ruiz

3    is lying in that declaration?

4       A.   I reserve my right not to answer.

5       Q.   Pardon me?

6       A.   I reserve my right of not answering.

7       Q.   Well, do you think that statement is true?

8       A.   No.

9       Q.   Why would Mr. Ruiz make a statement that wasn't

10   true?

11      A.   I don't know.

12      Q.   Do you think he was lying?

13      A.   Yes.

14      Q.   Do you know why?

15      A.   I don't know.

16      Q.   Do you --

17      A.   To look good in the eyes of the foreman.

18   That's the reason.

19      Q.   Was he a coworker of yours?

20      A.   Yes.

21      Q.   Was he on Crew 150?

22      A.   Yes.  I had already earlier told you

23   Jose Lopez, but it's Jose L. Ruiz.

24           MR. MOLLAND:  Number 9, please.

25

1    sexual harassment; right?

2          (Aida Sotelo not present.)

3          THE WITNESS:  I was not disciplined because of

4    this.  They called my attention to it.  That's all.  And

5    I was told that I could continue working while they did

6    the investigation.  But since they had no proof, they

7    couldn't do anything.

8    BY MR. MOLLAND:

9      Q.  You're saying the company had no proof that you

10   were sexually harassing someone else?

11     A.  No.  They didn't have any proof.  They

12   simply -- with this person, the one that they were

13   accusing me of, he was a close friend of Jorge and

14   Nicolasa.  And they agreed among themselves so that he

15   could accuse me.  But he got fired first, before me.

16     Q.  So do you think that the sexual harassment

17   investigation that was done by Sunview about this

18   incident was something that was made up by your crew

19   bosses and assistant crew bosses to get you in trouble?

20     A.  Yes.

21         (Aida Sotelo now present.)

22   BY MR. MOLLAND:

23     Q.  And you don't think there was any basis to it

24   at all?

25     A.  No, not at all.  The young man was younger than

1      _my youngest daughter.  My youngest daughter is 30 years_

2      _of age._

3          Q.    Was this guy's name Aurelio?

4          A.    Aurelio.

5          Q.    Yes?

6          A.    Yes, sir.

7          Q.    And you think this was a trumped-up charge that

8      Nicolasa and Jorge Gomez made to make you look bad?

9          A.    Yes.

10         Q.    You must think that Nicolasa had it in for you,

11     as we say.

12               Is that your understanding?

13         A.    No.  I don't believe anything.  Just those

14     things happen.

15         Q.    Why would Nicolasa want to get you in trouble?

16         A.    I don't know.

17         Q.    Well, you think you were terminated from

18     Sunview because of your union activity in 2005; right?

19         A.    Probably.

20         Q.    Why do you think that Nicolasa and Jorge Gomez

21     made up this charge of sex harassment against you in

22     2004?

23         A.    I don't know.

24         Q.    The law firm that wrote the letter that is on

25     Exhibit 9 is the same law firm that represents you today

1    the page.

2           Do you see your name?

3      A.   Yes, in the beginning.

4      Q.   Now, is that your signature?

5      A.   My name.

6      Q.   Did you sign that?

7      A.   Yes.

8      Q.   That is your signature?

9      A.   It's my name.  It's how I write my name.  It's

10   not my signature.

11     Q.   Bad question.

12          You wrote "Catalina R."  That's your

13   handwriting?

14     A.   Yes, sir.

15     Q.   And on this, it says "Job 654, Washing Trays,

16   08/22/03."

17          At that time, in 2003, isn't it true that

18   Crew 150 was washing trays in the field?

19     A.   Probably.

20     Q.   And when you washed trays in the field, you

21   were being paid for it, weren't you?

22     A.   I believe so.

23          MR. LYNCH:  What number is this?

24          THE REPORTER:  11.

25          MR. MOLLAND:  And then the next exhibit, 11,

1    will be a sign-up sheet for clippers for 150 dated

2    07/06/04.

3              (Defendants' Exhibit Number 11

4              marked for identification.)

5    BY MR. MOLLAND:

6        Q.    And do you see your name on that sheet of

7    paper?

8              Look at the little yellow tab, ma'am.

9        A.    Yes.

10       Q.    And is that the way -- is that your

11   handwriting?

12       A.    Yes, sir.

13       Q.    And so you signed that sign-up sheet for

14   clippers; correct?

15       A.    Yes, sir.

16       Q.    And does that show that the company gave you

17   clippers?

18       A.    One pair per season.

19       Q.    That was July 6th of 2004?

20       A.    Yes, when the season starts.

21             MR. MOLLAND:  And the next will be Exhibit 12,

22   which will be a sign-up sheet for clippers.

23             (Defendants' Exhibit Number 12

24             marked for identification.)

25

1  STATE OF CALIFORNIA )
                       ) ss.
2  COUNTY OF KERN      )

3

4       I, Monica K. Rebello, a Certified Shorthand

5  Reporter in the State of California, holding

6  Certificate No. 11184, do hereby certify that

7  CATALINA RIVERA ROBLES, the witness named in the

8  foregoing deposition, was by me duly sworn; that said

9  deposition was taken Tuesday, September 7, 2010, at the

10 time and place set forth on the first page hereof.

11      That upon the taking of the deposition, the

12 words of the witness were written down by me in

13 stenotypy and thereafter transcribed by computer under

14 my supervision; that the foregoing is a true and correct

15 transcript of the testimony given by the witness.

16      I further certify that I am neither counsel for

17 nor in any way related to any party to said action, nor

18 in any way interested in the result or outcome thereof.

19      Dated this 20th day of September, 2010, at

20 Bakersfield, California.

21

22

23      _____
        Monica K. Rebello, CSR No. 11184

24

25

SUNVIEW VINEYARDS of CALIFORNIA
Rt. 1 Box 916 · Delano, CA 93215

ROBLES

CATALINA RIVERA

564-27-____   7/29/85

This card may be required as
identification for employment
verification and pay. The card
is company property and must
be surrendered upon termina-
tion or seasonal layoff.

copy of the Employee Handbook.

120

P. O. BOX 669
EARLIMART          CA
                   93219

903-049-2156

ACE 36  DOB 4/30/52
SEX F  STATUS M
DEPENDENTS 05
NATIONALITY MEXICO

EMERGENCY

PHONE

RECEIVED IN PERSON
AUG 0 8 1986

2

EW VINEYARDS of CALIFORNIA
1 Box 910 - Delano, CA 93215

TALINA ROBLES

4-97-6907
SECURITY NO.

ard may be required as
ation for employment
tion and pay. The card is
company property and must be
surrendered upon termination or
seasonal layoff.

_____
SIGNATURE

I have received a copy of the Employee Handbook.

_____

Date this card issued. _____

SS# _____

Name _____

Address _____

_____

Phone _____ Crew _____

Sex M (F) Status M S Dependents _____

Age _____ Birthdate _____

Emergency _____

_____

Phone _____

Relatives Yes No