# EXHIBIT 41

## **DECLARATION OF MARIA S. MURILLO**

I, Maria S. Murillo, present this Declaration and state the following:

1.      I started working for Sunview Vineyards in the year 1980.  I work in crew 140.  I have worked in this crew since I started working here at Sunview.  The foreperson of our crew is currently Yolanda Cerrato.

2.      Currently, I work every year from April until November.  Previously, I worked the whole year, but now I do not work doing the tying, which is the work that I did between January and March.  Currently, I work during the picking season, packing the grapes.  Also, I have worked in the de-budding, de-leafing, tipping, packing, and the picking.

3.      When I started working with Sunview, I received copies of the company's rules, both in Spanish and English.  They also give us copies of the rules at the beginning of each year that I have worked here.  I have read the rules, and I know very well that I have the right to take rest-periods ("breaks") during the day.  In my experience, all of my forepersons have obeyed the company's rules.

4.      My work schedule changes from one day to the next.  Some days we start work at 6:00 a.m. and other days we start work starting from 7:15 a.m.  Some days we work nine hours, and other days we work eight hours, depending on the demand that there is at work.  I work from Monday to Saturday.

5.      I arrive at the place of work about thirty minutes before work begins.  I come with my husband, who also works here, and he likes to arrive very early to avoid traffic and to not be late.  No one demands that he arrive that early – the forepersons have always told us to be on time.  During these minutes of waiting, I rest in my car if it is too cold or we talk with coworkers until they tell us that it is time to start working.  The forepersons do not allow us to work before

the start time.  That is why I have never done any type of work before the start time.  At the start time, the foreperson calls us to attend the school, which is the meeting at the beginning of the day to explain to us the work that we are going to do during the day.  They always pay me for all the time that we spend at the school.

6. Since I started, they have always told me that I need to take my rest periods ("breaks") during the day.  They give us a 15 minute rest period each morning around 9:00 in the morning.  They give us a 30 minute rest period at midday to eat and drink a soda.  Also, they give us a 15 minute rest period each afternoon around 2:30 p.m.  I have always taken the scheduled rest-periods.  At the scheduled time, the forepersons yell out to us to take a rest period.  There are people who try to work during their half-hour rest period.  If they see them, the forepersons have always told them that it is not allowed to work during any of their rest-periods.  But I have seen people that want to do more work and work until the forepersons scold them.  Neither my forepersons nor supervisors have ever told me that I need to continue to work during my rest period.

7. At the end of the day, the forepersons give us about fifteen minutes to pack the grapes that we have, clean the area, and prepare everything for the next day.  That way we can go home on time.  I have never had to work after quitting time.

8. Many years ago – I do not remember exactly how many years – at the end of the day, I took home five trays to wash them.  Since my husband also took trays home, we washed our ten trays together.  It took us approximately five minutes to clean them.  I used a hose to wash them, and I left them outside of my house to dry.  It has been many years that I have not had to wash my own trays.  Currently the company washes the trays.

9. I understand that Catalina Robles, Juan Montes, Benito Espino, Juan Ramirez, Guillermina Perez and Santiago Rojas, the plaintiffs in this lawsuit are trying to represent other

employees of Sunview in their lawsuit, including me. I also understand that the attorney that interviewed me and wrote this declaration for me to review represents Sunview and does not represent my personal interests. I make this declaration voluntarily and no one forced me or pressured me to do it. What I say in this declaration is the truth.

10. I understand that I cannot be the victim of retaliation for something that I have said or not have said in this declaration.

11. I make this declaration based on facts from my personal knowledge and, if I am called as a witness, I could testify in a competent manner regarding these facts.

I declare under penalty of perjury by the laws of the State of California and the United States of America that the aforementioned is true and correct.

Executed this __27__ day of October of 2010 in Delano, California.

[signature on original]

_____

Maria S. Murillo

This declaration was read word for word by the interpreter Abel Mena. Read this _27_ of October of 2010 in Delano, California.

signature on original]

_____

Abel Mena

[I, ABEL MENA, STATE OF CALIFORNIA CERTIFIED SPANISH INTERPRETER #100758, HEREBY CERTIFY THAT THIS IS A TRUE AND CORRECT ENGLISH TRANSLATION OF ITS ORIGINAL SPANISH DOCUMENT]

## DECLARACIÓN DE MARIA S. MURILLO

Yo, Maria S. Murillo, presento esta Declaración y declaro de la siguiente manera:

1. Yo comencé a trabajar para Sunview Vineyards en el año 1980. Yo trabajo en la cuadrilla numero 140. Yo he trabajado en esta cuadrilla desde que empecé a trabajar aquí en Sunview. La mayordoma de nuestra cuadrilla actualmente es Yolanda Cerrato.

2. Actualmente, yo trabajo cada año desde abril hasta noviembre. Anteriormente, trabajaba todo el año, pero ya no trabajo en el amarre, que es el trabajo que hice entre enero y marzo. Actualmente, trabajo en la época de la pizca, empacando las uvas. También, he trabajado en el desbrote, deshoje, descuelgue, tipeo, empaque, y la pizca.

3. Cuando comencé a trabajar con Sunview, recibí las copias de las reglas de compañía, tanto en español igualmente en inglés. También nos dan copias de las reglas al principio de cada año que he trabajado aquí. Yo he leído las reglas, y yo sé muy bien que tengo derecho de tomar mis descansos ("breaks") durante el día. En mi experiencia, todos mis mayordomos han obedecido las reglas de la compañía.

4. Mi horario de trabajo cambia de un día a otro. Unos días empezamos a trabajar a las 6:00 a.m., y otros días no empezamos a trabajar desde las 7:15 a.m. Unos días trabajamos nueve horas, y otros días trabajamos ocho horas, dependiendo de la exigencia que tenga el trabajo. Trabajo de lunes a sábado.

5. Llego unos treinta minutos antes de iniciar el trabajo al lugar de empleo. Vengo con mi esposo, quien también trabaja aquí, y a el le gusta llegar muy temprano para evitar el trafico y para no llegar tarde. Nadie exige que llegue tan temprano – siempre nos han dicho los mayordomos que hay que llegar a tiempo. Durante estos minutos de espera, yo descanso en mi carro cuando hay frió o platicamos con compañeros hasta que nos dicen que es la hora de trabajar. Los mayordomos no nos permiten trabajar antes de la hora de entrada. Por eso, jamás

he hecho ningún tipo de trabajo antes de la hora de inicio. A la hora de entrada, el mayordomo nos llame para asistir a la escuela, que es la junta al principio del día para explicarnos que trabajo vamos a hacer durante el día. Siempre me pagan por todo el tiempo que pasamos en la escuela.

6. Desde que empecé, siempre me han dicho que necesito tomar descansos ("breaks") durante el día. Nos da un descanso de 15 minutos cada mañana alrededor de las 9 de la mañana. Nos da un descanso de 30 minutos al mediodía para comer y tomar una soda. También, nos da 15 minutos de descanso cada tarde alrededor de las 2:30 p.m. Siempre he tomado los descansos programados. A la hora programada, los mayordomos nos gritan para tomar el descanso. Hay algunas personas que tratan de trabajar durante su descanso de media hora. Si les ven, los mayordomos siempre los han dicho que no es permitido trabajar durante ningunos de sus descansos. Pero he visto que personas quieren hacer más trabajo y trabajan hasta que los regañan los mayordomos. Jamás me han dicho mis mayordomos ni supervisores que necesito continuar trabajando durante mis descansos.

7. Al final del día, los mayordomos nos dan unos quince minutos para empacar la uva que uno tiene, limpiar el área, y preparar todo para el próximo día. Así podemos irnos a casa a la hora en punto. Jamás he tenido de trabajar despues de la hora de salir.

8. Hace muchos años – no me recuerdo exactamente tantos años – al final de cada día, llevaba a mi casa cinco bandejas para lavarlas. Como mi esposo también llevaba las bandejas a casa, los lavábamos nuestras diez bandejas juntas. Nos tomaba aproximadamente cinco minutos para limpiarlas. Use una manguera para lavarlas, y las dejaba a secar a fuera de mi casa. Hace muchos años que no he tenido que lavar mis propias bandejas. Actualmente la compañía lava las bandejas.

9. Entiendo que Catalina Robles, Juan Montes, Benito Espino, Juan Ramirez, Guillermina Perez y Santiago Rojas, los demandantes en esta demanda legal, están tratando de

representar a otros empleados de Sunview en su demanda, incluyendome a mí. También entiendo que la abogada que me entrevistó y escribió esta declaración para mis revisiones representa a Sunview y no representa mis intereses personales. Hago esta declaración de forma voluntaria y nadie me obligó ni me presionó para hacerlo. Lo que digo en esta declaración es la verdad.

10. Yo entiendo que no puede ser víctima de represalias por algo que yo haya dicho o no dicho en esta declaración.

11. Hago esta declaración basada en hechos dentro de mi conocimiento personal y, si soy llamado como testigo, pudiera testificar de manera competente con respecto a estos hechos.

Declaro bajo pena de perjurio bajo las leyes del Estado de California y los Estados Unidos de América que lo anterior es fiel y verdadero.

Ejecutado este día 27 de octubre de 2010 en Delano, California.

_____
Maria S. Murillo

Esta declaración fue leída palabra por palabra departe del interprete Abel Mena. Leída este día 27 de octubre de 2010 en Delano, California.

_____
Abel Mena