IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTIAGO ROJAS, JOSEPHINO RAMIREZ, CATALINA ROBLES, JUAN MONTES, BENITO ESPINO, and GUILLERMINA PEREZ, on behalf of themselves and a class of others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>MARKO ZANINOVICH, INC, and SUNVIEW VINEYARDS OF CALIFORNIA, et al.,<br><br>　　　　　　Defendants. | Case No.: 1:09-cv-00705 AWI JLT<br><br>ORDER VACATING HEARING ON MOTION FOR CLASS CERTIFICATION |

On September 19, 2011, the Court issued its order striking the expert opinion of Aaron Woolfson. (Doc. 158) On October 3, 2011, Plaintiffs filed their motion to reconsider with the District Judge. (Doc. 161) As a part of this motion, Plaintiffs seek a stay of deadlines related to the class certification motion. Id. at 2. Of note, the only dates related to the class certification motion are the hearing itself and the reply deadline. (Doc. 147)

Therefore, the Court **ORDERS**:

1. The hearing on the motion for class certification is **VACATED**;
2. The deadline for filing Plaintiffs reply to the opposition to the motion for class certification **remains October 7, 2011**. Plaintiffs are free to refer to the opinions of

1 | Aaron Woolfson in their reply.  Whether these opinions will be considered, will be
2 | determined by the motion for reconsideration.
3 | IT IS SO ORDERED.
4 | Dated:   **October 4, 2011**                                         **/s/ Jennifer L. Thurston**
  |                                                                              UNITED STATES MAGISTRATE JUDGE