IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTIAGO ROJAS, et al, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MARKO ZANINOVICH, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No.: 1:09-cv-00705 AWI JLT <br><br> ORDER SETTING HEARING ON MOTION FOR CLASS CERTIFICATION <br><br> (Doc. 36) |

    On September 19, 2011, the Court issued its order striking the expert opinion of Aaron Woolfson. (Doc. 158) On October 3, 2011, Plaintiffs filed their motion to reconsider with the District Judge. (Doc. 161) As a part of this motion, Plaintiffs sought a stay of deadlines related to the class certification motion. Id. at 2. At the time, the Court granted the stay to allow the motion for reconsideration to be determined although it required the Reply to be filed as scheduled. (Doc. 163) The Court ordered the parties to provide a joint status report within 10 days of the ruling on the motion for reconsideration. Id.

    On December 21, 2011, District Judge Anthony W. Ishii issued his order denying the motion for reconsideration. (Doc. 182) On December 30, 2011, the parties filed their joint statement. (Doc. 184) In it, the parties propose February 2, 6, 7 or 8 for hearing on the motion for class certification. Id. at 2.

Therefore, the Court **ORDERS**:

1. The motion for class certification SHALL be heard on February 8, 2012 at 10 a.m. at the United States Bankruptcy Courtroom at 1300 18th Street, Bakersfield, California;
2. Counsel are authorized to appear by telephone <u>via Courtcall</u> **as long as** they notify the Court no later than February 1, 2012 of their intention to do so.

IT IS SO ORDERED.

Dated:   **January 3, 2012**                                        /s/ Jennifer L. Thurston
                                                                    UNITED STATES MAGISTRATE JUDGE