UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTIAGO ROJAS, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MARKO ZANINOVICH, INC.; ) <br> SUNVIEW VINEYARDS OF ) <br> CALIFORNIA, INC.; AND DOES 1 to 20 ) <br> inclusive, ) <br> ) <br> Defendants. ) | CIV-F-09-0705 AWI SMS <br><br> ORDER VACATING HEARING DATE OF JUNE 4, 2012 AND TAKING MATTER UNDER SUBMISSION |

  Defendants have made a motion for reconsideration. The motion is opposed. The court has reviewed the papers filed and has determined that the motion is suitable for decision without further oral argument. See Local Rule 230(g).

  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of June 4, 2012, is VACATED, and no party shall appear at that time. As of that date, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated: May 31, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE