UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTIAGO ROJAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MARKO ZANINOVICH, INC. and SUNVIEW VINEYARDS OF CALFORNIA, INC. et al., <br><br> Defendants. | Case No.: 1:09-cv-00705 - AWI - JLT <br><br> ORDER DENYING FINAL APPROVAL OF THE CLASS NOTICE <br><br> ORDER DIRECTING PLAINTIFFS TO AMEND THE CLASS NOTICE AND COMPLY WITH THE COURT'S ORDER DATED JUNE 17, 2013 |

On June 17, 2013, the Court sustained Defendant's objection regarding the portrayal of counsel's phone number as "1-888-la Lucha" in the Class Notice, and ordered that "the telephone number shall only be presented in its numerical form of 1-888-252-8242." (Doc. 220 at 6). The Court ordered Plaintiffs to file a finalized Class Notice with revisions in accordance with the order for the Court's approval no later than June 21, 2013. *Id.* at 8.

On June 19, 2013, Plaintiffs submitted a Notice for the Court's approval. (Doc. 220). However, Plaintiffs failed to comply with the Court's order regarding the presentation of the phone number. (*See* Doc. 220 at 5, 6, 8, 9). In addition, Plaintiffs failed to insert applicable deadlines ordered by the Court. (*See* Doc. 220 at 5, 9). Further, Plaintiffs must insert the address for V3 Corporation on for Class Members to mail an "Election to be Excluded." (*See* Doc. 220 at 9).

///

///

1

Given the deficiencies of the proposed Class Notice, **IT IS HEREBY ORDERED**:

1. Final approval of the Class Notice is **DENIED**; and
2. Plaintiffs SHALL file a Class Notice in compliance with the Court's Order dated June 17, 2013 (Doc. 220) and curing the deficiencies identified by this Order no later than **June 25, 2013**; and
3. Failure to comply with this Order may result in the imposition of sanctions pursuant to Local Rule 110.

IT IS SO ORDERED.

Dated:   **June 21, 2013**                              **/s/ Jennifer L. Thurston**
                                                            UNITED STATES MAGISTRATE JUDGE