UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTIAGO ROJAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MARKO ZANINOVICH, INC. and SUNVIEW VINEYARDS OF CALFORNIA, INC., <br><br> Defendants. | Case No.: 1:09-cv-00705 - AWI - JLT <br><br> ORDER CONSTRUING DEFENDANT'S OBJECTIONS TO THE MAGISTRATE JUDGE'S ORDER (DOC. 226) AS A REQUEST FOR RECONSIDERATION PURSUANT TO LOCAL RULE 303 <br><br> ORDER DENYING DEFENDANT'S REQUEST FOR A STAY |

On June 28, 2013, Defendant Sunview Vineyards of California, Inc. filed "Objections to June 17, 2013 Ruling of Magistrate Judge Regarding Proposed Class Notice," and requested a stay of deadlines relating to the Class Notice pending ruling from the Court. (Doc. 226).

Defendants object to the order to distribute the Class Notice to all field workers who worked "during the 2001 harvest." Id. at 2. Defendant contends the Magistrate Judge's ruling is clearly erroneous and contrary to law, because individuals whose claims are barred by an applicable statute of limitations would receive the Class Notice. Id. Accordingly, Defendant argues the Court should set aside the ruling. Because Defendant's "objections" seek reconsideration of the order entered by the Magistrate Judge, Plaintiff will be granted an opportunity to respond. Plaintiff **SHALL** file any response thereto on or before **July 11, 2013**.

In the order for which Defendant seeks reconsideration, the Magistrate Judge ordered Defendant to produce contact information of potential class members no later than July 25, 2013. At

this time, it is unnecessary and premature to stay the deadlines related to the Class Notice.  Therefore, Defendant's request to stay the proceedings is **DENIED**.

IT IS SO ORDERED.

Dated: __July 3, 2013__                              _____
                                                                          SENIOR  DISTRICT  JUDGE