UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTIAGO ROJAS, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>SUNVIEW VINEYARDS OF CALFORNIA, INC.,<br><br>        Defendants. | Case No.: 1:09-cv-00705 AWI JLT<br><br>FURTHER SCHEDULING ORDER |

On April 7, 2014, the Court held a further scheduling conference. After conferring with counsel and reviewing the parties' joint status report, the Court sets the following case schedule:

    1.    No later than **May 23, 2014**, Plaintiffs SHALL retain their expert who will assist them in developing their trial plan;

    2.    No later than **June 13, 2014**, Plaintiffs SHALL serve a copy of their draft trial plan. No later than **October 24, 2014**, Plaintiffs SHALL file their <u>final</u> trial plan. Objections to the final trial plan SHALL be filed no later than **November 21, 2014**;

    3.    Merits discovery related to non-experts SHALL commence **June 13, 2014** or upon the service of the draft trial plan whichever is earlier and SHALL be completed no later than **November 14, 2014**. The provisions of Fed. R. Civ. P. 26(e) regarding a party's duty to timely supplement disclosures and responses to discovery requests will be strictly enforced;

    4.    Plaintiffs are directed to disclose all expert witnesses, in writing, no later than **October 24, 2014.** Defendant SHALL disclose its experts no later than **January 9, 2015** and Plaintiffs SHALL

disclose their rebuttal experts no later than **February 27, 2015**. All discovery related to experts SHALL be completed no later than **April 17, 2015**;

The written designation of retained and non-retained experts shall be made pursuant to Fed. R. Civ. P. Rule 26(a)(2), (A), (B), and (C) and shall include all information required thereunder. Failure to designate experts in compliance with this order may result in the Court excluding the testimony or other evidence offered through such experts that are not disclosed pursuant to this order.

The provisions of Fed. R. Civ. P. 26(a)(2) and (b)(4) shall apply to all discovery relating to experts and their opinions. Experts must be fully prepared to be examined on all subjects and opinions included in the designation. Failure to comply will result in the imposition of sanctions, which may include striking the expert designation and preclusion of expert testimony.

5. A status conference related to the draft trial plan is set on **July 10, 2014** at 1:30 p.m. Telephonic appearances via CourtCall are authorized. A joint status conference statement SHALL be filed no later than **July 7, 2014**;

6. A status conference is set on **September 18, 2014** at 9:00 a.m. Telephonic appearances via CourtCall are authorized. A joint status conference statement SHALL be filed no later than **September 12, 2014**. This statement SHALL consider whether the case schedule can be accelerated and SHALL propose dates for the remainder of the case including dates for motions (including discovery motions, any decertification motion and dispositive motions[1]), the pretrial conference and the trial.

7. The dates set herein are intended to be firm and the Court expects compliance with the deadlines absent good cause. However, given that there are many unknowns at this point, if a deadline cannot be met despite due diligence, counsel SHALL meet and confer to attempt to come to agreement as to any discovery or scheduling issue and, as necessary, involve the Court in informal telephonic conferences. All counsel are expected to take whatever steps are necessary to move the case forward as expeditiously as possible.

---

[1] The parties need not await the setting of dates to file motions. The dates that will be selected will relate only to the latest dates that motions may be filed. However, as to all motions, counsel SHALL meet and confer to attempt to avoid the need to file the motion and SHALL comply with the scheduling order issued on March 26, 2010. (Doc. 27 at 6-8)

///

Failure to comply with this order may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated:   **April 10, 2014**                             **/s/ Jennifer L. Thurston**
                                                UNITED STATES MAGISTRATE JUDGE