# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTIAGO ROJAS, et al., ) | Case No.: 1:09-cv-00705 AWI JLT |
| Plaintiffs, ) ) | ORDER CONTINUING STATUS CONFERENCE |
| v. ) | |
| SUNVIEW VINEYARDS OF CALFORNIA, INC., ) ) | |
| Defendants. ) | |

On September 22, 2014, the Court held a status conference. After conferring with counsel and reviewing the parties' joint status report, the Court **ORDERS**:

1. To allow additional good faith efforts to resolve the matter, the Court sets a further status conference on **October 15, 2014** at 9:30 a.m. Courtcall appearances are authorized;

2. Pending the next hearing, all current case deadlines, including outstanding discovery responses, are **STAYED**;

3. No later than **October 8, 2014**, the parties **SHALL** file a joint status report setting forth their activities to resolve the matter from this date hence and proposed amended case schedule dates. The Court anticipates that these dates will extend the current deadlines by no more than three weeks.

IT IS SO ORDERED.

Dated: **September 22, 2014**         **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE