# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTIAGO ROJAS, et al., </br></br> Plaintiffs, </br></br> v. </br></br> MARKO ZANINOVICH, INC. and SUNVIEW VINEYARDS OF CALIFORNIA, INC., </br></br> Defendants. | Case No.: 1:09-cv-00705-AWI-JLT </br></br> ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED MARCH 10, 2015 (Doc. 270) </br></br> ORDER GRANTING FINAL APPROVAL OF THE CLASS NOTICE PACKET |

The Court granted preliminary approval of the class settlement in this action, and approved the class notice plan proposed by the parties. However, the parties failed to file a revised Class Notice Packet. Therefore, on March 10, 2015, the Court ordered the parties to show cause why sanctions should not be imposed, or in the alternative, file the Class Notice Packet for approval. (Doc. 270.) Plaintiffs filed a timely response on March 12, 2015. (Doc. 271.) Accordingly, the Order to Show Cause is **DISCHARGED**.

The revised Class Notice Packet—including the Class Notice, Benefit Form, and Exclusion Request Form—contains the information required by Rule 23(c) of the Federal Rules of Civil Procedure, including the nature of the action, the class definition approved by the Court, the claims and issues to be resolved, how a class member may chose to be excluded from the class, the time and method to opt-out of the class, the deadlines applicable to the Class Members, and the binding effect of

1  a class judgment.  Therefore, final approval of the Class Notice Packet is **GRANTED**.

3  IT IS SO ORDERED.

   Dated:   **March 13, 2015**                              **/s/ Jennifer L. Thurston**
                                                            UNITED STATES MAGISTRATE JUDGE